UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: )
) Case No. 17-41677-mgd
BEAULIEU GROUP, LLC, et al., ) Chapter 11
) Judge Diehl
)
Debtors. )
)

## APPLICATION FOR ADMISSION PRO HAC VICE

I, Caleb T. Holzaepfel, hereby request permission to appear *pro hac vice* on behalf of Fabric Sources International, LLC in the above referenced case. I am a member in good standing of the Bar of a United States Court or the highest Court of any State and I am in good standing in and eligible to practice in all courts to which I am admitted. I am not eligible for admission under Local Rule 9010-1, and I neither reside in nor maintain an office for the practice of law within the State of Georgia. My residence address, office address and telephone number, the courts to which I am admitted to practice and the dates of admission as required by Local Rule 9010-2 are provided on the following page. I further state to this Court that K. Christopher Collins has been designated as local counsel in this case.

This 20th day of July, 2017.

_____
Attorney at Law



## CONSENT OF DESIGNATED LOCAL COUNSEL

      I, the undersigned, am an active member in good standing with the State Bar of Georgia and the Bar of the United States District Court for the Northern District of Georgia, having an office located at 736 Georgia Avenue, Suite 300, Chattanooga, Tennessee 37402, telephone number (423) 755-2649. I do hereby consent, as designated local counsel, to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I further acknowledge that if the above named petitioner fails to respond to any order of the Court for appearance or otherwise, pursuant to Local Rule 9010-2, I shall have the responsibility and full authority to act for and on behalf of the client in all proceedings in connection with this case, including hearings, pretrial conferences and trials.

      This 20th day of July, 2017.

_____
Designated Local Counsel

__637828_____
Georgia Bar Number

| | |
|---|---|
| NAME OF PETITIONER (Pro Hac Vice Applicant) | Caleb T. Holzaepfel |
| Residence Address | 4907 Beulah Avenue<br>Chattanooga, TN 37409 |
| Business Address | Husch Blackwell LLP<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 |
| | (423) 755-2654<br>Telephone Number |

| Courts To Which Admitted: Location | Date Admitted | Bar ID No. |
|---|---|---|
| Tennessee | November 3, 2014 | 33356 |
| Eastern District of Tennessee | December 15, 2015 | 33356 |
| Middle District of Tennessee | June 26, 2016 | 33356 |
| Bankruptcy Court Eastern District of Tennessee | December 15, 2015 | 33356 |

# HUSCHBLACKWELL

Caleb T. Holzaepfel
Attorney

736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Direct: 423.755.2654
Fax: 423.266.5499
caleb.holzaepfel@huschblackwell.com

```
                                U.S. BANKRUPTCY COURT
                                 NORTHERN DISTRICT
                                     OF GEORGIA

                                17 JUL 21  PM 1: 24

                                  M. REGINA THOMAS
                                       CLERK

                                BY_____
                                     DEPUTY CLERK
```

July 20, 2017

**VIA FEDERAL EXPRESS**
Clerk of Court
United States Bankruptcy Court
Northern District of Georgia – Rome Division
600 East First Street, Room 339
Rome, GA 30161-3187

    **In re:  Beaulieu Group, LLC (Debtor)
          USBC ND of GA Rome Division Case No. 17-41677-MGD**

Dear Sir/Madam:

    I enclose this firm's check in the total amount of $150.00 (Check #: 8927) and made payable to the Clerk, U.S. District Court, Application for Admission Pro Hac Vice, Consent of Designated Local Counsel and Order of Admission Pro Hac Vice for the above-referenced matter. It is my understanding that upon receipt of the enclosed documents and check, your office will carry the monies to the U.S. District Court for payment and receipt and then file the Application for Admission Pro Hac Vice.

    Upon filing of the same, I would appreciate your returning filed copies to me in the enclosed return envelope.

    In the interim, should you have any questions, please do not hesitate to contact me.

                        Sincerely,

                        HUSCH BLACKWELL LLP

                        Caleb T. Holzaepfel
                        Attorney

CTH:krb
Enclosures

```
Court Name: Northern District of Georgia
Division: 4
Receipt Number: GAN400694198
Cashier ID: bhambert
Transaction Date: 07/21/2017
Payer Name: Husch Blackwell LLP
------------------------------------
PRO HAC VICE
 For: Husch Blackwell LLP
 Case/Party: D-GAN-4-17-LB-003866-001
 Amount:         $150.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 008927
 Amt Tendered: $150.00
------------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:       $0.00

Bk 17-416770-mgd


With a check payment you authorize
us either to use information from
your check to make a one-time
electronic fund transfer from your
account or to process the payment
as a check transaction. For
inquiries or privacy
information, call 404-215-1625
```