UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Jointly Administered Under |
| BEAULIEU GROUP, LLC, *et al.* | ) | Case No. 17-41677-MGD |
| | ) | |
| Debtors. | ) | |
| | ) | |
| SALEM LEASING CORPORATION, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| BEAULIEU GROUP, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that Salem Leasing Corporation has filed a *Motion for Relief from Stay* and related papers with the Court seeking an Order modifying the automatic stay in this matter and authorizing Movant to exercise its rights with regard to certain equipment leased by Movant to Debtor Beaulieu Group, LLC (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in Courtroom 342, U.S. Courthouse, 600 East First Street, Rome, Georgia, at 10:15 A.M. on August 23, 2017.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a

written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.

Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's office is: U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion for Relief from the Automatic Stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. If a final decision cannot be rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

This 28th day of July, 2017.

/s/Jonathan A. Akins
J. Carole Thompson Hord
Georgia Bar No. 291473
Jonathan A. Akins
Georgia Bar No. 472453
jakins@swfllp.com

*Attorneys for Salem Leasing Corp.*

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046
K:\6417\44\Notice of Hearing on Motion for Relief from Stay.docx