IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BEAULIEU GROUP, LLC, et al., | ) | Jointly Administered Under |
| | ) | CASE NO. 17-41677-mgd |
| Debtors. | ) | |

## APPLICATION FOR ADMISSION PRO HAC VICE

I, Michael G. Menkowitz, Esquire, hereby request permission to appear *pro hac vice* on behalf of the Official Committee of Unsecured Creditors (the "Committee") of Beaulieu Group, LLC, *et al.* (the "Debtors")[1] in the above referenced case. I am a member in good standing of the Bar of a United States Court or the highest Court of any State and I am in good standing in and eligible to practice in all courts to which I am admitted. I am not eligible for admission under Local Rule 9010-1, and neither reside in nor maintain an office for the practice of law in the State of Georgia. My residence address, office address and telephone number, the courts to which I am admitted to practice and the dates of admission as required by Local Rule 9010-2 are provided on the following page. I further state to this Court that Thompson Hine LLP has been designated as local counsel in this case.

Signed under penalty of perjury this 31st day of July 2017.

_____
Attorney at Law

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, John Isbell, am an active member in good standing with the State Bar of Georgia and the Bar of the United States District Court for the Northern District of Georgia, having an office located at Two Alliance Center, 3560 Lenox Road NE, Suite 1600, Atlanta, Georgia 30326, telephone number (404) 541-2900. I do hereby consent, as designated local counsel, to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I further acknowledge that if the above named petitioner fails to respond to any order of the Court for appearance or otherwise, pursuant to Local Rule 9010-2, I shall have the responsibility and full authority to act for and on behalf of the client in all proceedings in connection with this case, including hearings, pretrial conferences and trials.

Signed under penalty of perjury this 31st day of July 2017.

_____
Designated Local Counsel
384883
Georgia Bar Number

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Beaulieu Group, LLC (2636); Beaulieu Trucking, LLC (0383); and Beaulieu of America, Inc. (9706).

NAME OF PETITIONER Michael G. Menkowitz

Residence Address

Business Address Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000

| Courts To Which Admitted: | Location | Date Admitted | Bar ID No. |
|---|---|---|---|
| Eastern District of Pennsylvania | Philadelphia, PA | 1/17/1991 | 60412 |
| Middle District of Pennsylvania | Harrisburg, PA | 3/31/2005 | 60412 |
| District of New Jersey | Camden, NJ | 2/1/1991 | 014781990 |
| Third Circuit Court of Appeals | Philadelphia, PA | 6/18/2003 | 60412 |

```
Court Name: Northern District of Georgia
Division: 1
Receipt Number: GOM100094887
Cashier ID: asanders
Transaction Date: 06/01/2017
Payer Name: THOMPSON HINE
----------------------------------------
PRO HAC VICE
 For: THOMPSON HINE
 Case/Party: D-GAN-1-17-LD-000000-001
 Amount:        $150.00
PRO HAC VICE
 For: THOMPSON HINE
 Case/Party: D-GAN-1-17-LD-000000-001
 Amount:        $150.00
PRO HAC VICE
 For: THOMPSON HINE
 Case/Party: D-GAN-1-17-LD-000000-001
 Amount:        $150.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 013159
 Amt Tendered: $450.00
----------------------------------------
Total Due:       $450.00
Total Tendered:  $450.00
Change Amt:      $0.00

PHV APPLICATIONS IN USBC CASE NO
17-41677-MGD FOR:

MICHAEL D MENKOWITZ

JASON C MANFREY
AND
PAUL J LABOV

With a check payment you authorize
us either to use information from
your check to make a one-time
electronic fund transfer from your
account or to process the payment
as a check transaction. For
inquiries or privacy
information,call 404-215-1625
```