UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Jointly Administered Under |
| BEAULIEU GROUP, LLC, *et al.* | ) | Case No. 17-41677-MGD |
| | ) | |
| Debtors. | ) | |
| | ) | |
| SALEM LEASING CORPORATION, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| BEAULIEU GROUP, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that Salem Leasing Corporation filed a *Motion for Relief from Stay* **[Doc. No. 79]** (the "Motion") and related papers with the Court, seeking an Order modifying the automatic stay in this matter and authorizing Movant to exercise its rights with regard to certain equipment leased by Movant to Debtor Beaulieu Group, LLC.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia at 12:00 p.m. on August 24, 2017.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a

written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.

Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's office is: U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion for Relief from the Automatic Stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date.  If a final decision cannot be rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period.  Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

This 4th day of August, 2017.

/s/Jonathan A. Akins
J. Carole Thompson Hord
Georgia Bar No. 291473
Jonathan A. Akins
Georgia Bar No. 472453
jakins@swfllp.com

*Attorneys for Salem Leasing Corp.*

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046

CERTIFICATE OF SERVICE

This is to certify that the undersigned has caused true and correct copies of the within and foregoing AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY to be served through the electronic case filing system (ECF) on all registered filers, and on the parties identified in the attached service list by placing a copy of the same in the United States Mail, with sufficient postage thereon.

This 4th day of August, 2017.

/s/ Jonathan A. Akins
Jonathan A. Akins, Esq.
Georgia Bar No. 472453

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
K:\6417\44\Amended Notice of Hearing on Motion for Relief from Stay.docx

## SERVICE LIST

Martin P. Ochs
Office of The United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Beaulieu Group, LLC
1502 Coronet Drive
Dalton, GA 30722

Beaulieu of America, Inc.
1502 Coronet Drive
Dalton, GA 30722

Beaulieu Trucking, LLC
1502 Coronet Drive
Dalton, GA 30722

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
401 W. Peachtree Street, NW
Stop 334-D
Atlanta, GA 30308

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

The United States Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309