

**IT IS ORDERED as set forth below:**

**Date: December 11, 2017**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| BEAULIEU GROUP, LLC, et al., | Jointly Administered Under CASE NO. 17- 41677-mgd |
| Debtors[1]. | |

### ORDER OF ADMISSION *PRO HAC VICE*

It appearing to the Court that Matthew E. Linder, Attorney at Law, states under penalty of perjury that he meets the requirements for admission *pro hac vice* as set forth in Bankruptcy Local Rule 9010-2 and is in good standing and eligible to practice in all Courts to which admitted, it is therefor,

ORDERED by the Court that the petition of Matthew E. Linder to appear *pro hac vice* on behalf of the CoveView Advisors LLC and Advisory Group Equity Services, Ltd. appointed in

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification numbers are: Beaulieu Group LLC (2636); Beaulieu Trucking LLC (0383); and Beaulieu of America Inc. (9706).

the above-referenced cases filed in the United States Bankruptcy Court for the Northern District of Georgia be granted.

[END OF TEXT]

Prepared and presented by:

/s/ Gary W. Marsh
Gary W. Marsh
Georgia Bar No. 471290
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198 (facsimile)

# DISTRIBUTION LIST

Jonathan A Akins
J. Carole Thompson Hord
**Schreeder, Wheeler & Flint, LLP**
1100 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309

Gregory D. Ellis
**Lamberth, Cifelli, Ellis & Nason, P.A.**
1117 Perimeter Center West, Suite W212
Atlanta, GA 30338

Casey Douglas Baker
**McMickle, Kurey & Branch, LLP**
200 South Main Street
Alpharetta, GA 30009

James A. Fields
**Samples, Jennings, Clem & Fields, PLLC**
130 Jordan Drive
Chattanooga, TN 37421

Russell R Johnson, III
**Law Firm of Russell R Johnson III PLC**
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

Rachel Ruth Obaldo
**Office of Attorney General - Texas**
Bankruptcy & Collections Division MC008
P. O. Box 12548
Austin, TX 78711-2548

Emily K Devan
Kurt F Gwynne
**Reed Smith LLP**
1201 Market Street, Suite 1500
Wilmington, DE 19801

William C Hayes
Anthony L. Sanacory
**Hudson Parrott Walker LLC**
Fifteen Piedmont Center
3575 Piedmont Rd., N.E., Suite 850
Atlanta, GA 30305

C. Edward Dobbs
James S. Rankin, Jr.
**Parker, Hudson, Rainer & Dobbs LLP**
303 Peachtree Street, N.E., Suite 3600
Atlanta, GA 30308

Matthew W. Levin
Ashley Reynolds Ray
J. Robert Williamson
**Scroggins & Williamson, P.C.**
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

Mark S. Marani
Bruce Z. Walker
**Cohen Pollock Merlin & Small PC**
3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339

John K. Rezac
**Taylor English Duma LLP**
1600 Parkwood Circle
Atlanta, GA 30339, Suite 400

Martin P. Ochs

Gregory M. Taube
**Nelson Mullins Riley & Scarborough**
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363

Caleb T Holzaepfel
**Husch Blackwell LLP**
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402

Thomas D. Richardson
**Brinson, Askew, Berry, et al**
P. O. Box 5007
Rome, GA 30162-5007

Paul J. Labov
**Fox Rothschild, LLP**
Suite 1700
101 Park Avenue
New York, NY

Gary W. Marsh
**Dentons US LLP**
303 Peachtree St., NE, Suite 5300
Atlanta, GA 30308

**Office of the U. S. Trustee**
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Robert E Nagucki
**OMNOVA SOLUTIONS, INC.**
25435 Harvard Road
Beachwood, OH 44122

John F. Isbell
**Thompson Hine LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326

Michael G. Menkowitz
Jason C. Manfrey
**Fox Rothschild, LLP**
2000 Market Street
20th Floor
Philadelphia, PA 19103-3222