**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **BEAULIEU GROUP, LLC, et al.,** | ) | **Jointly Administered Under** |
| | ) | **CASE NO. 17-41677-bem** |
| **Debtors.** | ) | |
| | ) | |

**APPLICATION OF HALL, BOOTH, SMITH, P.C. FOR**
**FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

COMES NOW Hall, Booth, Smith, P.C. ("**Applicant**"), as special counsel to the Debtors and, pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016(a), applies for a final award of compensation and reimbursement of expenses incurred in the Chapter 11 Case (the "**Application**"). In support of its Application, Applicant respectfully shows the following:

1.

On July 16, 2017, (the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. During the pendency of these Chapter 11 cases, the Debtors were authorized to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.

On or about May 2, 2008, the Court entered an order confirming the First Amended Joint Plan of Liquidation (the "**Plan**").

3.

By order of the Court dated February 20, 2018, Applicant was approved as special counsel for the Debtors, *nunc pro tunc* to the Petition Date.

4.

This is Applicant's final application, and covers the period from the Petition Date through and including May 31, 2018 (the "**Relevant Period**").

**<u>Services Provided</u>**

5.

The Applicant has provided services to the Debtors during the Relevant Period which include, without limitation, the following:

    a. Assistance and advice in connection with workers' compensation claims and related issues; and

    b. Representing the Debtor in proceedings before the Georgia Board of Workers' Compensation with respect to any contested workers' compensation claims and settlement negotiations with respect thereto.

6.

Attached hereto as Exhibit "A" is a statement describing in detail the fees and expenses sought by Applicant and showing the identity, billing rate and aggregate number of hours of each professional and paraprofessional charging for services. Exhibit "A" shows:

A.    that Hall, Booth, Smith, P.C. expended 323.40 hours in professional services for the Debtors' estates during the Relevant Period, and the reasonable value of said services is $61,954.00; and

B.    that Hall, Booth, Smith, P.C. did not incur expenses for the Debtors during the Relevant Period.

7.

The Applicant shows the Court that the rates for services which are sought are reasonable and in keeping with similar awards in similar cases.

**<u>Valuation of Services</u>**

8.

This application for fees and expenses is submitted under the standards set forth in <u>Grant v. George Schumann Tire & Battery Company</u>, 908 F.2d 874 (11th Cir. 1990); <u>Norman v. Housing Authority of the City of Montgomery</u>, 836 F.2d 1292 (11th Cir. 1988); and <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974).  The twelve factors listed in <u>Johnson</u>, and quoted in <u>Grant</u>, affecting the fee application award include, <u>inter</u> <u>alia</u>:  the time and labor required; the novelty and difficulty of the questions presented; the skills requisite to performing the required services properly; the preclusion of other employment due to acceptance of this case; the customary fee charged by such professional; whether the fee is fixed or contingent; time limitations imposed by the client or other circumstances; the amount involved and the results obtained; the experience, reputation and ability of the professional; the "undesirability" of the case; the nature and length of the professional relationship with the client; and awards in similar cases.

9.

Applicant seeks compensation for services rendered at its regular rates.  During the pendency of this proceeding, Applicant has foregone working on other matters in order to be able to perform services on behalf of the Debtors' estates.  Applicant would have been compensated at its regular hourly rates on such other matters had it not performed the services for the Debtors' estates herein.

10.

Applicant shows the Court that its fee application is reasonable in light of the awards in similar cases, and that Applicant's involvement in this case has deprived it of the ability to earn fees from other clients which would have been charged for service at the same or higher rate for

which the Debtors' estates are being charged at this time.  Applicant has no agreement to share any compensation or reimbursement awarded with any person except pursuant to any member agreement of Hall, Booth, Smith, P.C. Applicant has been promised no compensation or reimbursement of expenses by any party, except that the Debtors have agreed to pay reasonable sums for services rendered and disbursements advanced by Hall, Booth, Smith, P.C., subject to Court approval.

11.

Under these circumstances, the services rendered by the Applicant and expenses incurred in the amounts requested are necessary and reasonable.

12.

Attached hereto as Exhibit "B" is a Declaration of Dale E. Slemons, a principal of the Applicant, confirming the facts set out in the Application and the exhibits hereto.

WHEREFORE, Applicant prays this Court to enter an Order:

A. awarding and allowing Hall, Booth, Smith, P.C. $61,954.00 as final compensation for services rendered during the Relevant Period; and

B. authorizing the Liquidating Trustee appointed pursuant to the Plan to make payment to Hall, Booth, Smith, P.C. of all amounts awarded which were not previously paid pursuant to orders of the Court; and

C. granting such other and further relief as the Court deems just and proper.

This 5th day of July, 2018.

Respectfully submitted,

SCROGGINS & WILLIAMSON, P.C.

4401 Northside Parkway
Suite 450
Atlanta, GA 30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
   aray@swlawfirm.com
   mlevin@swlawfirm.com

/s/ J. Robert Williamson
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
MATTHEW W. LEVIN
Georgia Bar No. 448270

*Counsel for the Debtors*

**EXHIBIT A**



# HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

| | |
|---|---|
| December 18, 2017 | |
| Client: | 004043 |
| Matter: | 000105 |
| Invoice #: | 91471802 |
| Page: | 1 |

**RE:  Derosier, Janice v. Beaulieu Group, LLC**
DOL: 12/10/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding missing temporary total disability payments | 0.20 | 175.00 | 35.00 |
| 11/14/17 | Dale E. Slemons | Correspondence to opposing counsel regarding allegations of late indemnity temporary total disability payments | 0.20 | 175.00 | 35.00 |
| 11/14/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding allegations of missing indemnity payments | 0.10 | 175.00 | 17.50 |
| 11/17/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the alleged late temporary total disability payments and prescription for physical therapy | 0.20 | 175.00 | 35.00 |
| 11/17/17 | Dale E. Slemons | Correspondence to opposing counsel regarding the alleged late temporary total disability payments and prescription for physical therapy | 0.20 | 175.00 | 35.00 |
| 11/17/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding indemnity payment delays | 0.20 | 175.00 | 35.00 |

December 18, 2017
Client: 004043
Matter: 000105
Invoice #: 91471802

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/17 | Michael Memberg | Review file to assess outstanding claim issues and update defense strategy | 0.40 | 140.00 | 56.00 |
| | | Total Professional Services | 1.50 | | $248.50 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 1.10 | $175.00 | $192.50 |
| Michael Memberg | Associate | 0.40 | $140.00 | $56.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 248.50 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 248.50 | |

| | |
|---|---|
| **Total Fees Billed to Date:** | $ 6,531.50 |
| **Total Costs Billed to Date:** | $ 71.55 |

**Outstanding Prior Balance**

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

December 18, 2017
Client:          004043
Matter:          000105
Invoice #:       91471802

**RE:   Derosier, Janice v. Beaulieu Group, LLC**
DOL: 12/10/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 248.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 248.50 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 248.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

December 18, 2017
Client:          004043
Matter:          000106
Invoice #:    91471801

Page:                 1

**RE:   Delp, James v. Beaulieu Group, LLC**
DOL: 7/14/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 11/01/17 | Michael Memberg | Correspondence with Claimant's attorney regarding issues with authorization of medical treatment with Dr. Lashley. | 0.20 | 140.00 | 28.00 |
| 11/06/17 | Dale E. Slemons | Correspondence to Marisol Garcia regarding inquire as to indemnity payments previously paid to the claimant | 0.20 | 175.00 | 35.00 |
| 11/06/17 | Michael Memberg | Review of correspondence from Claimant's attorney regarding termination and request for commencement of Temporary Total Disability benefits; Review file regarding obligation to commence Temporary Total Disability. | 0.40 | 140.00 | 56.00 |
| 11/08/17 | Dale E. Slemons | Receipt and review correspondence from Marisol Garcia regarding no previously paid indemnity benefits | 0.20 | 175.00 | 35.00 |
| 11/14/17 | Michael Memberg | Telephone call from Claimant's attorney regarding claim issues. | 0.10 | 140.00 | 14.00 |
| 11/16/17 | Michael Memberg | Correspondence with Claimant's attorney regarding medical treatment and TTD benefits | 0.20 | 140.00 | 28.00 |

December 18, 2017
Client:          004043
Matter:          000106
Invoice #:       91471801

Page:                2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 11/17/17 | Michael Memberg | Telephone call from Claimant's attorney regarding medical treatment and TTD benefits | 0.10 | 140.00 | 14.00 |
| 11/19/17 | Michael Memberg | Review file to assess outstanding claim issues and update defense strategy | 0.40 | 140.00 | 56.00 |
| 11/29/17 | Michael Memberg | Telephone call from Claimant's attorney regarding status of authorization of medical treatment; Report to Michelle Holland regarding claim status | 1.60 | 140.00 | 224.00 |
| | | **Total Professional Services** | 3.40 | | $490.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 0.40 | $175.00 | $70.00 |
| Michael Memberg | Associate | 3.00 | $140.00 | $420.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 490.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 490.00 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 6,167.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

 HALL BOOTH SMITH. P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

December 18, 2017
Client:           004043
Matter:           000106
Invoice #:     91471801

**RE:   Delp, James v. Beaulieu Group, LLC**
        DOL: 7/14/16
        Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 490.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 490.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 490.00 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



# HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu of America | December 18, 2017 |
| P.O. Box 1248 | Client: 004043 |
| Dalton, GA 30722 | Matter: 000107 |
| Attention: **Michelle Holland** | Invoice #: 91471800 |
| | Page: 1 |

**RE:  Velazquez, Paula v. Beaulieu Group, LLC**
DOL: 2/05/15
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/17 | Jessica Nottoli | Telephone conversation with AOSM regarding Claimant's medical records; Telephone conversation with Med Now regarding Claimant's medical records; Telephone conversation with The Physicians' regarding Claimant's medical records. | 0.70 | 100.00 | 70.00 |
| 11/19/17 | Michael Memberg | Review file to assess outstanding claim issues and update defense strategy | 0.40 | 140.00 | 56.00 |
| | | Total Professional Services | 1.10 | | $126.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Michael Memberg | Associate | 0.40 | $140.00 | $56.00 |
| Jessica Nottoli | Paralegal | 0.70 | $100.00 | $70.00 |

| | | | |
|---|---|---|---|
| Total Services | | $ | 126.00 |

December 18, 2017
Client:　　　004043
Matter:　　　000107
Invoice #:　91471800

Page:　　　　　　2

| | | |
|---|---|---|
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 126.00 |

**Total Fees Billed to Date:**　　　　　　　　　　　　　$　3,421.00
**Total Costs Billed to Date:**　　　　　　　　　　　　$　　　0.00

**Outstanding Prior Balance**

# H|B|S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

December 18, 2017
Client:          004043
Matter:          000107
Invoice #:     91471800

**RE:    Velazquez, Paula v. Beaulieu Group, LLC**
DOL: 2/05/15
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---:|
| Total Services | $ | 126.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 126.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 126.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

December 18, 2017
Client:         004043
Matter:         000108
Invoice #:    91471799

Page:             1

**RE:    Mendoza-Carron, Gustavo v. Beaulieu Group**
DOL: 05/05/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 11/19/17 | Michael Memberg | Review file to assess outstanding claim issues and update defense strategy | 0.40 | 140.00 | 56.00 |
| | | Total Professional Services | 0.40 | | $56.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Michael Memberg | Associate | 0.40 | $140.00 | $56.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 56.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 56.00 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 2,781.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

December 18, 2017
Client:           004043
Matter:           000108
Invoice #:   91471799

Page:                    2

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

December 18, 2017
Client:          004043
Matter:          000108
Invoice #:    91471799

**RE:   Mendoza-Carron, Gustavo v. Beaulieu Group**
DOL: 05/05/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 56.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **56.00** |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 56.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

December 18, 2017
Client:        004043
Matter:        000109
Invoice #:     91471798

Page:              1

**RE:   Crider, Larry v. Beaulieu Group**
DOL: 08/28/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/17 | Lissa Klein | Review of file regarding status of claim. | 0.20 | 140.00 | 28.00 |
| 11/21/17 | Lissa Klein | Review and analysis of correspondence from C. Williams regarding status of commencing TTD. | 0.10 | 140.00 | 14.00 |
| 11/22/17 | Lissa Klein | Review and analysis of correspondence from J. Rolnick regarding status of recommencing TTD. | 0.20 | 140.00 | 28.00 |
| 11/30/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding commencement of temporary total disability benefits | 0.20 | 175.00 | 35.00 |
| | | Total Professional Services | 0.70 | | $105.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.20 | $175.00 | $35.00 |
| Lissa Klein | Associate | 0.50 | $140.00 | $70.00 |

December 18, 2017
Client:            004043
Matter:            000109
Invoice #:      91471798

Page:                          2

| | | |
|---|---|---|
| Total Services | $ | 105.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 105.00 |

**Total Fees Billed to Date:**                                                           $      2,221.00
**Total Costs Billed to Date:**                                                          $            0.00

**Outstanding Prior Balance**

# H|B|S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

December 18, 2017
Client:          004043
Matter:          000109
Invoice #:    91471798

**RE:   Crider, Larry v. Beaulieu Group**
DOL: 08/28/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 105.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 105.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 105.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

December 18, 2017
Client: 004043
Matter: 000110
Invoice #: 91471797

Page: 1

**RE:** **Noriega, Leticia v. Beaulieu Group**
DOL: 04/04/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 11/16/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding change of ATP and treatment with Doctor. Borrow | 0.20 | 175.00 | 35.00 |
| 11/20/17 | Dale E. Slemons | Review file regarding change of ATP to Doctor. Borrow | 0.40 | 175.00 | 70.00 |
| 11/20/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding the claimant's request for a change of Authorized Treating Physician to Doctor. Amy Borrow | 0.20 | 175.00 | 35.00 |
| 11/20/17 | Dale E. Slemons | Prepare WC-200A to facilitate the claimant's request to change her Authorized Treating Physician to Doctor Amy Borrow and file on ICMS | 0.30 | 175.00 | 52.50 |
| 11/20/17 | Dale E. Slemons | Correspondence to opposing counsel regarding the claimant's future medical treatment | 0.20 | 175.00 | 35.00 |
| 11/20/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding approval of the WC-200a submission | 0.20 | 175.00 | 35.00 |

December 18, 2017
Client: 004043
Matter: 000110
Invoice #: 91471797

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding commencement of indemnity benefits | 0.20 | 175.00 | 35.00 |
| 11/20/17 | Lissa Klein | Review and analysis of correspondence from M. Holland regarding agreeing to designate Dr. Borrow as authorized treating physician. | 0.10 | 140.00 | 14.00 |
| 11/20/17 | Jessica Nottoli | Telephone conversation with Dr. Borrow regarding Claimant's change of physicians request; COrrespondence with D. Hurtado regarding Claimant's change in physician request; Correspondence with M. Holland regarding Claimant's change in physician request. | 0.60 | 100.00 | 60.00 |
| 11/21/17 | Jessica Nottoli | Prepare Claimant's medical records for review by Dr. Borrow; Telephone conversation with Dr. Borrow regarding Claimant's appointment. | 1.20 | 100.00 | 120.00 |
| | | Total Professional Services | 3.60 | | $491.50 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 1.70 | $175.00 | $297.50 |
| Lissa Klein | Associate | 0.10 | $140.00 | $14.00 |
| Jessica Nottoli | Paralegal | 1.80 | $100.00 | $180.00 |

| | | |
|---|---|---|
| Total Services | $ | 491.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 491.50 |

**Total Fees Billed to Date:** $ 2,168.00
**Total Costs Billed to Date:** $ 0.00

**Outstanding Prior Balance**

# H|B|S   HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

December 18, 2017
Client:         004043
Matter:         000110
Invoice #:      91471797

**RE:   Noriega, Leticia v. Beaulieu Group**
DOL: 04/04/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 491.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 491.50 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 491.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

December 15, 2017
Client:        004043
Matter:       000104
Invoice #:    91471755

Page:              1

**RE:    Ontiveros, Juan v. Beaulieu Group, LLC**
DOL: 1/16/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 11/05/17 | Michael Memberg | Review of file to prepare discovery responses and identify documents to produce; Preparation of responses to Claimant's Interrogatories; Preparation of responses to Claimant's Request for Production of Documents; Preparation of responses to Claimant's Request for Admissions; Review file and update claim strategy in light of hearing request; Report to Michelle Holland regarding claim status and updated defense strategy. | 6.80 | 140.00 | 952.00 |
| 11/06/17 | Dale E. Slemons | Correspondence to Michelle Holland and Marisol Garcia regarding Hearing continued by agreement | 0.20 | 175.00 | 35.00 |
| 11/06/17 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on November 9, 2017 | 0.20 | 175.00 | 35.00 |
| 11/06/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request to continue the Hearing | 0.20 | 175.00 | 35.00 |

December 15, 2017
Client:        004043
Matter:        000104
Invoice #:    91471755

Page:              2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 11/06/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding their request for a n extension to respond to the e/I discovery | 0.20 | 175.00 | 35.00 |
| 11/06/17 | Dale E. Slemons | Correspondence to correspondence from opposing counsel regarding their request for a n extension to respond to the e/I discovery | 0.20 | 175.00 | 35.00 |
| 11/06/17 | Jessica Nottoli | Telephone conversations and emails with Brandy at D. May's office regarding Claimant's deposition;  Correspondence with Judge's office regarding hearing; Letter to D. May regarding Claimant's signed WC-207 | 0.70 | 100.00 | 70.00 |
| 11/07/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request to continue the upcoming Hearing | 0.20 | 175.00 | 35.00 |
| 11/07/17 | Dale E. Slemons | Correspondence to opposing counsel regarding Hearing issues and agreement to continue the Hearing | 0.20 | 175.00 | 35.00 |
| 11/07/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding his Correspondence to Judge Sapp regarding continue the Hearing by agreement of the parties | 0.20 | 175.00 | 35.00 |
| 11/07/17 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement of the parties | 0.20 | 175.00 | 35.00 |
| 11/08/17 | Jessica Nottoli | Telephone conversation with T. Pritchett regarding hearing. | 0.20 | 100.00 | 20.00 |
| 11/09/17 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set form January 11, 2018 | 0.20 | 175.00 | 35.00 |
| 11/09/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding Hearing update | 0.20 | 175.00 | 35.00 |
| 11/10/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding REquest for Production of Documents to Whitfield EMS, Hamilton Medical Center, Benchmark physical therapy, Hamilton Convenient Care, Hamilton Ambulatory Care and Associates in Orthopedics and Sports Medicine | 0.40 | 175.00 | 70.00 |
| 11/13/17 | Jessica Nottoli | Review Claimant's responses to Employer/Insurer's discovery requests to confirm any additional or updated discovery needs. | 0.70 | 100.00 | 70.00 |

December 15, 2017
Client:       004043
Matter:       000104
Invoice #:    91471755

Page:              3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 11/14/17 | Jessica Nottoli | Letter and Request for Production of Documents to Whitfield EMS regarding Claimant's medical records;  Letter and Request for Production of Documents to Hamilton Convenient Care regarding Claimant's medical records; Telephone conversation with AOSM regarding Claimant's medical records; Telephone conversation with Hamilton Medical Center regarding Claimant's medical records; Telephone conversation with Kroger Pharmacy regarding Claimant's medical records. | 1.40 | 100.00 | 140.00 |
| 11/16/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's discovery response tot he Employer/Insurer's discovery requests (137 pages) | 2.40 | 175.00 | 420.00 |
| 11/17/17 | Michael Memberg | Review file to assess outstanding claim issues and update defense strategy | 0.40 | 140.00 | 56.00 |
| 11/20/17 | Michael Memberg | Review and analyze Claimant's discovery responses | 0.60 | 140.00 | 84.00 |
| | | Total Professional Services | 15.80 | | $2,267.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 5.00 | $175.00 | $875.00 |
| Michael Memberg | Associate | 7.80 | $140.00 | $1,092.00 |
| Jessica Nottoli | Paralegal | 3.00 | $100.00 | $300.00 |

| | | |
|---|---|---|
| Total Services | $ | 2,267.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 2,267.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 7,783.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

December 15, 2017
Client:          004043
Matter:          000104
Invoice #:     91471755

**RE:    Ontiveros, Juan v. Beaulieu Group, LLC**
DOL: 1/16/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | |
|---|---:|
| Total Services | $      2,267.00 |
| **AMOUNT DUE THIS INVOICE** | $      2,267.00 |
| Previous Balance Due | $          0.00 |
| **Total Amount Due** | $      2,267.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

December 15, 2017
Client:          004043
Matter:          000103
Invoice #:     91471754

Page:                    1

**RE:   Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant being terminated and late temporary total disability checks | 0.20 | 175.00 | 35.00 |
| 11/03/17 | Michael Memberg | Review of correspondence from Claimant's attorney requesting commencement of Temporary Total Disability due to lay-off; Review file regarding obligation to commence Temporary Total Disability. | 0.20 | 140.00 | 28.00 |
| 11/06/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement of the claim and the claimant allegedly being laid off | 0.20 | 175.00 | 35.00 |
| 11/10/17 | Michael Memberg | Review file regarding indemnity exposure in light of Claimant's lay-off; Report to Michelle Holland regarding indemnity exposure. | 1.80 | 140.00 | 252.00 |
| 11/17/17 | Michael Memberg | Review file to assess outstanding claim issues and update defense strategy | 0.40 | 140.00 | 56.00 |
| 11/22/17 | Jessica Nottoli | Receipt and organization of Claimant's medical records from Benchmark PT; Letter to Claimant's counsel regarding Claimant's medical records from Benchmark PT. | 1.40 | 100.00 | 140.00 |

December 15, 2017
Client:          004043
Matter:          000103
Invoice #:       91471754

Page:                    2

---

|  | Total Professional Services | 4.20 | $546.00 |
|---|---|---|---|

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.40 | $175.00 | $70.00 |
| Michael Memberg | Associate | 2.40 | $140.00 | $336.00 |
| Jessica Nottoli | Paralegal | 1.40 | $100.00 | $140.00 |

| Total Services | $ | 546.00 |
|---|---|---|
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 546.00 |

| Total Fees Billed to Date: | $ | 4,816.50 |
|---|---|---|
| Total Costs Billed to Date: | $ | 162.45 |

**Outstanding Prior Balance**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

December 15, 2017
Client:  004043
Matter:  000103
Invoice #:  91471754

**RE:  Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 546.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **546.00** |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 546.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

December 15, 2017
Client:          004043
Matter:          000100
Invoice #:     91471753

Page:                1

**RE:   Pineda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
DOL: 1/07/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 11/17/17 | Michael Memberg | Review file to assess outstanding claim issues and update defense strategy | 0.40 | 140.00 | 56.00 |
| 11/30/17 | Jessica Nottoli | Review file materials to determine outstanding and updated discovery needs; Telephone conversation with Dr. Norman's office regarding Claimant's updated treatment and medical records; Telephone conversation with Dr. Dykes' office regarding Claimant's updated treatment and medical records; Letter and medical records request to Dr. Dykes' office regarding Claimant's treatment and medical records. | 1.10 | 100.00 | 110.00 |
| 11/30/17 | Michael Memberg | Report to Michelle Holland regarding claim status and updated settlement strategy | 0.90 | 140.00 | 126.00 |
| | | Total Professional Services | 2.40 | | $292.00 |

December 15, 2017
Client:        004043
Matter:        000100
Invoice #:     91471753

Page:                2

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Michael Memberg | Associate | 1.30 | $140.00 | $182.00 |
| Jessica Nottoli | Paralegal | 1.10 | $100.00 | $110.00 |

| | | |
|---|---|---|
| Total Services | $ | 292.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 292.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 7,818.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

December 15, 2017
Client:          004043
Matter:         000100
Invoice #:    91471753

**RE:   PIneda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
DOL: 1/07/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 292.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **292.00** |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 292.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

December 15, 2017
Client:        004043
Matter:        000095
Invoice #:    91471752

Page:                1

RE:   **Countryman, Frank v. Beaulieu Group, LLC**
      DOL: 2/17/14
      Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 11/02/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding temporary total disability, termination, permanent partial disability and Mediation potential | 0.30 | 175.00 | 52.50 |
| 11/06/17 | Michael Memberg | Review file and update analysis of claim exposure and defenses regarding indemnity in light of termination; Report to Michelle Holland regarding claim status and update exposure evaluation. | 3.10 | 140.00 | 434.00 |
| 11/10/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Doctor. Chin medical treatment refusal and question the prescription authorization | 0.20 | 175.00 | 35.00 |
| 11/10/17 | Michael Memberg | Telephone conversation with Dr. Chin regarding ongoing treatment of Claimant and reasons for psychiatric evaluation referral; Review of correspondence from Claimant's attorney alleging Dr. Chin will no longer treat the Claimant; Correspondence to Claimant's attorney regarding Dr. Chin's willingness to continue treating Claimant. | 0.50 | 140.00 | 70.00 |

December 15, 2017
Client: 004043
Matter: 000095
Invoice #: 91471752

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/17 | Michael Memberg | Review of correspondence from Claimant's attorney regarding treatment with Dr. Chin. | 0.10 | 140.00 | 14.00 |
| 11/15/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's Friday medical treatment with Doctor. Chin and their alleged refusal to treat him due to the bankruptcy filings | 0.20 | 175.00 | 35.00 |
| 11/15/17 | Dale E. Slemons | Correspondence to opposing counsel regarding the claimant's Friday medical treatment with Doctor. Chin and their alleged refusal to treat him due to the bankruptcy filings | 0.20 | 175.00 | 35.00 |
| 11/15/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding complaints from the claimant that Doctor Chin refuses to treat him due to the bankruptcy | 0.20 | 175.00 | 35.00 |
| 11/15/17 | Dale E. Slemons | Correspondence to opposing counsel regarding complaints from the claimant that Doctor Chin refuses to treat him due to the bankruptcy | 0.20 | 175.00 | 35.00 |
| 11/15/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding pain management treatment | 0.20 | 175.00 | 35.00 |
| 11/15/17 | Dale E. Slemons | Correspondence to opposing counsel regarding pain management treatment | 0.20 | 175.00 | 35.00 |
| 11/15/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding information received from Doctor Chin | 0.10 | 175.00 | 17.50 |
| 11/15/17 | Dale E. Slemons | Telephone conversation with Michelle Holland regarding pain management treatment | 0.20 | 175.00 | 35.00 |
| 11/15/17 | Jessica Nottoli | Telephone conversation with S. Gorman regarding Claimant's treatment with Dr. Victor Chin; Telephone conversation with Beaulieu Group regarding treatment with Dr. Chin; Email to M. Holland regarding Claimant's treatment with Dr. Chin. | 0.60 | 100.00 | 60.00 |
| 11/15/17 | Michael Memberg | Multiple telephone calls from Claimant regarding treatment with Dr. Chin; Correspondence with Claimant's attorney regarding issues with treatment with Dr. Chin; Review issues regarding ongoing treatment with Dr. Chin. | 0.50 | 140.00 | 70.00 |
| 11/16/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding appointment with Doctor. Chin | 0.20 | 175.00 | 35.00 |

December 15, 2017
Client: 004043
Matter: 000095
Invoice #: 91471752

Page: 3

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding appointment with Doctor. Chin | 0.20 | 175.00 | 35.00 |
| 11/16/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding ongoing medical treatment and indemnity payments | 0.20 | 175.00 | 35.00 |
| 11/21/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription reimbursement and insurance bond | 0.20 | 175.00 | 35.00 |
| 11/21/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding correspondence from opposing counsel regarding prescription reimbursement and insurance bond | 0.20 | 175.00 | 35.00 |
| 11/21/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding Receipt and review correspondence from Marisol Garcia regarding reprocessing receipt for prescription payment | 0.20 | 175.00 | 35.00 |
| 11/21/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding clarifying correspondence from Marisol Garcia regarding reprocessing receipt for prescription payment | 0.20 | 175.00 | 35.00 |
| 11/29/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription issue | 0.20 | 175.00 | 35.00 |
| 11/29/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding prescription issue | 0.20 | 175.00 | 35.00 |
| 11/30/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding Marisol Garcia to review prescription issues | 0.20 | 175.00 | 35.00 |
| 11/30/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding bankruptcy status and future handling | 0.20 | 175.00 | 35.00 |
| | | Total Professional Services | 9.00 | | $1,383.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 4.20 | $175.00 | $735.00 |
| Michael Memberg | Associate | 4.20 | $140.00 | $588.00 |
| Jessica Nottoli | Paralegal | 0.60 | $100.00 | $60.00 |

December 15, 2017
Client:          004043
Matter:          000095
Invoice #:    91471752

Page:                4

| | | |
|---|---|---|
| Total Services | $ | 1,383.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,383.00 |

**Total Fees Billed to Date:**                                                        $    16,620.50
**Total Costs Billed to Date:**                                                      $       458.40

**Outstanding Prior Balance**

# H | B | S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

December 15, 2017
Client:           004043
Matter:           000095
Invoice #:     91471752

**RE:    Countryman, Frank v. Beaulieu Group, LLC**
DOL: 2/17/14
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 1,383.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,383.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 1,383.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

December 15, 2017
Client:          004043
Matter:          000083
Invoice #:     91471751

Page:                    1

RE:   **Epperson, Jeffery v. Beaulieu Group, LLC**
        Claim #: 2010-014518
        DOL: 4/22/10
        Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 11/09/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations | 0.20 | 175.00 | 35.00 |
| 11/09/17 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement potential | 0.20 | 175.00 | 35.00 |
| 11/17/17 | Michael Memberg | Review file to assess outstanding claim issues and update defense strategy | 0.40 | 140.00 | 56.00 |
| | | Total Professional Services | 0.80 | | $126.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 0.40 | $175.00 | $70.00 |
| Michael Memberg | Associate | 0.40 | $140.00 | $56.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 126.00 | |
| Total Disbursements | $ | 0.00 | |

December 15, 2017
Client:              004043
Matter:              000083
Invoice #:      91471751

Page:                      2

AMOUNT DUE THIS INVOICE        $              126.00

**Total Fees Billed to Date:**                                                 $         36,273.00
**Total Costs Billed to Date:**                                                $          4,021.51

**Outstanding Prior Balance**

# H|B|S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

December 15, 2017
Client:          004043
Matter:          000083
Invoice #:    91471751

**RE:   Epperson, Jeffery v. Beaulieu Group, LLC**
Claim #: 2010-014518
DOL: 4/22/10
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 126.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **126.00** |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 126.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

# H|B|S   HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

December 15, 2017
Client:       004043
Matter:       000081
Invoice #:    91471750

Page:              1

**RE:   Rogers, Sheryl v. Beaulieu Group, LLC**
DOL: 4/05/96
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/17 | Michael Memberg | Review file regarding status of potential settlement; Correspondence to subsequent injury trust fund regarding status of potential settlement. | 0.20 | 140.00 | 28.00 |
| | | Total Professional Services | 0.20 | | $28.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Michael Memberg | Associate | 0.20 | $140.00 | $28.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 28.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 28.00 | |

**Total Fees Billed to Date:**          $    35,877.50
**Total Costs Billed to Date:**          $     2,555.68

December 15, 2017
Client:         004043
Matter:         000081
Invoice #:   91471750

Page:                    2

**Outstanding Prior Balance**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

December 15, 2017
Client:           004043
Matter:          000081
Invoice #:      91471750

**RE:    Rogers, Sheryl v. Beaulieu Group, LLC**
         DOL: 4/05/96
         Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 28.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **28.00** |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | **28.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

December 15, 2017
Client:        004043
Matter:        000061
Invoice #:     91471749

Page:          1

**RE:   Castillo, Maristela v. Beaulieu Group, LLC**
DOL: 11/19/09
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through November 30, 2017

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/17 | Michael Memberg | Review file to assess outstanding claim issues and update defense strategy | 0.40 | 140.00 | 56.00 |
| 11/30/17 | Michael Memberg | Perform updated exposure analysis; Report to Michelle Holland regarding claim status and updated strategy to move claim towards settlement | 2.10 | 140.00 | 294.00 |
| | | Total Professional Services | 2.50 | | $350.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Michael Memberg | Associate | 2.50 | $140.00 | $350.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 350.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 350.00 | |

December 15, 2017
Client:          004043
Matter:          000061
Invoice #:       91471749

Page:                2

**Total Fees Billed to Date:**                        $       67,251.50
**Total Costs Billed to Date:**                       $        3,462.41

**Outstanding Prior Balance**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

December 15, 2017
Client:          004043
Matter:          000061
Invoice #:    91471749

**RE:   Castillo, Maristela v. Beaulieu Group, LLC**
DOL: 11/19/09
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through November 30, 2017.*

| | | |
|---|---|---|
| Total Services | $ | 350.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 350.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 350.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu of America | March 19, 2018 |
| P.O. Box 1248 | Client:      004043 |
| Dalton, GA 30722 | Matter:      004166 |
| Attention: **Michelle Holland** | Invoice #:   91478841 |
| | Page:           1 |

**RE:  Defore, Ruby v. Beaulieu Group, LLC**
DOL: 3/07/99

For Professional Services Rendered Through February 28, 2018

### SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription issues | 0.20 | 175.00 | 35.00 |
| 12/06/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding correspondence from opposing counsel regarding prescription issues | 0.20 | 175.00 | 35.00 |
| 12/06/17 | Dale E. Slemons | Correspondence to opposing counsel regarding prescription issues | 0.20 | 175.00 | 35.00 |
| 12/07/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding prescription issues | 0.20 | 175.00 | 35.00 |
| 12/07/17 | Dale E. Slemons | Correspondence to Tom Finn regarding prescription issues | 0.20 | 175.00 | 35.00 |
| 12/07/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding prescription issues and bankruptcy strategies | 0.20 | 175.00 | 35.00 |
| 12/11/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription issue remaining unresolved | 0.20 | 175.00 | 35.00 |

March 19, 2018
Client:        004043
Matter:        004166
Invoice #:     91478841

Page:               2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding correspondence from opposing counsel regarding prescription issue remaining unresolved | 0.20 | 175.00 | 35.00 |
| 12/11/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding Equian prescription issues resolved | 0.20 | 175.00 | 35.00 |
| 12/12/17 | Dale E. Slemons | Participate in meeting with Peter Farley, Beaulieu General Counsel to discuss future claim handling, bankruptcy and resolution of the claim | 0.30 | 175.00 | 52.50 |
| 12/12/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription issues and problems obtaining same | 0.20 | 175.00 | 35.00 |
| 12/12/17 | Dale E. Slemons | Correspondence to opposing counsel regarding prescription issues and problems obtaining same via Equian point of contact information | 0.20 | 175.00 | 35.00 |
| 12/13/17 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding prescription issues and problems obtaining them | 0.10 | 175.00 | 17.50 |
| 12/13/17 | Dale E. Slemons | Correspondence to Peter Farley regarding prescription issues and problems obtaining them | 0.10 | 175.00 | 17.50 |
| 12/13/17 | Dale E. Slemons | Correspondence to opposing counsel regarding prescription issues and problems obtaining them | 0.10 | 175.00 | 17.50 |
| 12/13/17 | Dale E. Slemons | Receipt and review correspondence from Tom Finn regarding prescription issues | 0.20 | 175.00 | 35.00 |
| 12/14/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding medical records for date of service December 17, 2017 | 0.20 | 175.00 | 35.00 |
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.70 | 140.00 | 98.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 01/15/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Doctor Sohani's issues and ongoing prescription issues | 0.20 | 175.00 | 35.00 |

March 19, 2018
Client:      004043
Matter:      004166
Invoice #:   91478841

Page:        3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 01/15/18 | Dale E. Slemons | Correspondence to opposing counsel regarding Doctor Sohani's issues and ongoing prescription issues, bankruptcy issues and Beaulieu point of contact | 0.20 | 175.00 | 35.00 |
| 01/18/18 | Dale E. Slemons | Review file regarding resolution strategy | 0.60 | 175.00 | 105.00 |
| 01/18/18 | Dale E. Slemons | Review file regarding resolution strategy | 0.80 | 175.00 | 140.00 |
| 01/18/18 | Dale E. Slemons | Review file regarding resolution strategy | 1.10 | 175.00 | 192.50 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | **Total Professional Services** | **7.70** | | **$1,309.00** |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 6.60 | $175.00 | $1,155.00 |
| Michael Memberg | Associate | 1.10 | $140.00 | $154.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,309.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,309.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 2,397.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**



HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:          004043
Matter:          004166
Invoice #:     91478841

**RE:   Defore, Ruby v. Beaulieu Group, LLC**
DOL: 3/07/99

*For Professional Services Rendered Through February 28, 2018.*

| | |
|---|---|
| Total Services | $          1,309.00 |
| **AMOUNT DUE THIS INVOICE** | $          1,309.00 |
| Previous Balance Due | $              0.00 |
| **Total Amount Due** | $          1,309.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

March 19, 2018
Client: 004043
Matter: 004170
Invoice #: 91478840

Page: 1

**RE:** **Sewell, Ellen v. Beaulieu Group, LLC**
DOL: 10/01/98

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | Total Professional Services | 0.50 | | $87.50 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 0.50 | $175.00 | $87.50 |

| | | | |
|---|---|---|---|
| Total Services | $ | 87.50 |
| Total Disbursements | $ | 0.00 |

March 19, 2018
Client: 004043
Matter: 004170
Invoice #: 91478840

Page: 2

**AMOUNT DUE THIS INVOICE** $ __87.50__

**Total Fees Billed to Date:**      $     3,263.50
**Total Costs Billed to Date:**      $       11.68

**Outstanding Prior Balance**

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:        004043
Matter:        004170
Invoice #:     91478840

**RE:    Sewell, Ellen v. Beaulieu Group, LLC**
DOL: 10/01/98

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 87.50 |
| **AMOUNT DUE THIS INVOICE** | $ | **87.50** |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | **87.50** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Beth Randolph**

| | |
|---|---|
| March 19, 2018 | |
| Client: | 004043 |
| Matter: | 004172 |
| Invoice #: | 91478839 |
| Page: | 1 |

**RE:  Holt, Franklin v. Beaulieu Group, LLC**
DOL: 4/21/05

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.50 | 140.00 | 70.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| | | Total Professional Services | 0.90 | | $126.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Michael Memberg | Associate | 0.90 | $140.00 | $126.00 |

| | | |
|---|---|---|
| Total Services | $ | 126.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 126.00 |

**Total Fees Billed to Date:**                                                    $      22,121.50

March 19, 2018
Client:          004043
Matter:          004172
Invoice #:       91478839

Page:                 2

**Total Costs Billed to Date:**                              $        3,936.19

**Outstanding Prior Balance**



HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Beth Randolph**

March 19, 2018
Client:          004043
Matter:          004172
Invoice #:    91478839

**RE:    Holt, Franklin v. Beaulieu Group, LLC**
DOL: 4/21/05

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 126.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **126.00** |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | **126.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:           004043
Matter:          004141
Invoice #:     91478838

Page:                1

**RE:   Hammond, Mildred v. Marglen Industries**
DOL: 3/30/98

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.50 | 140.00 | 70.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers'\Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | Total Professional Services | 1.40 | | $213.50 |

March 19, 2018
Client:    004043
Matter:   004141
Invoice #:  91478838

Page:     2

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.50 | $175.00 | $87.50 |
| Michael Memberg | Associate | 0.90 | $140.00 | $126.00 |

| | | |
|---|---|---|
| Total Services | $ | 213.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 213.50 |

**Total Fees Billed to Date:**    $    13,792.00
**Total Costs Billed to Date:**    $    1,283.18

**Outstanding Prior Balance**

# H|B|S    HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:         004043
Matter:         004141
Invoice #:    91478838

**RE:    Hammond, Mildred v. Marglen Industries**
DOL: 3/30/98

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 213.50 |
| **AMOUNT DUE THIS INVOICE** | $ | **213.50** |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | **213.50** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

HALL BOOTH SMITH, P.C.



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

March 19, 2018
Client:         004043
Matter:         000110
Invoice #:    91478837

Page:            1

**RE:**  **Noriega, Leticia v. Beaulieu Group**
DOL: 04/04/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding commencement of temporary total disability since claimant laid off with restrictions | 0.20 | 175.00 | 35.00 |
| 12/08/17 | Dale E. Slemons | Correspondence to opposing counsel regarding meeting on Tuesday to discuss future handling of claims | 0.20 | 175.00 | 35.00 |
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 1.10 | 140.00 | 154.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 01/02/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding missing temporary total disability payments | 0.20 | 175.00 | 35.00 |
| 01/02/18 | Dale E. Slemons | Correspondence to opposing counsel regarding missing temporary total disability payments and bankruptcy update | 0.20 | 175.00 | 35.00 |

March 19, 2018
Client: 004043
Matter: 000110
Invoice #: 91478837

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding missing indemnity payments and possible hearing issue | 0.20 | 175.00 | 35.00 |
| 01/04/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding commencement of temporary total disability | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding future medical treatment | 0.50 | 175.00 | 87.50 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-14, Notice Claim/Hearing, | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Average Weekly Wage calculation and temporary total disability benefits | 0.20 | 175.00 | 35.00 |
| 01/12/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for February 28, 2018 | 0.20 | 175.00 | 35.00 |
| 01/12/18 | Dale E. Slemons | Correspondence to Michelle Holland regarding Hearing update | 0.20 | 175.00 | 35.00 |
| 01/15/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding change of address filed | 0.20 | 175.00 | 35.00 |
| 01/15/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding change of address | 0.20 | 175.00 | 35.00 |
| 01/16/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for February 28, 2018 | 0.20 | 175.00 | 35.00 |
| 01/16/18 | Dale E. Slemons | Correspondence to Michelle Holland and Peter Farley regarding Hearing update | 0.20 | 175.00 | 35.00 |
| 01/22/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's response to the Employer/Insurer's discovery requests | 0.40 | 175.00 | 70.00 |
| 01/22/18 | Michael Memberg | Review and analyze Claimant's discovery responses. | 0.50 | 140.00 | 70.00 |
| 02/05/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding settlement negotiations and notification to the Guarantee Self-Insured Fund | 0.30 | 175.00 | 52.50 |

March 19, 2018
Client: 004043
Matter: 000110
Invoice #: 91478837

Page: 3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 02/05/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations and demand | 0.20 | 175.00 | 35.00 |
| 02/06/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding resolution of the claim and bankruptcy attorney representation | 0.20 | 175.00 | 35.00 |
| 02/06/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding to advise Mike Eddings of his conversation with the Self-Insured Guarantee Fund | 0.20 | 175.00 | 35.00 |
| 02/26/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding Hearing issues | 0.20 | 175.00 | 35.00 |
| 02/26/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding filing a Notice of Representation | 0.20 | 175.00 | 35.00 |
| 02/26/18 | Dale E. Slemons | Correspondence to opposing counsel regarding anticipated date for my refilling a Notice of Representation | 0.20 | 175.00 | 35.00 |
| 02/26/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Hearing reset by agreement | 0.20 | 175.00 | 35.00 |

Total Professional Services 7.40 $1,225.00

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 5.40 | $175.00 | $945.00 |
| Michael Memberg | Associate | 2.00 | $140.00 | $280.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,225.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,225.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 3,393.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

Invoice No. 91471797    12/18/17                                   $    491.50

 HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

March 19, 2018
Client:      004043
Matter:      000110
Invoice #:   91478837

**RE:  Noriega, Leticia v. Beaulieu Group**
DOL: 04/04/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | |
|---|---:|
| Total Services | $ 1,225.00 |
| **AMOUNT DUE THIS INVOICE** | $ 1,225.00 |
| Previous Balance Due | $ 491.50 |
| **Total Amount Due** | $ 1,716.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000108
Invoice #:    91478836

Page:              1

**RE:    Mendoza-Carron, Gustavo v. Beaulieu Group**
DOL: 05/05/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.80 | 140.00 | 112.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | Total Professional Services | 1.70 | | $255.50 |

March 19, 2018
Client:      004043
Matter:      000108
Invoice #:   91478836

Page:        2

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.50 | $175.00 | $87.50 |
| Michael Memberg | Associate | 1.20 | $140.00 | $168.00 |

| | | |
|---|---|---|
| Total Services | $ | 255.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 255.50 |

**Total Fees Billed to Date:**  $  3,037.00
**Total Costs Billed to Date:**  $  0.00

**Outstanding Prior Balance**

Invoice No.  91471799      12/18/17   $   56.00

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:           004043
Matter:           000108
Invoice #:    91478836

**RE:    Mendoza-Carron, Gustavo v. Beaulieu Group**
DOL: 05/05/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 255.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 255.50 |
| Previous Balance Due | $ | 56.00 |
| **Total Amount Due** | $ | 311.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:         004043
Matter:        000109
Invoice #:   91478835

Page:                1

**RE:   Crider, Larry v. Beaulieu Group**
DOL: 08/28/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/17 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-14, NOtice of Hearing | 0.20 | 175.00 | 35.00 |
| 12/01/17 | Dale E. Slemons | Draft written discovery: Request for Production of Documents | 0.40 | 175.00 | 70.00 |
| 12/01/17 | Dale E. Slemons | Prepare Interrogatories to the Claimant | 0.40 | 175.00 | 70.00 |
| 12/01/17 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for January 12, 2018 | 0.20 | 175.00 | 35.00 |
| 12/01/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding Hearing update | 0.20 | 175.00 | 35.00 |
| 12/01/17 | Lissa Klein | Review and analysis of WC-14 Request for Hearing. | 0.20 | 140.00 | 28.00 |
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 1.10 | 140.00 | 154.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |

March 19, 2018
Client:        004043
Matter:        000109
Invoice #:     91478835

Page:                2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 01/05/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing issues and continuation | 0.20 | 175.00 | 35.00 |
| 01/05/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for March 20, 2018 | 0.20 | 175.00 | 35.00 |
| 01/05/18 | Dale E. Slemons | Correspondence to Michelle Holland regarding Hearing update | 0.20 | 175.00 | 35.00 |
| 01/12/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding returned envelopes | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | Total Professional Services | 4.40 | | $710.50 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 2.70 | $175.00 | $472.50 |
| Lissa Klein | Associate | 0.20 | $140.00 | $28.00 |
| Michael Memberg | Associate | 1.50 | $140.00 | $210.00 |

| | | |
|---|---|---|
| Total Services | $ | 710.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 710.50 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 2,931.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | |
|---|---|---|
| Invoice No.  91471798      12/18/17 | $ | 105.00 |



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

March 19, 2018
Client: 004043
Matter: 000109
Invoice #: 91478835

**RE: Crider, Larry v. Beaulieu Group**
DOL: 08/28/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 710.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 710.50 |
| Previous Balance Due | $ | 105.00 |
| **Total Amount Due** | $ | 815.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000107
Invoice #:     91478834

Page:              1

**RE:  Velazquez, Paula v. Beaulieu Group, LLC**
DOL: 2/05/15
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.90 | 140.00 | 126.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | Total Professional Services | 1.80 | | $269.50 |

March 19, 2018
Client:          004043
Matter:          000107
Invoice #:       91478834

Page:                2

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Siemons | Partner | 0.50 | $175.00 | $87.50 |
| Michael Memberg | Associate | 1.30 | $140.00 | $182.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 269.50 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 269.50 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 3,690.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

Invoice No.  91471800      12/18/17          $          126.00



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000107
Invoice #:    91478834

**RE:** **Velazquez, Paula v. Beaulieu Group, LLC**
DOL: 2/05/15
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 269.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 269.50 |
| Previous Balance Due | $ | 126.00 |
| **Total Amount Due** | $ | 395.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



### HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000106
Invoice #:    91478833

Page:                 1

**RE:   Delp, James v. Beaulieu Group, LLC**
DOL: 7/14/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 12/06/17 | Michael Memberg | Telephone call from Claimant's attorney regarding authorization of back injections; review correspondence from Claimant's attorney regarding authorization of back injections | 0.20 | 140.00 | 28.00 |
| 12/08/17 | Michael Memberg | Correspondence with Claimant's attorney regarding authorization of medical treatment | 0.20 | 140.00 | 28.00 |
| 12/12/17 | Michael Memberg | Review correspondence from Claimant's attorney and Dr. Lashley's office regarding CPT codes for wrist surgery | 0.20 | 140.00 | 28.00 |
| 12/14/17 | Michael Memberg | Review file regarding wrist surgery; correspondence to Marisol Garcia regarding CPT codes for wrist surgery | 0.30 | 140.00 | 42.00 |
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 1.10 | 140.00 | 154.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 12/22/17 | Michael Memberg | Review correspondence from Claimant's attorney regarding wrist surgery | 0.10 | 140.00 | 14.00 |

March 19, 2018
Client:      004043
Matter:      000106
Invoice #:   91478833

Page:        2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 12/27/17 | Michael Memberg | Telephone conference with Claimant's attorney regarding claim issues and impact of bankruptcy | 0.30 | 140.00 | 42.00 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-14, Claimant's request for a hearing | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Dale E. Slemons | Review file regarding issues on WC-14, Claimant's request for a hearing | 0.40 | 175.00 | 70.00 |
| 01/11/18 | Dale E. Slemons | Prepare Interrogatories to the Claimant | 0.40 | 175.00 | 70.00 |
| 01/11/18 | Dale E. Slemons | Prepare Request for Production of Documents to the Claimant | 0.40 | 175.00 | 70.00 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's exposure evaluation and demand of $600,000.00 | 0.30 | 175.00 | 52.50 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for February 16, 2018 | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Dale E. Slemons | Correspondence to Michelle Holland and Peter Farley regarding Hearing update | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Michael Memberg | Review and analyze settlement demand | 0.50 | 140.00 | 70.00 |
| 01/29/18 | Dale E. Slemons | Correspondence to Michelle Holland regarding Hearing upcoming in 2 weeks and not authorized to prepare for same due to bankruptcy | 0.20 | 175.00 | 35.00 |
| 01/29/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding returned envelopes signifying a possible change in the claimant's location | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| 02/15/18 | Dale E. Slemons | Receipt and review correspondence from (multiple) regarding Hearing issues | 0.70 | 175.00 | 122.50 |

March 19, 2018
Client:      004043
Matter:      000106
Invoice #:   91478833

Page:        3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 02/15/18 | Dale E. Slemons | Receipt and review correspondence from Peter Farley, June Callahan, Marisol Garcia and bankruptcy attorney regarding Hearing issues | 0.70 | 175.00 | 122.50 |
| | | Total Professional Services | 7.70 | | $1,232.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 4.40 | $175.00 | $770.00 |
| Michael Memberg | Associate | 3.30 | $140.00 | $462.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,232.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,232.00 |

**Total Fees Billed to Date:**                                  $        7,399.50
**Total Costs Billed to Date:**                                 $            0.00

**Outstanding Prior Balance**

Invoice No.  91471801      12/18/17                             $          490.00



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000106
Invoice #:    91478833

**RE:    Delp, James v. Beaulieu Group, LLC**
DOL: 7/14/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,232.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,232.00 |
| Previous Balance Due | $ | 490.00 |
| **Total Amount Due** | $ | 1,722.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000105
Invoice #:   91478832

Page:              1

RE:  **Derosier, Janice v. Beaulieu Group, LLC**
DOL: 12/10/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/01/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding allegations of late temporary total disability payment checks | 0.20 | 175.00 | 35.00 |
| 12/01/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding correspondence from opposing counsel regarding allegations of late temporary total disability payment checks | 0.20 | 175.00 | 35.00 |
| 12/07/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding unemployment issues and credit against indemnity benefits | 0.20 | 175.00 | 35.00 |
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 1.00 | 140.00 | 140.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 01/08/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding late payment of temporary total disability checks and missing payments | 0.20 | 175.00 | 35.00 |

March 19, 2018
Client:        004043
Matter:        000105
Invoice #:     91478832

Page:                  2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 01/08/18 | Dale E. Slemons | Correspondence to Michelle Holland and Peter Farley regarding correspondence from opposing counsel regarding late payment of temporary total disability checks and missing payments | 0.20 | 175.00 | 35.00 |
| 01/10/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding status of late temporary total disability payments | 0.10 | 175.00 | 17.50 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding temporary total disability data | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding temporary total disability paid early in December on the 21st. | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Dale E. Slemons | Correspondence to opposing counsel regarding temporary total disability paid early in December | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding screen shots of temporary total disability benefits payment ledger | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding screen shots of temporary total disability benefits payment ledger on wrong claimant | 0.20 | 175.00 | 35.00 |
| 01/12/18 | Dale E. Slemons | Receipt and review correspondence from Tommy Goddard regarding late temporary total disability payments allegations | 0.20 | 175.00 | 35.00 |
| 01/12/18 | Dale E. Slemons | Correspondence to Michelle Holland and Peter Farley regarding correspondence from Tommy Goddard regarding late temporary total disability payments allegations | 0.20 | 175.00 | 35.00 |
| 01/12/18 | Dale E. Slemons | Correspondence to Tommy Goddard regarding late temporary total disability payments allegations | 0.20 | 175.00 | 35.00 |
| 01/15/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding copies of cleared temporary total disability payment checks | 0.30 | 175.00 | 52.50 |
| 01/15/18 | Dale E. Slemons | Correspondence to regarding copies of cleared temporary total disability payment checks | 0.20 | 175.00 | 35.00 |

March 19, 2018
Client:        004043
Matter:        000105
Invoice #:     91478832

Page:          3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 01/16/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding allegations of temporary total disability payments being delayed or suspended | 0.20 | 175.00 | 35.00 |
| 01/29/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-12, Request for the Claimant's prior workers compensation history file | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |

Total Professional Services        5.50        $913.50

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 4.10 | $175.00 | $717.50 |
| Michael Memberg | Associate | 1.40 | $140.00 | $196.00 |

| | | |
|---|---|---|
| Total Services | $ | 913.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 913.50 |

**Total Fees Billed to Date:**        $    7,445.00
**Total Costs Billed to Date:**        $       71.55

**Outstanding Prior Balance**

Invoice No.  91471802      12/18/17        $      248.50

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000105
Invoice #:       91478832

RE:   **Derosier, Janice v. Beaulieu Group, LLC**
DOL: 12/10/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 913.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 913.50 |
| Previous Balance Due | $ | 248.50 |
| **Total Amount Due** | $ | 1,162.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000104
Invoice #:     91478831

Page:              1

**RE:   Ontiveros, Juan v. Beaulieu Group, LLC**
DOL: 1/16/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/17 | Jessica Nottoli | Telephone conversation with D. May's office regarding Claimant's deposition. | 0.20 | 100.00 | 20.00 |
| 12/06/17 | Jessica Nottoli | Telephone conversation with Brandy at D. May's office regarding Claimant's deposition; Letter and Deposition Notice to D. May regarding Claimant's deposition;  Review file regarding WC-12 response. | 0.60 | 100.00 | 60.00 |
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.90 | 140.00 | 126.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 12/19/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding discovery requests to Battlefield Imaging | 0.20 | 175.00 | 35.00 |
| 01/05/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing issues and resetting potential | 0.20 | 175.00 | 35.00 |

March 19, 2018
| | |
|---|---|
| Client: | 004043 |
| Matter: | 000104 |
| Invoice #: | 91478831 |

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for March 15, 2018 | 0.20 | 175.00 | 35.00 |
| 01/05/18 | Dale E. Slemons | Correspondence to Michelle Holland regarding Hearing update | 0.20 | 175.00 | 35.00 |
| 01/10/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding bankruptcy status and settlement potential | 0.40 | 175.00 | 70.00 |
| 01/23/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's evaluation and settlement demand of $85,000.00 | 0.30 | 175.00 | 52.50 |
| 01/23/18 | Dale E. Slemons | Review file regarding preparation for settlement negotiations | 0.80 | 175.00 | 140.00 |
| 01/23/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement negotiations | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | Total Professional Services | 5.10 | | $787.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 3.00 | $175.00 | $525.00 |
| Michael Memberg | Associate | 1.30 | $140.00 | $182.00 |
| Jessica Nottoli | Paralegal | 0.80 | $100.00 | $80.00 |

| | | |
|---|---|---|
| Total Services | $ | 787.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 787.00 |

|  | | |
|---|---|---|
| March 19, 2018 | | |
| Client: | | 004043 |
| Matter: | | 000104 |
| Invoice #: | | 91478831 |
| Page: | | 3 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **8,570.50** |
| **Total Costs Billed to Date:** | $ | **0.00** |

**Outstanding Prior Balance**

| | | |
|---|---|---|
| Invoice No.  91471755     12/15/17 | $ | 2,267.00 |



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000104
Invoice #:     91478831

**RE:  Ontiveros, Juan v. Beaulieu Group, LLC**
DOL: 1/16/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 787.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 787.00 |
| Previous Balance Due | $ | 2,267.00 |
| **Total Amount Due** | $ | 3,054.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:              004043
Matter:              000103
Invoice #:        91478830

Page:                        1

**RE:   Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/08/17 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding filing of WC-108B, the claimant's attorney withdrawing form the claim and filing a lien to protect his services rendered | 0.20 | 175.00 | 35.00 |
| 12/11/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding WC-108B, Withdrawal from the claim for prior opposing counsel | 0.20 | 175.00 | 35.00 |
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.90 | 140.00 | 126.00 |
| 12/18/17 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Attorney fees contract filed | 0.20 | 175.00 | 35.00 |
| 12/18/17 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-14, Request for a Hearing | 0.20 | 175.00 | 35.00 |
| 12/18/17 | Dale E. Slemons | Research ICMS for reasons for Hearing request by opposing counsel | 0.60 | 175.00 | 105.00 |

March 19, 2018
Client:       004043
Matter:       000103
Invoice #:    91478830

Page:            2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding letter of representation | 0.20 | 175.00 | 35.00 |
| 12/18/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding medical records release | 0.20 | 175.00 | 35.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 01/10/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding obtaining a copy of the Panel of Physicians | 0.20 | 175.00 | 35.00 |
| 01/29/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding mileage reimbursement request for transportation to medical appointments | 0.20 | 175.00 | 35.00 |
| 01/29/18 | Dale E. Slemons | Correspondence to opposing counsel regarding correspondence from opposing counsel regarding mileage reimbursement request for transportation to medical appointments and many of the dates of service being beyond the sol | 0.20 | 175.00 | 35.00 |
| 01/29/18 | Dale E. Slemons | Correspondence to Michelle Holland regarding correspondence from opposing counsel regarding mileage reimbursement request for transportation to medical appointments and many of the dates of service being beyond the sol | 0.20 | 175.00 | 35.00 |
| 01/29/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding reimbursements will be paid when Marisol Garcia returns on February 6, 2018 | 0.20 | 175.00 | 35.00 |
| 02/20/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request for the Panel of Physicians and settlement negotiations | 0.20 | 175.00 | 35.00 |
| | | Total Professional Services | 4.30 | | $707.00 |

March 19, 2018
Client:        004043
Matter:       000103
Invoice #:   91478830

Page:                    3

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 3.00 | $175.00 | $525.00 |
| Michael Memberg | Associate | 1.30 | $140.00 | $182.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 707.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 707.00 | |

**Total Fees Billed to Date:**                                            $        5,523.50
**Total Costs Billed to Date:**                                           $          162.45

**Outstanding Prior Balance**

Invoice No.   91471754      12/15/17                                   $           546.00



### HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000103
Invoice #:     91478830

**RE:    Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 707.00 |
| **AMOUNT DUE THIS INVOICE** | $ | _707.00_ |
| Previous Balance Due | $ | 546.00 |
| **Total Amount Due** | $ | _1,253.00_ |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

### HALL BOOTH SMITH, P.C.

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000100
Invoice #:    91478829

Page:                 1

**RE:   Pineda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
DOL: 1/07/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.90 | 140.00 | 126.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 01/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding mileage reimbursement request | 0.20 | 175.00 | 35.00 |
| 01/19/18 | Dale E. Slemons | Correspondence to Michelle Holland and Peter Farley regarding correspondence from opposing counsel regarding mileage reimbursement request | 0.20 | 175.00 | 35.00 |
| 01/19/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-14, Request for a Hearing filed | 0.20 | 175.00 | 35.00 |
| 01/19/18 | Dale E. Slemons | Prepare Interrogatories to the Claimant | 0.40 | 175.00 | 70.00 |
| 01/19/18 | Dale E. Slemons | Prepare Request for Production of Documents to the Claimant | 0.40 | 175.00 | 70.00 |

March 19, 2018
Client:        004043
Matter:        000100
Invoice #:     91478829

Page:                2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 01/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding WC-14, Notice Claim/Hearing, | 0.20 | 175.00 | 35.00 |
| 01/19/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for March 8, 2018 | 0.20 | 175.00 | 35.00 |
| 01/19/18 | Dale E. Slemons | Correspondence to Michelle Holland and Peter Farley regarding Hearing update | 0.20 | 175.00 | 35.00 |
| 01/22/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding delayed claim for mileage reimbursements | 0.20 | 175.00 | 35.00 |
| 01/22/18 | Dale E. Slemons | Correspondence to Michelle Holland regarding sol for mileage reimbursements | 0.20 | 175.00 | 35.00 |
| 02/08/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding correspondence to the claimant returned and marked as undeliverable | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | **Total Professional Services** | 4.40 | | $724.50 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|-----------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 3.10 | $175.00 | $542.50 |
| Michael Memberg | Associate | 1.30 | $140.00 | $182.00 |

| | | |
|---|---|---|
| Total Services | $ | 724.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 724.50 |

**Total Fees Billed to Date:**                                          $       8,542.50

March 19, 2018
Client:        004043
Matter:        000100
Invoice #:     91478829

Page:                3

---

**Total Costs Billed to Date:**                                              $         0.00

**Outstanding Prior Balance**

Invoice No.  91471753        12/15/17                                         $       292.00

# H|B|S  HALL BOOTH SMITH. P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000100
Invoice #:     91478829

**RE:**  **Pineda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
DOL: 1/07/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 724.50 |
| **AMOUNT DUE THIS INVOICE** | $ | **724.50** |
| Previous Balance Due | $ | 292.00 |
| **Total Amount Due** | $ | **1,016.50** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:          004043
Matter:         000095
Invoice #:    91478828

Page:                  1

**RE:   Countryman, Frank v. Beaulieu Group, LLC**
DOL: 2/17/14
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/07/17 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding unemployment issues | 0.20 | 175.00 | 35.00 |
| 12/12/17 | Dale E. Slemons | Participate in meeting with Peter Farley, Beaulieu General Counsel to discuss future claim handling, bankruptcy and resolution of the claim | 0.30 | 175.00 | 52.50 |
| 12/13/17 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding prescription issues and complaints | 0.10 | 175.00 | 17.50 |
| 12/13/17 | Dale E. Slemons | Correspondence to Peter Farley regarding prescription issues and complaints | 0.10 | 175.00 | 17.50 |
| 12/13/17 | Dale E. Slemons | Correspondence to opposing counsel regarding prescription issues and complaints | 0.10 | 175.00 | 17.50 |
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 1.00 | 140.00 | 140.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |

March 19, 2018
Client:      004043
Matter:      000095
Invoice #:   91478828

Page:              2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/19/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding pharmacy issues | 0.20 | 175.00 | 35.00 |
| 12/19/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding correspondence from opposing counsel regarding pharmacy issues | 0.20 | 175.00 | 35.00 |
| 12/19/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding ongoing prescription problems | 0.20 | 175.00 | 35.00 |
| 12/19/17 | Dale E. Slemons | Correspondence to Michelle Holland and Peter Farley regarding correspondence from opposing counsel regarding ongoing prescription problems | 0.20 | 175.00 | 35.00 |
| 01/12/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding late or missing temporary total disability payment allegations | 0.20 | 175.00 | 35.00 |
| 01/12/18 | Dale E. Slemons | Correspondence to Michelle Holland and Peter Farley regarding correspondence from opposing counsel regarding late or missing temporary total disability payment allegations | 0.20 | 175.00 | 35.00 |
| 01/15/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding copies of temporary total disability payments that have cleared the bank | 0.30 | 175.00 | 52.50 |
| 01/15/18 | Dale E. Slemons | Correspondence to opposing counsel regarding copies of temporary total disability payments that have cleared the bank | 0.20 | 175.00 | 35.00 |
| 01/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding inquire as to which payment periods were covered by the December 21, 2018 payment | 0.20 | 175.00 | 35.00 |
| 01/17/18 | Dale E. Slemons | Correspondence to Michelle Holland and Peter Farley regarding correspondence from opposing counsel regarding inquire as to which payment periods were covered by the December 21, 2018 payment | 0.20 | 175.00 | 35.00 |
| 01/18/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding her Correspondence to Marisol Garcia regarding payment ledger/data | 0.10 | 175.00 | 17.50 |
| 01/18/18 | Dale E. Slemons | Receipt and review correspondence from Marisol Garcia regarding payment ledger/data | 0.20 | 175.00 | 35.00 |

March 19, 2018
Client: 004043
Matter: 000095
Invoice #: 91478828

Page: 3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 01/18/18 | Dale E. Slemons | Correspondence to opposing counsel regarding payment data | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |

Total Professional Services 5.30 $878.50

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 3.90 | $175.00 | $682.50 |
| Michael Memberg | Associate | 1.40 | $140.00 | $196.00 |

tal Professional Charges $878.50

| | | | |
|---|---|---|---|
| Total Services | $ | 878.50 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 878.50 | |

**Total Fees Billed to Date:** $ 17,499.00
**Total Costs Billed to Date:** $ 458.40

**Outstanding Prior Balance**

Invoice No. 91471752    12/15/17 $ 1,383.00



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:         004043
Matter:         000095
Invoice #:    91478828

**RE:   Countryman, Frank v. Beaulieu Group, LLC**
DOL: 2/17/14
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 878.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 878.50 |
| Previous Balance Due | $ | 1,383.00 |
| **Total Amount Due** | $ | 2,261.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000083
Invoice #:    91478827

Page:            1

**RE:    Epperson, Jeffery v. Beaulieu Group, LLC**
Claim #: 2010-014518
DOL: 4/22/10
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/05/17 | Dale E. Slemons | Telephone conversation with opposing counsel regarding prescription issues and the claimants' inability to have prescription filled | 0.20 | 175.00 | 35.00 |
| 12/05/17 | Dale E. Slemons | Telephone conversation with Michelle Holland regarding my Telephone conversation with opposing counsel regarding prescription issues and the claimants' inability to have prescription filled and future handling of the claims | 0.20 | 175.00 | 35.00 |
| 12/12/17 | Dale E. Slemons | Participate in meeting with Peter Farley, Beaulieu General Counsel to discuss future claim handling, bankruptcy and resolution of the claim | 0.30 | 175.00 | 52.50 |
| 12/12/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription issues | 0.20 | 175.00 | 35.00 |
| 12/13/17 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding prescription issues and problems | 0.10 | 175.00 | 17.50 |

March 19, 2018
Client:      004043
Matter:      000083
Invoice #:   91478827

Page:           2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/17 | Dale E. Slemons | Correspondence to Peter Farley regarding prescription issues and problems | 0.10 | 175.00 | 17.50 |
| 12/13/17 | Dale E. Slemons | Correspondence to opposing counsel regarding prescription issues and problems | 0.10 | 175.00 | 17.50 |
| 12/14/17 | Dale E. Slemons | Correspondence to Peter Farley regarding O.C.G.A. 34-9-385 Notice of Bankruptcy to the Fund | 0.20 | 175.00 | 35.00 |
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 1.30 | 140.00 | 182.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 12/19/17 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding pharmacy problems with filling prescription | 0.20 | 175.00 | 35.00 |
| 12/19/17 | Dale E. Slemons | Correspondence to Michelle Holland regarding correspondence from opposing counsel regarding pharmacy problems with filling prescription | 0.20 | 175.00 | 35.00 |
| 01/10/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding missing or late temporary total disability payments | 0.20 | 175.00 | 35.00 |
| 01/10/18 | Dale E. Slemons | Correspondence to Michelle Holland regarding telephone conversation with opposing counsel regarding missing or late temporary total disability payments | 0.20 | 175.00 | 35.00 |
| 01/11/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding temporary total disability payment inquiry | 0.20 | 175.00 | 35.00 |
| 02/01/18 | Dale E. Slemons | Receipt and review of correspondence from the State Board of Worker's Compensation regarding the filing of an attorney fee contract | 0.20 | 175.00 | 35.00 |
| 02/01/18 | Dale E. Slemons | Two telephone conversations with the new opposing counsel, Mark Newberry, subsequent to the retirement of the current counsel and to discuss the facts of this claim and settlement potential | 0.40 | 175.00 | 70.00 |
| 02/02/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding attorney fee contract, WC-102B, Notice of Representation filed and the facts of the claim | 0.40 | 175.00 | 70.00 |

|  |  |  |
|---|---|---|
| | March 19, 2018 | |
| | Client: | 004043 |
| | Matter: | 000083 |
| | Invoice #: | 91478827 |
| | Page: | 3 |

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/18 | Dale E. Slemons | Lengthy Telephone conversation with new opposing counsel regarding resolution of the claim and defense positions | 0.30 | 175.00 | 52.50 |
| 02/07/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's interest in settlement | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request for status update on resolution and bankruptcy | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding request for status update on resolution and bankruptcy | 0.20 | 175.00 | 35.00 |
| | | Total Professional Services | 6.50 | | $1,078.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 4.80 | $175.00 | $840.00 |
| Michael Memberg | Associate | 1.70 | $140.00 | $238.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,078.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,078.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **37,351.00** |
| **Total Costs Billed to Date:** | $ | **4,021.51** |

**Outstanding Prior Balance**

| | | |
|---|---|---|
| Invoice No.  91471751      12/15/17 | $ | 126.00 |

# H | B | S   HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000083
Invoice #:       91478827

**RE:    Epperson, Jeffery v. Beaulieu Group, LLC**
Claim #: 2010-014518
DOL: 4/22/10
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,078.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,078.00 |
| Previous Balance Due | $ | 126.00 |
| **Total Amount Due** | $ | 1,204.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000081
Invoice #:   91478826

Page:                1

RE:   **Rogers, Sheryl v. Beaulieu Group, LLC**
DOL: 4/05/96
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.80 | 140.00 | 112.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 12/27/17 | Dale E. Slemons | Receipt and review correspondence from Aletha Watt, Subsequent Injury Trust Fund, regarding settlement update | 0.20 | 175.00 | 35.00 |
| 12/27/17 | Dale E. Slemons | Correspondence to Aletha Watt, Subsequent Injury Trust Fund, regarding settlement update | 0.20 | 175.00 | 35.00 |
| 12/27/17 | Michael Memberg | Review correspondence from SITF regarding potential settlement of claim | 0.10 | 140.00 | 14.00 |
| 01/12/18 | Dale E. Slemons | Receipt and review correspondence from Carr Allison regarding Medicare Set Aside submission update | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |

March 19, 2018
Client:      004043
Matter:      000081
Invoice #:   91478826

Page:        2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | **Total Professional Services** | 2.40 | | $374.50 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 1.10 | $175.00 | $192.50 |
| Michael Memberg | Associate | 1.30 | $140.00 | $182.00 |

| | | |
|---|---|---|
| Total Services | $ | 374.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 374.50 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **36,252.00** |
| **Total Costs Billed to Date:** | $ | **2,555.68** |

**Outstanding Prior Balance**

Invoice No.  91471750    12/15/17                                    $        28.00



HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:         004043
Matter:         000081
Invoice #:    91478826

**RE:    Rogers, Sheryl v. Beaulieu Group, LLC**
DOL: 4/05/96
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 374.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 374.50 |
| Previous Balance Due | $ | 28.00 |
| **Total Amount Due** | $ | 402.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

March 19, 2018
Client: 004043
Matter: 000069
Invoice #: 91478825

Page: 1

**RE: Thorp, David v. Beaulieu Group, LLC**
DOL: 7/18/11
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.20 | 140.00 | 28.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | Total Professional Services | 0.70 | | $115.50 |

March 19, 2018
Client:        004043
Matter:        000069
Invoice #:     91478825

Page:              2

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.50 | $175.00 | $87.50 |
| Michael Memberg | Associate | 0.20 | $140.00 | $28.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 115.50 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 115.50 | |

**Total Fees Billed to Date:**                                    $        7,495.00
**Total Costs Billed to Date:**                                   $          226.15

**Outstanding Prior Balance**

# H|B|S   HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000069
Invoice #:     91478825

RE:   **Thorp, David v. Beaulieu Group, LLC**
       DOL: 7/18/11
       Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 115.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 115.50 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 115.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000078
Invoice #:    91478824

Page:              1

**RE:  Quinn, Joshua D. v. Beaulieu Group, LLC**
DOL: 09/10/2012
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.20 | 140.00 | 28.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | Total Professional Services | 0.70 | | $115.50 |

March 19, 2018
Client:          004043
Matter:          000078
Invoice #:       91478824

Page:                  2

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.50 | $175.00 | $87.50 |
| Michael Memberg | Associate | 0.20 | $140.00 | $28.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 115.50 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 115.50 | |

**Total Fees Billed to Date:**                                    $        4,248.00
**Total Costs Billed to Date:**                                   $            0.40

**Outstanding Prior Balance**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000078
Invoice #:    91478824

**RE:   Quinn, Joshua D. v. Beaulieu Group, LLC**
DOL: 09/10/2012
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 115.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 115.50 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 115.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000061
Invoice #:    91478823

Page:            1

**RE:    Castillo, Maristela v. Beaulieu Group, LLC**
DOL: 11/19/09
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

---

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.90 | 140.00 | 126.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 01/26/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding future temporary total disability payments | 0.20 | 175.00 | 35.00 |
| 01/26/18 | Dale E. Slemons | Receipt and review correspondence from Michelle Holland regarding future temporary total disability payments | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |

March 19, 2018
Client:         004043
Matter:         000061
Invoice #:      91478823

Page:             2

| | | |
|---|---|---|
| Total Professional Services | 2.20 | $339.50 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.90 | $175.00 | $157.50 |
| Michael Memberg | Associate | 1.30 | $140.00 | $182.00 |

| | | |
|---|---|---|
| Total Services | $ | 339.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 339.50 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **67,591.00** |
| **Total Costs Billed to Date:** | $ | **3,462.41** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.   91471749 | 12/15/17 | $ | 350.00 |



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

March 19, 2018
Client: 004043
Matter: 000061
Invoice #: 91478823

**RE: Castillo, Maristela v. Beaulieu Group, LLC**
DOL: 11/19/09
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 339.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 339.50 |
| Previous Balance Due | $ | 350.00 |
| **Total Amount Due** | $ | 689.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:       004043
Matter:       000047
Invoice #:    91478822

Page:              1

**RE:**  **Hayes, Jody v. Beaulieu of America**
DOL: 3/31/09
Insured: Beaulieu of America

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.20 | 140.00 | 28.00 |
| | | Total Professional Services | 0.20 | | $28.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Michael Memberg | Associate | 0.20 | $140.00 | $28.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 28.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 28.00 | |

**Total Fees Billed to Date:**                                              $      12,557.50

March 19, 2018
Client:           004043
Matter:           000047
Invoice #:     91478822

Page:                    2

**Total Costs Billed to Date:**                          $          **541.83**

**Outstanding Prior Balance**



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:          004043
Matter:         000047
Invoice #:    91478822

**RE:    Hayes, Jody v. Beaulieu of America**
DOL: 3/31/09
Insured: Beaulieu of America

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 28.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 28.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 28.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
Attention: **Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000059
Invoice #:    91478821

Page:                1

RE:   **Alvarez, Maria v. Beaulieu Group, LLC**
       DOL: 4/10/10
       Insured: Beaulieu Group, LLC

For Professional Services Rendered Through February 28, 2018

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.20 | 140.00 | 28.00 |
| 02/09/18 | Dale E. Slemons | Draft and file WC-108B with the State Board of Workers' Compensation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding update on resolution and representation | 0.20 | 175.00 | 35.00 |
| 02/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B accepted for consideration and approval | 0.10 | 175.00 | 17.50 |
| | | Total Professional Services | 0.70 | | $115.50 |

March 19, 2018
Client: 004043
Matter: 000059
Invoice #: 91478821

Page: 2

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.50 | $175.00 | $87.50 |
| Michael Memberg | Associate | 0.20 | $140.00 | $28.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 115.50 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 115.50 | |

**Total Fees Billed to Date:** $ 12,721.50
**Total Costs Billed to Date:** $ 735.62

**Outstanding Prior Balance**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA  30722
**Attention: Michelle Holland**

March 19, 2018
Client:         004043
Matter:         000059
Invoice #:    91478821

**RE:   Alvarez, Maria v. Beaulieu Group, LLC**
DOL: 4/10/10
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 115.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 115.50 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 115.50 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
Attention: **Michelle Holland**

March 19, 2018
Client:        004043
Matter:        000041
Invoice #:     91478820

Page:              1

RE:    **Pacheco, Aurelio v. Beaulieu of America**
       DOL: 11/23/07

For Professional Services Rendered Through February 28, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 12/15/17 | Michael Memberg | Review file regarding claim status and to update exposure analysis and settlement evaluation at the request of Peter Farley | 0.50 | 140.00 | 70.00 |
| 12/18/17 | Michael Memberg | Prepare report to Peter Farley regarding claim status, exposure analysis, and settlement recommendation | 0.40 | 140.00 | 56.00 |
| 02/26/18 | Michael Memberg | Review file regarding status of claim in light of apparent non-payment of medical benefits; correspondence to Claimant's attorney regarding claim status; correspondence to Peter Farley regarding claim status | 0.60 | 140.00 | 84.00 |
| | | **Total Professional Services** | 1.50 | | **$210.00** |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Michael Memberg | Associate | 1.50 | $140.00 | $210.00 |

March 19, 2018
Client: 004043
Matter: 000041
Invoice #: 91478820

Page: 2

| | | |
|---|---|---|
| Total Services | $ | 210.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **210.00** |

**Total Fees Billed to Date:**            $            **6,961.00**
**Total Costs Billed to Date:**            $            **393.60**

**Outstanding Prior Balance**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
P.O. Box 1248
Dalton, GA 30722
**Attention: Michelle Holland**

March 19, 2018
Client:          004043
Matter:          000041
Invoice #:     91478820

RE:   **Pacheco, Aurelio v. Beaulieu of America**
DOL: 11/23/07

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 210.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 210.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 210.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu of America | April 18, 2018 |
| c/o Scroggins & Williamson, P.C. | Client: 004043 |
| One Riverside 4401 Northside Parkway | Matter: 004170 |
| Suite 450 | Invoice #: 91481071 |
| Atlanta, GA 30327 | |
| Attention: **Michelle Holland** | Page: 1 |

**RE:   Sewell, Ellen v. Beaulieu Group, LLC**
         DOL: 10/01/98

For Professional Services Rendered Through March 31, 2018

---

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.30 | | $57.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.30 | $190.00 | $57.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 57.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 | |

April 18, 2018
Client:          004043
Matter:          004170
Invoice #:    91481071

Page:                    2

**Total Fees Billed to Date:**                                    $      **3,320.50**
**Total Costs Billed to Date:**                                  $          **11.68**

**Outstanding Prior Balance**

Invoice No.  91478840        03/19/18                        $          87.50

# H|B|S    HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

|  |  |
|---|---|
| April 18, 2018 |  |
| Client: | 004043 |
| Matter: | 004170 |
| Invoice #: | 91481071 |

**RE:    Sewell, Ellen v. Beaulieu Group, LLC**
DOL: 10/01/98

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |
| Previous Balance Due | $ | 87.50 |
| **Total Amount Due** | $ | 144.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **J. Robert Williamson**

April 18, 2018
Client:       004043
Matter:       004166
Invoice #:    91481070

Page:              1

RE:   **Defore, Ruby v. Beaulieu Group, LLC**
DOL: 3/07/99

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.30 | | $57.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.30 | $190.00 | $57.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 57.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 | |

April 18, 2018
Client:         004043
Matter:         004166
Invoice #:      91481070

Page:                 2

| | | |
|---|---|---|
| Total Fees Billed to Date: | $ | 2,454.50 |
| Total Costs Billed to Date: | $ | 0.00 |

**Outstanding Prior Balance**

Invoice No.  91478841        03/19/18                                      $        1,309.00



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

April 18, 2018
Client:          004043
Matter:          004166
Invoice #:    91481070

**RE:   Defore, Ruby v. Beaulieu Group, LLC**
DOL: 3/07/99

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |
| Previous Balance Due | $ | 1,309.00 |
| **Total Amount Due** | $ | 1,366.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 004141 |
| Invoice #: | 91481064 |
| | |
| Page: | 1 |

**RE:    Hammond, Mildred v. Marglen Industries**
       DOL: 3/30/98

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.30 | | $57.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.30 | $190.00 | $57.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 57.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 | |

April 18, 2018
Client:          004043
Matter:          004141
Invoice #:    91481064

Page:                    2

|  |  |  |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **13,849.00** |
| **Total Costs Billed to Date:** | $ | **1,283.18** |

**Outstanding Prior Balance**

Invoice No.  91478838       03/19/18                                        $          213.50



# HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:        004043
Matter:        004141
Invoice #:     91481064

RE:   **Hammond, Mildred v. Marglen Industries**
      DOL: 3/30/98

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |
| Previous Balance Due | $ | 213.50 |
| **Total Amount Due** | $ | 270.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

April 18, 2018
Client:        004043
Matter:        000114
Invoice #:     91481063

Page:              1

RE:   **Ashburn, Janet v. Beaulieu Group**
      DOL: 04/28/15
      Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/22/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding future medical treatment with Dr.. Hare | 0.20 | 190.00 | 38.00 |
| 03/22/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding request for future medical treatment with Dr. Hare and the Statute of Limitations | 0.20 | 190.00 | 38.00 |
| 03/22/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request for future medical treatment with Dr. Hare and the Statute of Limitations | 0.20 | 190.00 | 38.00 |
| 03/28/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding future medical treatment with Dr. Hare | 0.20 | 190.00 | 38.00 |
| 03/28/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding future medical treatment with Dr.. Hare | 0.10 | 190.00 | 19.00 |
| 03/28/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding Employer file (78 pages) | 0.10 | 190.00 | 19.00 |

April 18, 2018
Client:        004043
Matter:      000114
Invoice #:   91481063

Page:              2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/28/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding file materials to include medical records from Hamilton Medical Center, Employer file and Hamilton Physicians Group (449 pages) | 4.50 | 190.00 | 855.00 |
| 03/28/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 03/28/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding WC-14, Notice Claim/Hearing,, the Claimant's Request for Production of Documents, Interrogatories and Request for Admissions to the Employer/Insurer's | 0.60 | 190.00 | 114.00 |
| 03/28/18 | Dale E. Slemons | Prepare Interrogatories to the Claimant | 0.40 | 190.00 | 76.00 |
| 03/28/18 | Dale E. Slemons | Draft written discovery: Request for Production of Documents | 0.40 | 190.00 | 76.00 |
| 03/29/18 | Jessica Nottoli | Review initial file materials to determine claim status and discovery needs, including review and chronology of initial medical records. | 0.80 | 110.00 | 88.00 |
| 03/29/18 | Jessica Nottoli | Internet surveillance and social media review to determine claimant's activity status both current and on or near date of accident. | 0.60 | 110.00 | 66.00 |
| 03/29/18 | Jessica Nottoli | Run Westlaw search and review local online criminal databases to determine claimant's criminal and legal history. | 0.60 | 110.00 | 66.00 |
| 03/30/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for May 17, 2018 | 0.20 | 190.00 | 38.00 |
| 03/30/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 03/30/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Dr. Hare's invoice for medical treatments and obtaining a permanent partial disability rating | 0.20 | 190.00 | 38.00 |
| 03/30/18 | Dale E. Slemons | Correspondence to opposing counsel regarding Dr.. Hare's invoice for medical treatments and obtaining a permanent partial disability rating | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 9.90 | | $1,721.00 |

April 18, 2018
Client:       004043
Matter:       000114
Invoice #:    91481063

Page:              3

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 7.90 | $190.00 | $1,501.00 |
| Jessica Nottoli | Paralegal | 2.00 | $110.00 | $220.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,721.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,721.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 1,721.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

# H|B|S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

April 18, 2018
Client:         004043
Matter:         000114
Invoice #:    91481063

**RE:   Ashburn, Janet v. Beaulieu Group**
DOL: 04/28/15
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 1,721.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,721.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 1,721.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



HALL BOOTH SMITH, P.C.

191 Pcachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

April 18, 2018
Client:          004043
Matter:          000113
Invoice #:     91481062

Page:                  1

**RE:   Beaulieu Estate - General Matter**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/18 | Michael Memberg | Multiple correspondence with Rob Williamson and Peter Farley regarding future handling of Beaulieu claims by Collins & Co. | 0.30 | 165.00 | 49.50 |
| 03/01/18 | Michael Memberg | Telephone conference with Tim Milsten at State Board of Workers' Compensation regarding status of administration of Beaulieu claims | 0.30 | 165.00 | 49.50 |
| 03/07/18 | Michael Memberg | Prepare for conference call regarding claim status | 0.50 | 165.00 | 82.50 |
| 03/07/18 | Michael Memberg | Participate in conference call regarding claim strategy | 1.00 | 165.00 | 165.00 |
| 03/07/18 | Michael Memberg | Review file after conference call regarding next steps | 0.30 | 165.00 | 49.50 |
| 03/09/18 | Michael Memberg | Correspondence with Tim Milsten regarding status of Beaulieu claims | 0.20 | 165.00 | 33.00 |
| 03/12/18 | Michael Memberg | Correspondence and telephone call from Tim Milsten regarding status of upcoming Beaulieu hearing | 0.20 | 165.00 | 33.00 |

April 18, 2018
Client:        004043
Matter:        000113
Invoice #:     91481062

Page:                2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/27/18 | Dale E. Slemons | Telephone conversation with Rob Williamson, Ashley Ray and Peter Farley regarding resolution strategies and settlement of the open claims | 0.60 | 190.00 | 114.00 |
| | | Total Professional Services | 3.40 | | $576.00 |

## PERSON RECAP

**Timekeeper**
Dale E. Slemons
Michael Memberg

| Title | Hours | Rate | Total |
|-------|-------|------|-------|
| Partner | 0.60 | $190.00 | $114.00 |
| Associate | 2.80 | $165.00 | $462.00 |

| | | |
|---|---|---|
| Total Services | $ | 576.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 576.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 576.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000113 |
| Invoice #: | 91481062 |

**RE:  Beaulieu Estate - General Matter**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 576.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 576.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 576.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Patricia Smith**

April 18, 2018
Client:         004043
Matter:        000112
Invoice #:    91481061

Page:                    1

**RE:    Bookout, Rosanna v. Beaulieu Group**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/14/18 | Dale E. Slemons | Telephone conversation with Mark Newberry regarding temporary total disability and medical benefits and the applicable statute of limitations for filing a Hearing request | 0.30 | 190.00 | 57.00 |
| 03/14/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the Claimant's request for a hearing, Rule 200 Request and WC-102 filing and attorney fee contract | 0.30 | 190.00 | 57.00 |
| 03/14/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding the Claimant's request for a hearing, Rule 200 Request and WC-102 filing and attorney fee contract and the need to file a Notice of Representation and begin working this file upon assignment | 0.30 | 190.00 | 57.00 |
| 03/14/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding new file assignment and filing of Notice of Representation | 0.20 | 190.00 | 38.00 |

April 18, 2018
Client:      004043
Matter:      000112
Invoice #:   91481061

Page:        2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/14/18 | Dale E. Slemons | Draft WC-102B, Notice of Representation filed, Request for the Claimant's prior workers compensation history file, WC-207, Medical Records Release signed by the Claimant and letter to opposing counsel | 0.40 | 190.00 | 76.00 |
| 03/14/18 | Dale E. Slemons | Prepare Interrogatories to the Claimant | 0.40 | 190.00 | 76.00 |
| 03/14/18 | Dale E. Slemons | Prepare Request for Production of Documents to the Claimant | 0.40 | 190.00 | 76.00 |
| 03/14/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-102B, Notice of Representation filed | 0.10 | 190.00 | 19.00 |
| 03/14/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for April 19, 2018 | 0.20 | 190.00 | 38.00 |
| 03/14/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 03/15/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding future medical treatment with Dr. Frix | 0.20 | 190.00 | 38.00 |
| 03/15/18 | Dale E. Slemons | Correspondence to opposing counsel regarding removing the upcoming Hearing since medical appointment authorized or moving forward with discovery | 0.20 | 190.00 | 38.00 |
| 03/16/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Hearing issues and temporary total disability benefits | 0.20 | 190.00 | 38.00 |
| 03/16/18 | Dale E. Slemons | Review file to determine additional discovery needed to bolster defense and reduce exposure | 0.80 | 190.00 | 152.00 |
| 03/19/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding Hearing issues and ongoing future medical treatment | 0.30 | 190.00 | 57.00 |
| 03/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding discovery matters and deposition of the claimant | 0 20 | 190.00 | 38.00 |
| 03/21/18 | Jessica Nottoli | Letter and Request for Production of Documents to AOSM regarding Claimant's medical records. | 0.30 | 110.00 | 33.00 |
| 03/21/18 | Jessica Nottoli | Letter and Request for Production of Documents to Battlefield Imaging regarding Claimant's medical records. | 0.30 | 110.00 | 33.00 |

April 18, 2018
Client:        004043
Matter:        000112
Invoice #:     91481061

Page:          3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/22/18 | Jessica Nottoli | Review initial file materials to determine claim status and discovery needs, including documents needed for future handling. | 0.80 | 110.00 | 88.00 |
| 03/22/18 | Jessica Nottoli | Internet surveillance and social media review to determine claimant's activity status both current and on or near date of accident. | 0.60 | 110.00 | 66.00 |
| 03/22/18 | Jessica Nottoli | Run Westlaw search and review local online criminal records databases to determine Claimant's legal and criminal history. | 0.60 | 110.00 | 66.00 |
| 03/27/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Dr. Frix permanent partial disability rating and wage records request | 0.20 | 190.00 | 38.00 |
| 03/27/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding medical records from Cornerstone Medical, Dr.. Hartley and Associates in Orthopedics and Sports Medicine | 1.10 | 190.00 | 209.00 |
| 03/27/18 | Jessica Nottoli | Review medical records from Claimant's counsel to determine additional and updated discovery needs. | 0.60 | 110.00 | 66.00 |
| 03/27/18 | Michael Memberg | Review file to analyze claim issues and defenses and prepare initial opinion letter; Initial opinion letter to Pat Smith regarding analysis of claim issues and defenses and recommendations for future handling | 2.60 | 165.00 | 429.00 |
| 03/29/18 | Michael Memberg | Telephone conference with Claimant's attorney regarding PPD benefits | 0.10 | 165.00 | 16.50 |
| 03/30/18 | Michael Memberg | Review correspondence from Claimant's attorney regarding PPD benefits | 0.10 | 165.00 | 16.50 |
| | | Total Professional Services | 12.00 | | $1,954.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 6.00 | $190.00 | $1,140.00 |
| Michael Memberg | Associate | 2.80 | $165.00 | $462.00 |
| Jessica Nottoli | Paralegal | 3.20 | $110.00 | $352.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,954.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,954.00 |

April 18, 2018
Client:         004043
Matter:         000112
Invoice #:      91481061

Page:               4

Total Fees Billed to Date:                                     $      1,954.00
Total Costs Billed to Date:                                    $          0.00

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Patricia Smith**

April 18, 2018
Client:        004043
Matter:        000112
Invoice #:    91481061

RE:    **Bookout, Rosanna v. Beaulieu Group**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,954.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,954.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 1,954.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Patricia Smith**

April 18, 2018
Client:        004043
Matter:       000111
Invoice #:   91481060

Page:              1

RE:  **Hill, Colonel v. Beaulieu Group**
DOL: 01/16/2017
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/18 | Dale E. Slemons | Telephone conversation with Rob Williamson, Peter Farley, Peter Richter and Ashley Ray to discuss third party administrators, Collins and Company, claim resolutions and settlement, day to day claim handling, etc. | 1.00 | 190.00 | 190.00 |
| 03/12/18 | Dale E. Slemons | Receipt and review correspondence from Tim Milston regarding Hearing upcoming on March 15, 2018 and representation of bankruptcy estate | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Correspondence to Tim Milston regarding representation and upcoming Hearing | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Telephone conversation with Chris Coan regarding claim handling | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Telephone conversation with Tim Milston regarding claim handling | 0.30 | 190.00 | 57.00 |
| 03/12/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding Hearing issues | 0.30 | 190.00 | 57.00 |

April 18, 2018
Client: 004043
Matter: 000111
Invoice #: 91481060

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on March 15, 2018 | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for March 15, 2018 | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding claim issues and Hearing status | 0.30 | 190.00 | 57.00 |
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding his Correspondence to Judge Sapp regarding continuation of the Hearing | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement of the parties | 0.20 | 190.00 | 38.00 |
| 03/15/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for April 19, 2018 | 0.20 | 190.00 | 38.00 |
| 03/15/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 03/16/18 | Dale E. Slemons | Review file to determine additional discovery needed to bolster defense and reduce exposure | 0.60 | 190.00 | 114.00 |
| 03/20/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding temporary total disability payments and benefits in lieu of a Hearing request | 0.40 | 190.00 | 76.00 |
| 03/23/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Request for the Claimant's workers compensation history file | 0.20 | 190.00 | 38.00 |
| 03/27/18 | Dale E. Slemons | Receipt and review of correspondence from State Board of Workers' Compensation in response to WC-12 sent, no prior claims. | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 5.40 | | $1,026.00 |

April 18, 2018
Client:           004043
Matter:           000111
Invoice #:     91481060

Page:                       3

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 5.40 | $190.00 | $1,026.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 1,026.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 1,026.00 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 1,026.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Patricia Smith**

|  |  |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000111 |
| Invoice #: | 91481060 |

**RE:   Hill, Colonel v. Beaulieu Group**
DOL: 01/16/2017
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,026.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,026.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 1,026.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

|  |  |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000110 |
| Invoice #: | 91481059 |
| Page: | 1 |

**RE:   Noriega, Leticia v. Beaulieu Group**
DOL: 04/04/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

---

### SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/08/18 | Dale E. Slemons | Receipt and review correspondence from (2) opposing counsel regarding inquire as to mediation potential and resolution of the claim | 0.20 | 190.00 | 38.00 |
| 03/08/18 | Dale E. Slemons | Correspondence to opposing counsel regarding inquire as to mediation potential and resolution of the claim | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding resolution of the claim, hearing issues and indemnity benefits | 0.60 | 190.00 | 114.00 |
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation a WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| 03/11/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for April 27, 2018 | 0.20 | 190.00 | 38.00 |

April 18, 2018
Client: 004043
Matter: 000110
Invoice #: 91481059

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 03/23/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding settlement negotiations | 0.20 | 190.00 | 38.00 |
| 03/29/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations and resolution of the claim | 0.20 | 190.00 | 38.00 |
| 03/29/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding settlement negotiations and his belief that no formal mediation will be necessary to resolve the claim | 0.30 | 190.00 | 57.00 |
| | | Total Professional Services | 2.40 | | $456.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 2.40 | $190.00 | $456.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 456.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 456.00 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 3,849.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91471797 | 12/18/17 | $ | 491.50 |
| Invoice No. 91478837 | 03/19/18 | $ | 1,225.00 |

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:          004043
Matter:          000110
Invoice #:    91481059

**RE:    Noriega, Leticia v. Beaulieu Group**
DOL: 04/04/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

|  |  |  |
|---|---|---|
| Total Services | $ | 456.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 456.00 |
| Previous Balance Due | $ | 1,716.50 |
| **Total Amount Due** | $ | 2,172.50 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000109 |
| Invoice #: | 91481058 |
| Page: | 1 |

**RE:  Crider, Larry v. Beaulieu Group**
DOL: 08/28/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation a WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| 03/12/18 | Dale E. Slemons | R State Board of Workers' Compensation regarding Hearing set for March 20, 2018 | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 03/15/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing March 20, 2018 | 0.20 | 190.00 | 38.00 |
| 03/19/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding (4) calendar call for Hearing on March 20, 2018 | 0.40 | 190.00 | 76.00 |
| 03/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding agree to continued the upcoming Hearing | 0.20 | 190.00 | 38.00 |

April 18, 2018
Client:        004043
Matter:        000109
Invoice #:     91481058

Page:                2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/19/18 | Jessica Nottoli | Telephone conversation and emails with J. Rolnick regarding hearing. | 0.20 | 110.00 | 22.00 |
| 03/19/18 | Jessica Nottoli | Correspondence with Tanise in Judge Sapp's office regarding hearing. | 0.20 | 110.00 | 22.00 |
| 03/21/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for May 11, 2018 | 0.20 | 190.00 | 38.00 |
| 03/21/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 2.30 | | $405.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 1.90 | $190.00 | $361.00 |
| Jessica Nottoli | Paralegal | 0.40 | $110.00 | $44.00 |

| | | |
|---|---|---|
| Total Services | $ | 405.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 405.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 3,336.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91471798 | 12/18/17 | $ | 105.00 |
| Invoice No.  91478835 | 03/19/18 | $ | 710.50 |



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

|  |  |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000109 |
| Invoice #: | 91481058 |

**RE:   Crider, Larry v. Beaulieu Group**
     DOL: 08/28/17
     Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 405.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 405.00 |
| Previous Balance Due | $ | 815.50 |
| **Total Amount Due** | $ | 1,220.50 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



# HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

April 18, 2018
Client:        004043
Matter:        000108
Invoice #:     91481057

Page:               1

RE:   **Mendoza-Carron, Gustavo v. Beaulieu Group**
DOL: 05/05/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation a WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.30 | | $57.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.30 | $190.00 | $57.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 57.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 | |

April 18, 2018
Client:      004043
Matter:      000108
Invoice #:   91481057

Page:                   2

**Total Fees Billed to Date:**                                    $      **3,094.00**
**Total Costs Billed to Date:**                                   $            **0.00**

**Outstanding Prior Balance**

Invoice No.  91471799      12/18/17                               $          56.00

Invoice No.  91478836      03/19/18                               $         255.50



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:          004043
Matter:          000108
Invoice #:     91481057

**RE:   Mendoza-Carron, Gustavo v. Beaulleu Group**
DOL: 05/05/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |
| Previous Balance Due | $ | 311.50 |
| **Total Amount Due** | $ | 368.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

April 18, 2018
| | |
|---|---|
| Client: | 004043 |
| Matter: | 000107 |
| Invoice #: | 91481056 |

Page:                1

**RE:  Velazquez, Paula v. Beaulieu Group, LLC**
DOL: 2/05/15
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation a WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.50 | | $95.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.50 | $190.00 | $95.00 |

| | | | |
|---|---|---|---|
| Total Services | | $ | 95.00 |

April 18, 2018
Client:      004043
Matter:      000107
Invoice #:   91481056

Page:        2

| | | |
|---|---|---|
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **95.00** |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **3,785.50** |
| **Total Costs Billed to Date:** | $ | **0.00** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91471800 | 12/18/17 | $ | 126.00 |
| Invoice No. 91478834 | 03/19/18 | $ | 269.50 |

# H|B|S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

|  |  |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000107 |
| Invoice #: | 91481056 |

**RE:  Velazquez, Paula v. Beaulieu Group, LLC**
DOL: 2/05/15
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 95.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 95.00 |
| Previous Balance Due | $ | 395.50 |
| **Total Amount Due** | $ | 490.50 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000106 |
| Invoice #: | 91481055 |
| Page: | 1 |

**RE:   Delp, James v. Beaulieu Group, LLC**
DOL: 7/14/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/18 | Michael Memberg | Telephone conference with Claimant's attorney regarding hearing issues; review file and update strategy regarding potential resolution of hearing issues | 0.40 | 165.00 | 66.00 |
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation a WC-102B, Notice of Representation filed, | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| 03/12/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for April 17, 2018 | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 03/21/18 | Michael Memberg | Review correspondence from Claimant's attorney regarding claim status | 0.10 | 165.00 | 16.50 |
| 03/23/18 | Michael Memberg | Telephone call from Claimant's attorney regarding claim status; correspondence to Claimant's attorney regarding claim status | 0.20 | 165.00 | 33.00 |

April 18, 2018
Client:        004043
Matter:        000106
Invoice #:     91481055

Page:          2

|  |  |  |
|---|---|---|
| Total Professional Services | 1.40 | $248.50 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.70 | $190.00 | $133.00 |
| Michael Memberg | Associate | 0.70 | $165.00 | $115.50 |

| | | | |
|---|---|---|---|
| Total Services | $ | 248.50 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 248.50 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **7,648.00** |
| **Total Costs Billed to Date:** | $ | **0.00** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91471801 | 12/18/17 | $ | 490.00 |
| Invoice No.  91478833 | 03/19/18 | $ | 1,232.00 |



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000106 |
| Invoice #: | 91481055 |

**RE:   Delp, James v. Beaulieu Group, LLC**
DOL: 7/14/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 248.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 248.50 |
| Previous Balance Due | $ | 1,722.00 |
| **Total Amount Due** | $ | 1,970.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

April 18, 2018
Client:        004043
Matter:        000105
Invoice #:     91481054

Page:              1

**RE:   Derosier, Janice v. Beaulieu Group, LLC**
DOL: 12/10/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/06/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding alleged missing temporary total disability payments | 0.20 | 190.00 | 38.00 |
| 03/06/18 | Dale E. Slemons | Correspondence to opposing counsel regarding alleged missing temporary total disability payments | 0.20 | 190.00 | 38.00 |
| 03/06/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding receipt of some of the missing temporary total disability payments | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.90 | | $171.00 |

April 18, 2018
Client:       004043
Matter:       000105
Invoice #:    91481054

Page:              2

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.90 | $190.00 | $171.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 171.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 171.00 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **7,616.00** |
| **Total Costs Billed to Date:** | $ | **71.55** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91471802 | 12/18/17 | $ | 248.50 |
| Invoice No.  91478832 | 03/19/18 | $ | 913.50 |

# H|B|S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:         004043
Matter:         000105
Invoice #:   91481054

**RE:  Derosier, Janice v. Beaulieu Group, LLC**
DOL: 12/10/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 171.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 171.00 |
| Previous Balance Due | $ | 1,162.00 |
| **Total Amount Due** | $ | 1,333.00 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

April 18, 2018
Client:        004043
Matter:        000104
Invoice #:     91481053

Page:                1

**RE:   Ontiveros, Juan v. Beaulieu Group, LLC**
DOL: 1/16/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| 03/12/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for March 15, 2018 | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on March 15, 2018 | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding his Correspondence to Judge Sapp regarding request for a conference call to discuss Hearing issues | 0.20 | 190.00 | 38.00 |

April 18, 2018
Client:        004043
Matter:        000104
Invoice #:     91481053

Page:          2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/13/18 | Dale E. Slemons | Correspondence to Judge Sapp regarding request for a conference call to discuss Hearing issues | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding request for a conference call by opposing counsel | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel to Judge Sapp to cancel the conference call | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding conference call cancelled | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding Hearing issues | 0.20 | 190.00 | 38.00 |
| 03/13/18 | Michael Memberg | Review file and analyze Claimant's entitlement to indemnity benefits and develop strategy for resolving hearing issues | 1.30 | 165.00 | 214.50 |
| 03/14/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on March 15, 2018 | 0.10 | 190.00 | 19.00 |
| 03/14/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding additional correspondence concerning calendar call for Hearing on March 15, 2018 | 0.10 | 190.00 | 19.00 |
| 03/14/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement of the parties | 0.10 | 190.00 | 19.00 |
| 03/14/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding the claimant's temporary total disability/indemnity benefits | 0.20 | 190.00 | 38.00 |
| 03/14/18 | Michael Memberg | Telephone conference with Claimant's attorney regarding hearing; correspondence to Claimant's attorney regarding hearing issues | 0.30 | 165.00 | 49.50 |
| 03/15/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for April 19, 2018 | 0.20 | 190.00 | 38.00 |
| 03/15/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 4.60 | | $834.00 |

April 18, 2018
Client:      004043
Matter:      000104
Invoice #:   91481053

Page:        3

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 3.00 | $190.00 | $570.00 |
| Michael Memberg | Associate | 1.60 | $165.00 | $264.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 834.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 834.00 | |

| | |
|---|---|
| **Total Fees Billed to Date:** | $ 9,404.50 |
| **Total Costs Billed to Date:** | $ 0.00 |

**Outstanding Prior Balance**

| Invoice No. | 91471755 | 12/15/17 | $ | 2,267.00 |
|---|---|---|---|---|
| Invoice No. | 91478831 | 03/19/18 | $ | 787.00 |

# H|B|S

## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000104 |
| Invoice #: | 91481053 |

**RE:  Ontiveros, Juan v. Beaulieu Group, LLC**
DOL: 1/16/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 834.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 834.00 |
| Previous Balance Due | $ | 3,054.00 |
| **Total Amount Due** | $ | 3,888.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



# HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000103 |
| Invoice #: | 91481052 |
| Page: | 1 |

**RE:** **Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| 03/29/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding settlement negotiations | 0.30 | 190.00 | 57.00 |
| 03/29/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement negotiations | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 0.80 | | $152.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.80 | $190.00 | $152.00 |

| | | | |
|---|---|---|---|
| Total Services | | $ | 152.00 |

April 18, 2018
Client:          004043
Matter:          000103
Invoice #:    91481052

Page:                2

| | | |
|---|---|---|
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **152.00** |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **5,675.50** |
| **Total Costs Billed to Date:** | $ | **162.45** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91471754 | 12/15/17 | $ | 546.00 |
| Invoice No. 91478830 | 03/19/18 | $ | 707.00 |

# H|B|S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:        004043
Matter:        000103
Invoice #:   91481052

**RE:   Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 152.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 152.00 |
| Previous Balance Due | $ | 1,253.00 |
| **Total Amount Due** | $ | 1,405.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **Lamar Clark**

April 18, 2018
Client:        004043
Matter:        000101
Invoice #:     91481051

Page:              1

RE:    **Podbielski, James v. Beaulieu Group, LLC**
       Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/26/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding forms required by the State Board of Workers' Compensation to ensure a proper closing of the file | 0.20 | 190.00 | 38.00 |
| 03/26/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding filing of WC-2, Commencement/Suspension of Benefits and WC-4, Case Progress Report | 0.20 | 190.00 | 38.00 |
| 03/27/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith closing file until further notice due to inactivity | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.50 | | $95.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 0.50 | $190.00 | $95.00 |

|  | Total Services | $ | 95.00 |
|--|----------------|---|-------|

April 18, 2018
Client:          004043
Matter:          000101
Invoice #:    91481051

Page:                    2

| | | |
|---|---|---|
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 95.00 |

**Total Fees Billed to Date:**  $  6,846.00
**Total Costs Billed to Date:**  $  0.00

**Outstanding Prior Balance**

# H|B|S   HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Lamar Clark**

April 18, 2018
Client:         004043
Matter:        000101
Invoice #:   91481051

**RE:   Podbielski, James v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | |
|---|---|
| Total Services | $        95.00 |
| **AMOUNT DUE THIS INVOICE** | $        95.00 |
| Previous Balance Due | $         0.00 |
| **Total Amount Due** | $        95.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **Michelle Holland**

April 18, 2018
Client:      004043
Matter:     000100
Invoice #:  91481050

Page:                      1

**RE:   Pineda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
DOL: 1/07/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/05/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on March 8, 2018 | 0.20 | 190.00 | 38.00 |
| 03/07/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement of the parties | 0.20 | 190.00 | 38.00 |
| 03/07/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| 03/12/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for April 12, 2018 | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |

April 18, 2018
Client:          004043
Matter:          000100
Invoice #:       91481050

Page:            2

| | | | |
|---|---|---|---|
| Total Professional Services | | 1.30 | $247.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 1.30 | $190.00 | $247.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 247.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 247.00 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 8,789.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91471753 | 12/15/17 | $ | 292.00 |
| Invoice No.  91478829 | 03/19/18 | $ | 724.50 |

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
**Attention: Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000100 |
| Invoice #: | 91481050 |

**RE:** **Pineda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
DOL: 1/07/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 247.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 247.00 |
| Previous Balance Due | $ | 1,016.50 |
| **Total Amount Due** | $ | 1,263.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **Michelle Holland**

April 18, 2018
Client: 004043
Matter: 000095
Invoice #: 91481049

Page: 1

RE: **Countryman, Frank v. Beaulieu Group, LLC**
DOL: 2/17/14
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| 03/21/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding the Claimant's Notice of Claim for 2015 date of accident | 0.20 | 190.00 | 38.00 |
| 03/21/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the Claimant's Notice of Claim for 2015 date of accident | 0.20 | 190.00 | 38.00 |
| 03/21/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-14 for 2011 date of accident | 0.20 | 190.00 | 38.00 |
| 03/21/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding attorney fee contract filed for 2015 date of accident | 0.10 | 190.00 | 19.00 |

April 18, 2018
Client:        004043
Matter:        000095
Invoice #:     91481049

Page:          2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/21/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding attorney fee contract filed for 2011 date of accident | 0.10 | 190.00 | 19.00 |
| 03/28/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding results of mediation set for October 2017 | 0.20 | 190.00 | 38.00 |
| 03/28/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding mediation set for October 2017 not occurring due to bankruptcy of company | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 1.50 | | $285.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 1.50 | $190.00 | $285.00 |

|  |  |  |
|--|--|--|
| Total Services | $ | 285.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 285.00 |

| | | |
|--|--|--|
| **Total Fees Billed to Date:** | $ | **17,784.00** |
| **Total Costs Billed to Date:** | $ | **458.40** |

**Outstanding Prior Balance**

| Invoice No. | 91471752 | 12/15/17 | $ | 1,383.00 |
| Invoice No. | 91478828 | 03/19/18 | $ | 878.50 |



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:          004043
Matter:          000095
Invoice #:    91481049

**RE:**    **Countryman, Frank v. Beaulieu Group, LLC**
DOL: 2/17/14
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 285.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **285.00** |
| Previous Balance Due | $ | 2,261.50 |
| **Total Amount Due** | $ | **2,546.50** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **Michelle Holland**

April 18, 2018
Client:      004043
Matter:      000083
Invoice #:   91481048

Page:        1

**RE:**  **Epperson, Jeffery v. Beaulieu Group, LLC**
Claim #: 2010-014518
DOL: 4/22/10
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

---

SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation a WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| 03/12/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding future medical treatment with Dr. Hare, pain management physician | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Meeting with opposing counsel regarding future medical treatment with Dr. Hare, pain management physician and resolution of the claim | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Telephone conversation with Patricia Smith regarding authorization for Dr. Hare to treat the claimant | 0.20 | 190.00 | 38.00 |
| 03/12/18 | Dale E. Slemons | Correspondence to opposing counsel regarding authorization for Dr... Hare to treat the claimant | 0.20 | 190.00 | 38.00 |

April 18, 2018
Client:      004043
Matter:      000083
Invoice #:   91481048

Page:        2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription for 90 days of medicine incorrect when prescription written for 120 days | 0.20 | 190.00 | 38.00 |
| 03/19/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding prescription for 90 days of medicine incorrect when prescription written for 120 days | 0.20 | 190.00 | 38.00 |
| 03/20/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding prescription issue to Equian and resolution of the delay in the claimant obtaining his 120 day supply of medicine | 0.20 | 190.00 | 38.00 |
| 03/20/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding prescription issue resolved and the claimant can proceed to the pharmacy and obtain the additional 30 day medicine supply | 0.20 | 190.00 | 38.00 |
| 03/20/18 | Dale E. Slemons | Correspondence to opposing counsel regarding prescription issue resolved and the claimant can proceed to the pharmacy and obtain the additional 30 day medicine supply | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 2.10 | | $399.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 2.10 | $190.00 | $399.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 399.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 399.00 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 37,750.00 |
| **Total Costs Billed to Date:** | $ | 4,021.51 |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91471751 | 12/15/17 | $ | 126.00 |

April 18, 2018
Client:              004043
Matter:              000083
Invoice #:      91481048

Page:                      3

Invoice No.  91478827      03/19/18                                            $      1,078.00



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:         004043
Matter:         000083
Invoice #:      91481048

**RE:    Epperson, Jeffery v. Beaulieu Group, LLC**
Claim #: 2010-014518
DOL: 4/22/10
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 399.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **399.00** |
| Previous Balance Due | $ | 1,204.00 |
| **Total Amount Due** | $ | **1,603.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **Michelle Holland**

|  |  |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000081 |
| Invoice #: | 91481047 |
| Page: | 1 |

**RE:** **Rogers, Sheryl v. Beaulieu Group, LLC**
DOL: 4/05/96
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| 03/20/18 | Jessica Nottoli | Review file materials to determine most updated medical record. | 0.40 | 110.00 | 44.00 |
| 03/21/18 | Dale E. Slemons | Telephone conversation with Patricia Smith regarding medical records | 0.20 | 190.00 | 38.00 |
| 03/21/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding Subsequent Injury Trust Fund reimbursement and additional medical records regarding latest medical treatment and the Medicare Set Aside calculation along with potential conditional payments from Medicare | 0.20 | 190.00 | 38.00 |
| 03/21/18 | Dale E. Slemons | Telephone conversation with Patricia Smith regarding Dr. Kerr's records and Subsequent Injury Trust Fund reimbursement | 0.30 | 190.00 | 57.00 |

April 18, 2018
Client:     004043
Matter:     000081
Invoice #:  91481047

Page:              2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/22/18 | Lissa Klein | Review and analysis of correspondence from P. Smith regarding updated medical records. | 0.10 | 165.00 | 16.50 |
| 03/22/18 | Jessica Nottoli | Review file materials including documents submitted to Subsequent Injury Trust Fund to determine most recent medical treatment. | 0.60 | 110.00 | 66.00 |
| | | Total Professional Services | 2.10 | | $316.50 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 1.00 | $190.00 | $190.00 |
| Lissa Klein | Associate | 0.10 | $165.00 | $16.50 |
| Jessica Nottoli | Paralegal | 1.00 | $110.00 | $110.00 |

| | | |
|---|---|---|
| Total Services | $ | 316.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 316.50 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **36,568.50** |
| **Total Costs Billed to Date:** | $ | **2,555.68** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91471750 | 12/15/17 | $ | 28.00 |
| Invoice No. 91478826 | 03/19/18 | $ | 374.50 |

# H|B|S   HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000081 |
| Invoice #: | 91481047 |

**RE:   Rogers, Sheryl v. Beaulieu Group, LLC**
DOL: 4/05/96
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 316.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 316.50 |
| Previous Balance Due | $ | 402.50 |
| **Total Amount Due** | $ | 719.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

April 18, 2018
Client:        004043
Matter:        000078
Invoice #:   91481046

Page:              1

**RE:   Quinn, Joshua D. v. Beaulieu Group, LLC**
        DOL: 09/10/2012
        Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.30 | | $57.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 0.30 | $190.00 | $57.00 |

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |

April 18, 2018
Client:            004043
Matter:            000078
Invoice #:    91481046

Page:                    2

**Total Fees Billed to Date:**                                                    $        **4,305.00**
**Total Costs Billed to Date:**                                                    $              **0.40**

**Outstanding Prior Balance**

Invoice No.  91478824        03/19/18                                            $            115.50



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
**Attention: Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000078 |
| Invoice #: | 91481046 |

**RE:  Quinn, Joshua D. v. Beaulieu Group, LLC**
    DOL: 09/10/2012
    Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 57.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |
| Previous Balance Due | $ | 115.50 |
| **Total Amount Due** | $ | 172.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

April 18, 2018
Client:          004043
Matter:          000069
Invoice #:     91481003

Page:                  1

**RE:   Thorp, David v. Beaulieu Group, LLC**
DOL: 7/18/11
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.30 | | $57.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 0.30 | $190.00 | $57.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 57.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 | |

April 18, 2018
Client:          004043
Matter:          000069
Invoice #:    91481003

Page:                    2

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **7,552.00** |
| **Total Costs Billed to Date:** | $ | **226.15** |

**Outstanding Prior Balance**

Invoice No.  91478825        03/19/18            $            115.50



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:        004043
Matter:        000069
Invoice #:     91481003

**RE:   Thorp, David v. Beaulieu Group, LLC**
DOL: 7/18/11
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |
| Previous Balance Due | $ | 115.50 |
| **Total Amount Due** | $ | 172.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **Michelle Holland**

April 18, 2018
Client:       004043
Matter:       000061
Invoice #:    91481002

Page:              1

RE:   **Castillo, Maristela v. Beaulieu Group, LLC**
DOL: 11/19/09
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.30 | | $57.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 0.30 | $190.00 | $57.00 |

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |

April 18, 2018
Client:          004043
Matter:          000061
Invoice #:       91481002

Page:                2

**Total Fees Billed to Date:**                                                    $      **67,648.00**
**Total Costs Billed to Date:**                                                   $       **3,462.41**

**Outstanding Prior Balance**

Invoice No.   91471749        12/15/17                                            $        350.00

Invoice No.   91478823        03/19/18                                            $        339.50



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

|                |          |
|----------------|----------|
| April 18, 2018 |          |
| Client:        | 004043   |
| Matter:        | 000061   |
| Invoice #:     | 91481002 |

**RE:  Castillo, Maristela v. Beaulieu Group, LLC**
DOL: 11/19/09
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |
| Previous Balance Due | $ | 689.50 |
| **Total Amount Due** | $ | 746.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

April 18, 2018
Client:        004043
Matter:        000059
Invoice #:     91481001

Page:               1

RE:    **Alvarez, Maria v. Beaulieu Group, LLC**
       DOL: 4/10/10
       Insured: Beaulieu Group, LLC

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.30 | | $57.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.30 | $190.00 | $57.00 |

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |

April 18, 2018
Client:          004043
Matter:          000059
Invoice #:       91481001

Page:                    2

---

**Total Fees Billed to Date:**                                              $      **12,778.50**
**Total Costs Billed to Date:**                                             $         **735.62**

**Outstanding Prior Balance**

Invoice No.  91478821        03/19/18                                        $          115.50



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:          004043
Matter:          000059
Invoice #:    91481001

**RE:    Alvarez, Maria v. Beaulieu Group, LLC**
DOL: 4/10/10
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |
| Previous Balance Due | $ | 115.50 |
| **Total Amount Due** | $ | 172.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **Michelle Holland**

| | |
|---|---|
| April 18, 2018 | |
| Client: | 004043 |
| Matter: | 000041 |
| Invoice #: | 91480999 |
| Page: | 1 |

**RE:   Pacheco, Aurelio v. Beaulieu of America**
DOL: 11/23/07

For Professional Services Rendered Through March 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/18 | Dale E. Slemons | Draft and submit to the State Board of Workers' Compensation our Notice of Representation | 0.20 | 190.00 | 38.00 |
| 03/09/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding acceptance of Defenses Notice of Representation for future claim handling | 0.10 | 190.00 | 19.00 |
| | | Total Professional Services | 0.30 | | $57.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.30 | $190.00 | $57.00 |

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |

April 18, 2018
Client:          004043
Matter:          000041
Invoice #:       91480999

Page:                   2

**Total Fees Billed to Date:**                                    $        **7,018.00**
**Total Costs Billed to Date:**                                  $          **393.60**

**Outstanding Prior Balance**

Invoice No.  91478820       03/19/18                              $          210.00

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: Michelle Holland**

April 18, 2018
Client:        004043
Matter:        000041
Invoice #:    91480999

RE:   **Pacheco, Aurelio v. Beaulieu of America**
      DOL: 11/23/07

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 57.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 57.00 |
| Previous Balance Due | $ | 210.00 |
| **Total Amount Due** | $ | 267.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

| | |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000116 |
| Invoice #: | 91482777 |
| Page: | 1 |

**RE:    Aguilar, Adriana v. Beaulieu Group**
DOL: 09/17/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Eric Trivett, prior defense counsel, regarding file reassignment | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Correspondence to Eric Trivett, prior defense counsel, regarding file reassignment acknowledgement | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Eric Trivett, prior defense counsel, regarding Hearing notice for April 12, 2018 | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Eric Trivett, prior defense counsel, regarding correspondence from opposing counsel regarding settlement negotiations | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Eric Trivett, prior defense counsel, regarding additional file materials | 0.40 | 190.00 | 76.00 |
| 04/11/18 | Dale E. Slemons | Draft Notice of Representation, Request for the Claimant's Prior Workers Compensation History File, WC-207, Medical Records Release signed by the Claimant and letter to opposing counsel | 0.40 | 190.00 | 76.00 |

May 9, 2018
Client:          004043
Matter:          000116
Invoice #:       91482777

Page:                 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/12/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 04/12/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding claim defense strategies | 0.20 | 190.00 | 38.00 |
| 04/12/18 | Dale E. Slemons | Receipt and review correspondence from Eric Trivett and Correspondence to Eric Trivett regarding chronology of the claim and defense strategy | 0.20 | 190.00 | 38.00 |
| 04/12/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for June 6, 2018 | 0.20 | 190.00 | 38.00 |
| 04/12/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement negotiations | 0.20 | 190.00 | 38.00 |
| 04/20/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding medical records and settlement negotiations (8 pages) | 0.40 | 190.00 | 76.00 |
| 04/20/18 | Jessica Nottoli | Review intial file materials to determine claim status and discovery needs. | 0.60 | 110.00 | 66.00 |
| 04/20/18 | Jessica Nottoli | Internet surveillance and social media review to determine Claimant's activity status both current and on or near date of accident. | 0.40 | 110.00 | 44.00 |
| 04/20/18 | Jessica Nottoli | Run Westlaw Search and review local online and criminal databases to determine Claimant's legal and criminal history. | 0.40 | 110.00 | 44.00 |
| 04/20/18 | Jessica Nottoli | Telephone conversation with E. Oates regarding Claimant's signed WC-207. | 0.20 | 110.00 | 22.00 |
| 04/26/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding filing of WC-108B for opposing counsel's removal the claimant's attorney with lien | 0.20 | 190.00 | 38.00 |
| 04/30/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for June 6, 2018 | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:       004043
Matter:       000116
Invoice #:    91482777

Page:         3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/30/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 5.60 | | $936.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 4.00 | $190.00 | $760.00 |
| Jessica Nottoli | Paralegal | 1.60 | $110.00 | $176.00 |

| | | |
|---|---|---|
| Total Services | $ | 936.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **936.00** |

**Total Fees Billed to Date:**                    $        936.00
**Total Costs Billed to Date:**                   $          0.00

# H|B|S    HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

| | |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000116 |
| Invoice #: | 91482777 |

**RE:    Aguilar, Adriana v. Beaulieu Group**
DOL: 09/17/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 936.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 936.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 936.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:        000115
Invoice #:     91482776

Page:               1

RE:   **Wiley, Will v. Beaulieu Group**
      DOL: 07/08/18
      Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/02/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding file a Notice of Representation and obtain the file materials | 0.10 | 190.00 | 19.00 |
| 04/02/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding to obtain a copy of the file I have to file a Notice of Representation | 0.20 | 190.00 | 38.00 |
| 04/02/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith requesting a copy of the file | 0.20 | 190.00 | 38.00 |
| 04/02/18 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding settlement terms | 0.20 | 190.00 | 38.00 |
| 04/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding no settlement documents as file not settled | 0.20 | 190.00 | 38.00 |
| 04/03/18 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding request for settlement documents | 0.20 | 190.00 | 38.00 |
| 04/03/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding prior workers compensation file (19 pages) | 0.40 | 190.00 | 76.00 |

May 9, 2018
Client: 004043
Matter: 000115
Invoice #: 91482776

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation WC-WC-102B, Notice of Representation filed, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 04/03/18 | Dale E. Slemons | Draft Notice of Representation, Request for the Claimant's prior Workers Compensation History file, Medical Records Releases and letter to opposing counsel | 0.40 | 190.00 | 76.00 |
| | | Total Professional Services | 2.10 | | $399.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 2.10 | $190.00 | $399.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 399.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 399.00 | |

**Total Fees Billed to Date:** $ 399.00
**Total Costs Billed to Date:** $ 0.00

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

May 9, 2018
Client:         004043
Matter:         000115
Invoice #:     91482776

**RE:   Wiley, Will v. Beaulieu Group**
DOL: 07/08/18
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 399.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 399.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 399.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

| | |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000114 |
| Invoice #: | 91482775 |
| Page: | 1 |

**RE: Ashburn, Janet v. Beaulieu Group**
DOL: 04/28/15
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's discovery responses | 0.60 | 190.00 | 114.00 |
| 04/06/18 | Michael Memberg | Review claim file materials to analyze claim issues and defenses, identify discovery needs, evaluate claim exposure, and prepare Initial Opinion letter; Correspondence to Claimant's attorney regarding hearing issues; Correspondence to Dr. Nudelman regarding peer review and potential response from Dr. Hare; Initial Opinion Letter to Pat Smith regarding analysis of claim issues and defenses, claim exposure, and recommendations for future handling | 4.70 | 165.00 | 775.50 |
| 04/09/18 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding Hearing notice and claim status | 0.20 | 190.00 | 38.00 |
| 04/09/18 | Dale E. Slemons | Correspondence to Peter Farley regarding recent assignment and filing of Notice of Representation | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:     004043
Matter:     000114
Invoice #:  91482775

Page:       2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding WC-207, Medical Records Release signed by the Claimant | 0.20 | 190.00 | 38.00 |
| 04/09/18 | Dale E. Slemons | Receipt and review correspondence from Dr. Nudelman regarding his research on the medical issues | 0.30 | 190.00 | 57.00 |
| 04/09/18 | Michael Memberg | Review correspondence from Dr. Nudelman regarding recap of peer review process | 0.30 | 165.00 | 49.50 |
| 04/16/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Dr. hare's medical treatment records | 0.20 | 190.00 | 38.00 |
| 04/16/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding correction to the date of accident filed with the State Board of Workers' Compensation by opposing counsel | 0.20 | 190.00 | 38.00 |
| 04/16/18 | Michael Memberg | Review correspondence from Claimant's attorney regarding hearing issues and potential reimbursement owed to Claimant for treatment with Dr. Hare | 0.20 | 165.00 | 33.00 |
| 04/17/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correction that needs to be made to the May 28th Date of accident at the State Board of Workers' Compensation | 0.20 | 190.00 | 38.00 |
| 04/17/18 | Michael Memberg | Review file regarding date of accident because date on file with SBWC does not match Beaulieu incident report; correspondence to Claimant's attorney requesting he amend date of accident with the SBWC | 1.30 | 165.00 | 214.50 |
| 04/18/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding his Correspondence to Judge Sapp regarding removing the Hearing from the active calendar docket | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding removing the Hearing from the active calendar docket | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 9.00 | | $1,547.50 |

May 9, 2018
Client:        004043
Matter:        000114
Invoice #:     91482775

Page:          3

## PERSON RECAP

**Timekeeper** | **Title** | **Hours** | **Rate** | **Total**
--- | --- | --- | --- | ---
Dale E. Slemons | Partner | 2.50 | $190.00 | $475.00
Michael Memberg | Associate | 6.50 | $165.00 | $1,072.50

| | | |
--- | --- | --- | ---
Total Services | $ | 1,547.50 |
Total Disbursements | $ | 0.00 |
**AMOUNT DUE THIS INVOICE** | $ | 1,547.50 |

**Total Fees Billed to Date:** $ 3,268.50
**Total Costs Billed to Date:** $ 0.00

**Outstanding Prior Balance**

Invoice No.  91481063     04/18/18          $   1,721.00

 HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

|  |  |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000114 |
| Invoice #: | 91482775 |

**RE:  Ashburn, Janet v. Beaulieu Group**
DOL: 04/28/15
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | |
|---|---|
| Total Services | $      1,547.50 |
| **AMOUNT DUE THIS INVOICE** | $      1,547.50 |
| Previous Balance Due | $      1,721.00 |
| **Total Amount Due** | $      3,268.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:       000113
Invoice #:   91482774

Page:              1

RE:   **Beaulieu Estate - General Matter**
      DOL: 03/21/16
      Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/09/18 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding defense strategies for resolution | 0.20 | 190.00 | 38.00 |
| 04/09/18 | Dale E. Slemons | Receipt and review correspondence from Peter Richter regarding defense strategies for resolution | 0.20 | 190.00 | 38.00 |
| 04/24/18 | Dale E. Slemons | Receipt and review correspondence from Rob Williamson regarding defense strategies | 0.20 | 190.00 | 38.00 |
| 04/24/18 | Dale E. Slemons | Correspondence to Rob Williamson regarding defense strategies | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 0.80 | | $152.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 0.80 | $190.00 | $152.00 |

May 9, 2018
Client:        004043
Matter:        000113
Invoice #:    91482774

Page:                    2

| | | |
|---|---|---|
| Total Services | $ | 152.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 152.00 |

**Total Fees Billed to Date:**                              $      **728.00**
**Total Costs Billed to Date:**                             $         **0.00**

**Outstanding Prior Balance**

Invoice No.   91481062      04/18/18                        $       576.00



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
**Attention: J. Robert Williamson**

| | |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000113 |
| Invoice #: | 91482774 |

**RE: Beaulieu Estate - General Matter**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 152.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 152.00 |
| Previous Balance Due | $ | 576.00 |
| **Total Amount Due** | $ | 728.00 |

## THIS INVOICE IS PAYABLE UPON RECEIPT.

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **J. Robert Williamson**

May 9, 2018
Client: 004043
Matter: 000112
Invoice #: 91482773

Page: 1

**RE: Bookout, Rosanna v. Beaulieu Group**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding permanent partial disability benefits | 0.20 | 190.00 | 38.00 |
| 04/05/18 | Dale E. Slemons | Correspondence to opposing counsel regarding wage information | 0.20 | 190.00 | 38.00 |
| 04/05/18 | Dale E. Slemons | Research ICMS to determine if an Average Weekly Wage or temporary total disability benefit rate have ever been established | 0.40 | 190.00 | 76.00 |
| 04/05/18 | Michael Memberg | Review correspondence from Claimant's attorney regarding commencement of PPD benefits | 0.10 | 165.00 | 16.50 |
| 04/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Average Weekly Wage calculation | 0.10 | 190.00 | 19.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding work status report from Dr. Frix | 0.20 | 190.00 | 38.00 |
| 04/13/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding future medical treatment, surgery recommendation and wage information | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:          004043
Matter:          000112
Invoice #:       91482773

Page:                  2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/16/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on April 19, 2018 | 0.20 | 190.00 | 38.00 |
| 04/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request to continue the upcoming Hearing and obtain a copy of Dr. Frix's report | 0.20 | 190.00 | 38.00 |
| 04/17/18 | Dale E. Slemons | Correspondence to opposing counsel regarding request to continue the upcoming Hearing and obtain a copy of Dr.. Frix's report | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request to continue the upcoming Hearing | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding Associates in Orthopedics and Sports Medicine medical records wherein Dr. Frix recommends a total knee replacement | 0.30 | 190.00 | 57.00 |
| 04/19/18 | Dale E. Slemons | Telephone conversation with Patricia Smith regarding total knee replacement | 0.30 | 190.00 | 57.00 |
| 04/19/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding total knee replacement or settlement of the claim in it's entirety | 0.30 | 190.00 | 57.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding permanent partial disability rating | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing set for June 7, 2018 | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding the Claimant not receiving indemnity payments at this time due to a return to work regular duty since April 12, 2017 | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the Claimant's desire to have the surgery versus settlement of the claim | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:          004043
Matter:          000112
Invoice #:       91482773

Page:              3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's desire to have surgery and then settle the claim | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Correspondence to opposing counsel regarding the claimant's return to work regular duty release on April 12, 2017 | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding request for medical records | 0.20 | 190.00 | 38.00 |
| 04/20/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding medical records (partial) | 0.20 | 190.00 | 38.00 |
| 04/20/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding medical records (78 pages) | 1.60 | 190.00 | 304.00 |
| 04/20/18 | Jessica Nottoli | Receipt review and organization of Claimant's medical records from Adjuster, review and create chronology and determine additional and updated discovery needs. | 0.70 | 110.00 | 77.00 |
| 04/20/18 | Michael Memberg | Review and analyze additional medical records provided by Pat Smith (78 pages) | 1.20 | 165.00 | 198.00 |
| 04/23/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding authorization of prescription, Tramadol, prescribed by Dr. Frix and Walmart pharmacy | 0.20 | 190.00 | 38.00 |
| 04/23/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding authorization of total knee replacement | 0.20 | 190.00 | 38.00 |
| 04/23/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding prescription issue | 0.20 | 190.00 | 38.00 |
| 04/23/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding request for medical records to review to determine if the total knee surgery is compensable | 0.20 | 190.00 | 38.00 |
| 04/23/18 | Dale E. Slemons | Correspondence to opposing counsel regarding request for medical records to review to determine if the total knee surgery is compensable | 0.20 | 190.00 | 38.00 |
| 04/23/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding prescription for tramadol at Walmart to be authorized today | 0.20 | 190.00 | 38.00 |
| 04/23/18 | Dale E. Slemons | Correspondence to opposing counsel regarding prescription for tramadol at Walmart to be authorized today | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:        004043
Matter:        000112
Invoice #:     91482773

Page:              4

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/23/18 | Michael Memberg | Review correspondence from claimant's attorney regarding status of authorization of surgery | 0.20 | 165.00 | 33.00 |
| 04/24/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding total knee replacement authorization and previous medical treatment with Drs. Wilson and Frix | 0.40 | 190.00 | 76.00 |
| 04/24/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding total knee replacement authorization and previous medical treatment with Drs.. Wilson and Frix | 0.40 | 190.00 | 76.00 |
| 04/24/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding total knee replacement authorization and previous medical treatment with Drs... Wilson and Frix | 0.40 | 190.00 | 76.00 |
| 04/24/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding additional medical records regarding treatment at Associates in Orthopedics and Sports Medicine | 0.60 | 190.00 | 114.00 |
| 04/24/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding potential Hearing issues | 0.20 | 190.00 | 38.00 |
| 04/24/18 | Dale E. Slemons | Review file to include medical records from Drs. Frix, Wilson, Associates in Orthopedics and Sports Medicine and others to determine if the surgery is compensable | 0.60 | 190.00 | 114.00 |
| 04/24/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding defense strategies to authorize surgery | 0.60 | 190.00 | 114.00 |
| 04/24/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding her concurrence to authorize the surgery | 0.60 | 190.00 | 114.00 |
| 04/24/18 | Dale E. Slemons | Correspondence to opposing counsel regarding authorize the surgery | 0.60 | 190.00 | 114.00 |
| 04/24/18 | Michael Memberg | Review and analyze additional medical records provided by Claimant's attorney; update claim exposure analysis; Report to Pat Smith regarding updated analysis of claim including exposure analysis and settlement evaluation | 3.90 | 165.00 | 643.50 |
| 04/30/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding surgery, medical clearance from the Primary Care Provider and dental clearance | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:      004043
Matter:      000112
Invoice #:   91482773

Page:        5

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/30/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding surgery, medical clearance from the Primary Care Provider and dental clearance | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 18.90 | | $3,400.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 12.80 | $190.00 | $2,432.00 |
| Michael Memberg | Associate | 5.40 | $165.00 | $891.00 |
| Jessica Nottoli | Paralegal | 0.70 | $110.00 | $77.00 |

| | | |
|---|---|---|
| Total Services | $ | 3,400.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 3,400.00 |

**Total Fees Billed to Date:**      $    5,354.00
**Total Costs Billed to Date:**      $    0.00

**Outstanding Prior Balance**

Invoice No.  91481061       04/18/18      $    1,954.00

# H|B|S    HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

May 9, 2018
Client:       004043
Matter:       000112
Invoice #:    91482773

RE:  **Bookout, Rosanna v. Beaulieu Group**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 3,400.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 3,400.00 |
| Previous Balance Due | $ | 1,954.00 |
| **Total Amount Due** | $ | 5,354.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:        000111
Invoice #:     91482772

Page:          1

RE:   **Hill, Colonel v. Beaulieu Group**
DOL: 01/16/2017
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/13/18 | Jessica Nottoli | Letter and Request for Production of Documents to Hamilton Medical Center regarding Claimant's medical records. | 0.30 | 110.00 | 33.00 |
| 04/13/18 | Jessica Nottoli | Letter and Request for Production of Documents to Priority Care regarding Claimant's medical records. | 0.30 | 110.00 | 33.00 |
| 04/16/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing On April 19, 2018 | 0.20 | 190.00 | 38.00 |
| 04/17/18 | Dale E. Slemons | Review file regarding defense strategies, future medical treatment and temporary total disability benefits | 2.90 | 190.00 | 551.00 |
| 04/17/18 | Dale E. Slemons | Telephone conversation with (2) Patricia Smith are defense strategies, future medical treatment and indemnity payment ledger | 0.30 | 190.00 | 57.00 |
| 04/17/18 | Dale E. Slemons | Telephone conversation with (2) opposing counsel regarding Hearing issues, temporary total disability, future medical treatment and removing the Hearing request upon resolution of all the issues | 0.30 | 190.00 | 57.00 |

May 9, 2018
Client:        004043
Matter:        000111
Invoice #:     91482772

Page:          2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding his Correspondence to Judge Sapp regarding resetting the upcoming Hearing by agreement of the parties | 0.20 | 190.00 | 38.00 |
| 04/17/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding payments to opposing counsel for benefits | 0.20 | 190.00 | 38.00 |
| 04/17/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding request for all payment history per opposing counsel's request for same | 0.20 | 190.00 | 38.00 |
| 04/17/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement of the parties | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding indemnity payments to the Claimant | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request for adjuster's information | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Correspondence to opposing counsel regarding request for adjuster's information | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding the Claimant previously paid indemnity for the period of June 19, 2017 thru July 20, 2017 | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for June 21, 2018 | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Jessica Nottoli | Correspondence with N. McArthur regarding adjuster | 0.20 | 110.00 | 22.00 |
| 04/18/18 | Michael Memberg | Review file regarding TTD exposure; correspondence to Pat Smith regarding TTD exposure | 1.10 | 165.00 | 181.50 |
| 04/19/18 | Dale E. Slemons | Telephone conversation with Patricia Smith regarding payment procedures of indemnity due the claimant | 0.30 | 190.00 | 57.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding memorialization of the Telephone conversation with defense counsel regarding Hearing continued by agreement and payment of benefits | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client: 004043
Matter: 000111
Invoice #: 91482772

Page: 3

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding latest medical chronology | 0.30 | 190.00 | 57.00 |
| 04/26/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding inquiry Adam Sloope to benefit status | 0.20 | 190.00 | 38.00 |
| 04/27/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding temporary total disability benefits | 0.20 | 190.00 | 38.00 |
| 04/27/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding temporary total disability benefits | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 9.00 | | $1,618.50 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 7.10 | $190.00 | $1,349.00 |
| Michael Memberg | Associate | 1.10 | $165.00 | $181.50 |
| Jessica Nottoli | Paralegal | 0.80 | $110.00 | $88.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,618.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,618.50 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 2,644.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

Invoice No. 91481060    04/18/18         $    1,026.00

 HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

May 9, 2018
Client:         004043
Matter:        000111
Invoice #:    91482772

**RE:    HIll, Colonel v. Beaulieu Group**
DOL: 01/16/2017
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,618.50 |
| **AMOUNT DUE THIS INVOICE** | $ | **1,618.50** |
| Previous Balance Due | $ | 1,026.00 |
| **Total Amount Due** | $ | 2,644.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:       004043
Matter:       000110
Invoice #:    91482771

Page:            1

RE:   **Noriega, Leticia v. Beaulieu Group**
      DOL: 04/04/17
      Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/18 | Michael Memberg | Review file to assess claim status, analyze claim exposure, and prepare settlement evaluation for Peter Richter | 2.20 | 165.00 | 363.00 |
| 04/02/18 | Dale E. Slemons | Prepare for settlement negotiations with opposing counsel and updated exposure evaluation to client | 0.70 | 190.00 | 133.00 |
| 04/10/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement negotiations and offer of $52,500.00 to resolve all issues | 0.20 | 190.00 | 38.00 |
| 04/10/18 | Dale E. Slemons | Two Telephone conversation with opposing counsel regarding settlement negotiations | 0.40 | 190.00 | 76.00 |
| 04/10/18 | Dale E. Slemons | Draft Settlement documents to include Stipulation and Agreement, Settlement and General Release with Voluntary Resignation and confidentiality statement to resolve all issues for $52,500.00 with closed medicals and no Medicare Set Aside requirement | 2.90 | 190.00 | 551.00 |
| 04/10/18 | Dale E. Slemons | Correspondence to Peter Richter, Peter Farley, Ashley Ray and Rob Williamson regarding settlement achieved for $52,500.000 | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:     004043
Matter:     000110
Invoice #:  91482771

Page:                 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/26/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding calendar call for Hearing on April 27, 2018 | 0.20 | 190.00 | 38.00 |
| 04/26/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding removing the hearing from the active hearing docket | 0.20 | 190.00 | 38.00 |
| 04/26/18 | Dale E. Slemons | Receipt and review correspondence from Administrative Law Judge regarding removing the hearing from the active hearing docket per opposing counsel's request | 0.20 | 190.00 | 38.00 |
| 04/26/18 | Jessica Nottoli | Correspondence with K. Bailey regarding hearing. | 0.20 | 110.00 | 22.00 |
| 04/26/18 | Jessica Nottoli | Correspondence with K. Bailey regarding hearing. | 0.20 | 110.00 | 22.00 |
| 04/26/18 | Jessica Nottoli | Correspondence with H. Izquierdo regarding hearing. | 0.20 | 110.00 | 22.00 |
| | | **Total Professional Services** | 7.80 | | $1,379.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 5.00 | $190.00 | $950.00 |
| Michael Memberg | Associate | 2.20 | $165.00 | $363.00 |
| Jessica Nottoli | Paralegal | 0.60 | $110.00 | $66.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,379.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,379.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 5,228.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91471797 | 12/18/17 | $ | 491.50 |
| Invoice No. 91478837 | 03/19/18 | $ | 1,225.00 |
| Invoice No. 91481059 | 04/18/18 | $ | 456.00 |

# H|B|S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

| | |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000110 |
| Invoice #: | 91482771 |

**RE:**  **Noriega, Leticia v. Beaulieu Group**
DOL: 04/04/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,379.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,379.00 |
| Previous Balance Due | $ | 2,172.50 |
| **Total Amount Due** | $ | 3,551.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **J. Robert Williamson**

| | |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000106 |
| Invoice #: | 91482770 |
| Page: | 1 |

**RE:** **Delp, James v. Beaulieu Group, LLC**
DOL: 7/14/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/18 | Michael Memberg | Telephone call from Claimant's attorney regarding claim status | 0.10 | 165.00 | 16.50 |
| 04/04/18 | Dale E. Slemons | Receipt and review correspondence from the claimant's responses to the Employer/Insurer's discovery request to include Interrogatories and Request for Production of Documents (135 pages) | 2.10 | 190.00 | 399.00 |
| 04/10/18 | Michael Memberg | Telephone call to Claimant's attorney regarding claim status; correspondence from Claimant's attorney regarding hearing issues | 0.30 | 165.00 | 49.50 |
| 04/13/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing April 17, 2018 | 0.20 | 190.00 | 38.00 |
| 04/16/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on April 17, 2018 | 0.20 | 190.00 | 38.00 |
| 04/16/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on April 17, 2018 | 0.20 | 190.00 | 38.00 |

|  |  |  |
|---|---|---|
| May 9, 2018 |  |  |
| Client: | 004043 |  |
| Matter: | 000106 |  |
| Invoice #: | 91482770 |  |

| Page: | 2 |
|---|---|

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement of the parties | 0.20 | 190.00 | 38.00 |
| 04/16/18 | Michael Memberg | Review correspondence from ALJ regarding hearing; review file regarding hearing issues; telephone conference with Claimant's attorney regarding hearing issues; correspondence with Claimant's attorney regarding hearing issues | 1.10 | 165.00 | 181.50 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for June 5, 2018 | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 04/27/18 | Michael Memberg | Review file to assess claim status, analyze claim exposure, and prepare settlement evaluation for Peter Richter | 2.70 | 165.00 | 445.50 |
| | | Total Professional Services | 7.50 | | $1,320.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 3.30 | $190.00 | $627.00 |
| Michael Memberg | Associate | 4.20 | $165.00 | $693.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,320.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,320.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 8,968.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | | | |
|---|---|---|---|---|
| Invoice No. 91471801 | 12/18/17 | | $ | 490.00 |
| Invoice No. 91478833 | 03/19/18 | | $ | 1,232.00 |
| Invoice No. 91481055 | 04/18/18 | | $ | 248.50 |

# H|B|S  HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:        000106
Invoice #:    91482770

**RE:   Delp, James v. Beaulieu Group, LLC**
DOL: 7/14/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,320.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,320.00 |
| Previous Balance Due | $ | 1,970.50 |
| **Total Amount Due** | $ | 3,290.50 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:        000104
Invoice #:     91482769

Page:               1

**RE:   Ontiveros, Juan v. Beaulieu Group, LLC**
DOL: 1/16/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/18 | Michael Memberg | Review file to assess claim status, analyze claim exposure, and prepare settlement evaluation for Peter Richter | 2.30 | 165.00 | 379.50 |
| 04/02/18 | Dale E. Slemons | Prepare for settlement negotiations with opposing counsel and updated exposure evaluation to client | 0.80 | 190.00 | 152.00 |
| 04/10/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement negotiations and offer of $37,500.00 | 0.20 | 190.00 | 38.00 |
| 04/10/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations and demand of $42,500.00 | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Correspondence to opposing counsel regarding agreeing to resolve claim for $42,500.00 | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding acceptance of settlement terms at $42,500.00 | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:      004043
Matter:      000104
Invoice #:   91482769

Page:        2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/18 | Dale E. Slemons | Draft settlement documents to include Stipulation and Agreement, Settlement and General Release, Voluntary resignation and Confidentiality Statement with no Medicare Set Aside required to resolve all issues for $42,500.00 | 2.90 | 190.00 | 551.00 |
| 04/11/18 | Dale E. Slemons | Correspondence to Patricia Smith, Ashley Ray, Peter Richter, Peter Farley and Rob Williamson regarding settlement reached at $42,500.000 | 0.20 | 190.00 | 38.00 |
| 04/12/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding the claimant's multiple claims and resolution of all claims | 0.20 | 190.00 | 38.00 |
| 04/12/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding the claimant's multiple claims and resolution of all claims | 0.20 | 190.00 | 38.00 |
| 04/16/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on April 19, 2018 | 0.20 | 190.00 | 38.00 |
| 04/16/18 | Dale E. Slemons | Correspondence to Judge Sapp regarding removing the upcoming Hearing due to resolution of the claim | 0.20 | 190.00 | 38.00 |
| 04/17/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing removed from the active docket | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding signed settlement documents, execute same and prepare for submission to the bankruptcy trustees to review and approve prior to submission to the State Board of Workers' Compensation for review consideration and approval | 0.40 | 190.00 | 76.00 |
| 04/25/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement update regarding filing of the settlement documents with the State Board of Workers' Compensation for review, consideration and approval | 0.20 | 190.00 | 38.00 |
| 04/25/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement update regarding filing of the settlement documents with the State Board of Workers' Compensation for review, consideration and approval are pending first approval of bankruptcy trustees | 0.20 | 190.00 | 38.00 |

Total Professional Services    9.00    $1,652.50

May 9, 2018
Client:          004043
Matter:          000104
Invoice #:       91482769

Page:                3

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 6.70 | $190.00 | $1,273.00 |
| Michael Memberg | Associate | 2.30 | $165.00 | $379.50 |

| | | |
|---|---|---|
| Total Services | $ | 1,652.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,652.50 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 11,057.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

### Outstanding Prior Balance

| | | | |
|---|---|---|---|
| Invoice No.  91471755 | 12/15/17 | $ | 2,267.00 |
| Invoice No.  91478831 | 03/19/18 | $ | 787.00 |
| Invoice No.  91481053 | 04/18/18 | $ | 834.00 |



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:       000104
Invoice #:    91482769

**RE:   Ontiveros, Juan v. Beaulieu Group, LLC**
DOL: 1/16/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,652.50 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,652.50 |
| Previous Balance Due | $ | 3,888.00 |
| **Total Amount Due** | $ | 5,540.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **J. Robert Williamson**

|  |  |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000103 |
| Invoice #: | 91482768 |
| Page: | 1 |

RE:   **Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/18 | Michael Memberg | Review file to assess claim status, analyze claim exposure, and prepare settlement evaluation for Peter Richter | 2.40 | 165.00 | 396.00 |
| 04/02/18 | Dale E. Slemons | Prepare for settlement negotiations with opposing counsel and updated exposure evaluation to client | 0.80 | 190.00 | 152.00 |
| 04/10/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement negotiations and offer of $52,500.00 to resolve all issues | 0.20 | 190.00 | 38.00 |
| 04/10/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding settlement negotiations | 0.30 | 190.00 | 57.00 |
| 04/10/18 | Dale E. Slemons | Draft Settlement documents to include Stipulation and Agreement, Settlement and General Release with Voluntary Resignation and confidentiality statement to resolve all issues for $52,500.00 with closed medicals and no Medicare Set Aside requirement | 2.90 | 190.00 | 551.00 |
| 04/10/18 | Dale E. Slemons | Correspondence to Peter Richter, Peter Farley, Ashley Ray and Rob Williamson regarding settlement achieved for $52,500.000 | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:     004043
Matter:     000103
Invoice #:  91482768

Page:       2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding signed settlement documents to include Stipulation and Agreement, Settlement and General Release with Confidentiality Statement and Voluntary Resignation, execute same and prepare for submission to Bankruptcy Trustees for approval before submission to the State Board of Workers' Compensation for review consideration and approval | 0.40 | 190.00 | 76.00 |
| | | Total Professional Services | 7.20 | | $1,308.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 4.80 | $190.00 | $912.00 |
| Michael Memberg | Associate | 2.40 | $165.00 | $396.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,308.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,308.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **6,983.50** |
| **Total Costs Billed to Date:** | $ | **162.45** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91471754 | 12/15/17 | $ | 546.00 |
| Invoice No. 91478830 | 03/19/18 | $ | 707.00 |
| Invoice No. 91481052 | 04/18/18 | $ | 152.00 |



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

|  |  |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000103 |
| Invoice #: | 91482768 |

**RE:   Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,308.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,308.00 |
| Previous Balance Due | $ | 1,405.00 |
| **Total Amount Due** | $ | 2,713.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:        000100
Invoice #:     91482767

Page:              1

**RE:    Pineda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
DOL: 1/07/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 04/09/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on April 12, 2018 | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on April 12, 2018 | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding continuing the Hearing on April 12, 2018 | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding continuing the Hearing on April 12, 2018 | 0.20 | 190.00 | 38.00 |
| 04/13/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for May 17, 2018 | 0.20 | 190.00 | 38.00 |
| 04/13/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |

Total Professional Services    1.20          $228.00

May 9, 2018
Client:        004043
Matter:        000100
Invoice #:     91482767

Page:                 2

---

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 1.20 | $190.00 | $228.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 228.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 228.00 | |

**Total Fees Billed to Date:**                                        $    9,017.50
**Total Costs Billed to Date:**                                       $        0.00

**Outstanding Prior Balance**

| Invoice No. | 91471753 | 12/15/17 | $ | 292.00 |
|---|---|---|---|---|
| Invoice No. | 91478829 | 03/19/18 | $ | 724.50 |
| Invoice No. | 91481050 | 04/18/18 | $ | 247.00 |



HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

May 9, 2018
Client:       004043
Matter:      000100
Invoice #:   91482767

RE:   **Pineda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
DOL: 1/07/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

Total Services                              $       228.00

**AMOUNT DUE THIS INVOICE**                 $       228.00

Previous Balance Due                        $     1,263.50

**Total Amount Due**                        $     1,491.50

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:        000095
Invoice #:    91482766

Page:            1

RE:   **Countryman, Frank v. Beaulieu Group, LLC**
DOL: 2/17/14
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/18 | Michael Memberg | Review file to assess claim status, analyze claim exposure, and prepare settlement evaluation for Peter Richter | 2.60 | 165.00 | 429.00 |
| 04/02/18 | Dale E. Slemons | Prepare for settlement negotiations with opposing counsel and updated exposure evaluation to client | 0.70 | 190.00 | 133.00 |
| 04/10/18 | Dale E. Slemons | Two Telephone conversation with Patricia Smith regarding the claimant receiving temporary total disability payments under his 2015 workers compensation claim | 0.30 | 190.00 | 57.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding claimant temporary total disability benefits and exposure evaluation | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding inquire as to payment of permanent partial disability and request for payment ledger | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding changing the coding from temporary total disability to permanent partial disability to preclude any overpayment creation | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:       004043
Matter:       000095
Invoice #:    91482766

Page:              2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/18 | Michael Memberg | Review updated claim information received from Pat Smith regarding payment of benefits and assess potential impact on settlement | 0.40 | 165.00 | 66.00 |
| 04/30/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding payment to the claimant for $80.35 and attempting to determine why payment was sent to opposing counsel | 0.20 | 190.00 | 38.00 |
| 04/30/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding payment to the claimant for $80.35 and attempting to determine why payment was sent to opposing counsel | 0.20 | 190.00 | 38.00 |
| 04/30/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding payment sent for temporary total disability | 0.20 | 190.00 | 38.00 |
| 04/30/18 | Dale E. Slemons | Correspondence to opposing counsel regarding payment sent for temporary total disability | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 5.40 | | $951.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 2.40 | $190.00 | $456.00 |
| Michael Memberg | Associate | 3.00 | $165.00 | $495.00 |

| | | |
|---|---|---|
| Total Services | $ | 951.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 951.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 18,735.00 |
| **Total Costs Billed to Date:** | $ | 458.40 |

**Outstanding Prior Balance**

| | | | | |
|---|---|---|---|---|
| Invoice No. 91471752 | 12/15/17 | | $ | 1,383.00 |
| Invoice No. 91478828 | 03/19/18 | | $ | 878.50 |
| Invoice No. 91481049 | 04/18/18 | | $ | 285.00 |

May 9, 2018
Client:          004043
Matter:          000095
Invoice #:    91482766

Page:                 3



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
**Attention: J. Robert Williamson**

| | |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000095 |
| Invoice #: | 91482766 |

RE:    **Countryman, Frank v. Beaulieu Group, LLC**
       DOL: 2/17/14
       Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---:|
| Total Services | $ | 951.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 951.00 |
| Previous Balance Due | $ | 2,546.50 |
| **Total Amount Due** | $ | 3,497.50 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.



HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **J. Robert Williamson**

May 9, 2018
Client: 004043
Matter: 000083
Invoice #: 91482765

Page: 1

**RE:    Epperson, Jeffery v. Beaulieu Group, LLC**
Claim #: 2010-014518
DOL: 4/22/10
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/01/18 | Michael Memberg | Review file to assess claim status, analyze claim exposure, and prepare settlement evaluation for Peter Richter | 2.30 | 165.00 | 379.50 |
| 04/02/18 | Dale E. Slemons | Prepare for settlement negotiations with opposing counsel and updated exposure evaluation to client | 0.60 | 190.00 | 114.00 |
| 04/10/18 | Dale E. Slemons | Telephone conversation with Patricia Smith regarding payment information for indemnity benefits | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding the claimant's recent change in opposing counsel | 0.20 | 190.00 | 38.00 |
| 04/11/18 | Michael Memberg | Review updated claim information received from Pat Smith regarding payment of benefits and assess potential impact on settlement | 0.40 | 165.00 | 66.00 |
| 04/12/18 | Dale E. Slemons | Review file as preparation to commence settlement negotiations and devise defense strategies to resolve the claim in its entirety | 0.60 | 190.00 | 114.00 |

May 9, 2018
Client:      004043
Matter:      000083
Invoice #:   91482765

Page:            2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/12/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement negotiations | 0.20 | 190.00 | 38.00 |
| 04/12/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding settlement negotiations and request for a demand | 0.30 | 190.00 | 57.00 |
| 04/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations and the requirement of a Medicare Set Aside and submission to Centers for Medicare and Medicaid Services for approval | 0.20 | 190.00 | 38.00 |
| 04/17/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement negotiations and the requirement of a Medicare Set Aside and submission to Centers for Medicare and Medicaid Services for approval | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations and request for last year medical payment ledger to determine their calculation of valuation | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding settlement negotiations and request for last year medical payment ledger to determine their calculation of valuation | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from (2) Patricia Smith regarding indemnity ledgers | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from Marisol Garcia regarding indemnity ledgers | 0.20 | 190.00 | 38.00 |
| 04/19/18 | Dale E. Slemons | Receipt and review correspondence from Marisol Garcia regarding payment history for indemnity and other invoices | 0.20 | 190.00 | 38.00 |
| 04/30/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription issues and lack of full prescription from the pharmacy due to lack of authority to fill according to the physician's instructions | 0.20 | 190.00 | 38.00 |
| 04/30/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding prescription issues and lack of full prescription from the pharmacy due to lack of authority to fill according to the physician's instructions | 0.20 | 190.00 | 38.00 |

May 9, 2018
Client:     004043
Matter:     000083
Invoice #:  91482765

Page:       3

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/30/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding Equian working on the prescription issue to correct the pill count prescription | 0.20 | 190.00 | 38.00 |
| 04/30/18 | Dale E. Slemons | Correspondence to opposing counsel regarding correspondence from Patricia Smith regarding Equian working on the prescription issue to correct the pill count prescription | 0.20 | 190.00 | 38.00 |
| 04/30/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription issue | 0.20 | 190.00 | 38.00 |
| | | **Total Professional Services** | 7.20 | | $1,300.50 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 4.50 | $190.00 | $855.00 |
| Michael Memberg | Associate | 2.70 | $165.00 | $445.50 |
| | | | | $1,300.50 |

tal Professional Charges

| | | | |
|---|---|---|---|
| Total Services | $ | 1,300.50 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 1,300.50 | |

**Total Fees Billed to Date:**          $   39,050.50
**Total Costs Billed to Date:**          $    4,021.51

**Outstanding Prior Balance**

| Invoice No. | 91471751 | 12/15/17 | $ | 126.00 |
|---|---|---|---|---|
| Invoice No. | 91478827 | 03/19/18 | $ | 1,078.00 |
| Invoice No. | 91481048 | 04/18/18 | $ | 399.00 |



HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:        000083
Invoice #:     91482765

**RE:  Epperson, Jeffery v. Beaulieu Group, LLC**
    Claim #: 2010-014518
    DOL: 4/22/10
    Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | |
|---|---|
| Total Services | $     1,300.50 |
| **AMOUNT DUE THIS INVOICE** | $     1,300.50 |
| Previous Balance Due | $     1,603.00 |
| **Total Amount Due** | $     2,903.50 |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:       004043
Matter:       000081
Invoice #:    91482764

Page:               1

**RE:   Rogers, Sheryl v. Beaulieu Group, LLC**
DOL: 4/05/96
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 04/03/18 | Dale E. Slemons | Telephone conversation with Carr Allison regarding Medicare Set Aside submission | 0.20 | 190.00 | 38.00 |
| 04/06/18 | Dale E. Slemons | Two Telephone conversation with Adriana Brown, of Carr Allison, regarding Medicare Set Aside issues | 0.40 | 190.00 | 76.00 |
| 04/10/18 | Lissa Klein | Review and analysis of correspondence from C. Holland regarding status of claim. | 0.20 | 165.00 | 33.00 |
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Carr Allison regarding Medicare Set Aside status update | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding Subsequent Injury Trust Fund request for the latest medical records in the file | 0.20 | 190.00 | 38.00 |
| 04/18/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding the Claimant not treating for her comp injury in a few years and the Subsequent Injury Trust Fund having all the medicals in our possession | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 1.40 | | $261.00 |

May 9, 2018
Client:      004043
Matter:      000081
Invoice #:   91482764

Page:        2

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 1.20 | $190.00 | $228.00 |
| Lissa Klein | Associate | 0.20 | $165.00 | $33.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 261.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 261.00 | |

**Total Fees Billed to Date:**   $   **36,829.50**
**Total Costs Billed to Date:**   $   **2,555.68**

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91471750 | 12/15/17 | $ | 28.00 |
| Invoice No. 91478826 | 03/19/18 | $ | 374.50 |
| Invoice No. 91481047 | 04/18/18 | $ | 316.50 |



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

| | |
|---|---|
| May 9, 2018 | |
| Client: | 004043 |
| Matter: | 000081 |
| Invoice #: | 91482764 |

**RE:** **Rogers, Sheryl v. Beaulieu Group, LLC**
DOL: 4/05/96
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 261.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 261.00 |
| Previous Balance Due | $ | 719.00 |
| **Total Amount Due** | $ | 980.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:         004043
Matter:        000069
Invoice #:    91482763

Page:                    1

**RE:    Thorp, David v. Beaulieu Group, LLC**
DOL: 7/18/11
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/12/18 | Dale E. Slemons | Review file regarding settlement potential and strategies to resolve the claim | 0.60 | 190.00 | 114.00 |
| | | Total Professional Services | 0.60 | | $114.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.60 | $190.00 | $114.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 114.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 114.00 | |

**Total Fees Billed to Date:**                                                         $      7,666.00
**Total Costs Billed to Date:**                                                        $         226.15

**Outstanding Prior Balance**

May 9, 2018
Client:        004043
Matter:        000069
Invoice #:     91482763

Page:                2

Invoice No.  91478825      03/19/18                                          $        115.50

Invoice No.  91481003      04/18/18                                          $         57.00



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
**Attention: J. Robert Williamson**

May 9, 2018
Client: 004043
Matter: 000069
Invoice #: 91482763

**RE:  Thorp, David v. Beaulieu Group, LLC**
DOL: 7/18/11
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 114.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 114.00 |
| Previous Balance Due | $ | 172.50 |
| **Total Amount Due** | $ | 286.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:        000061
Invoice #:     91482762

Page:               1

**RE:  Castillo, Maristela v. Beaulieu Group, LLC**
DOL: 11/19/09
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through April 30, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 04/11/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding settlement negotiations status | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 0.20 | | $38.00 |

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 0.20 | $190.00 | $38.00 |
| | | | | $38.00 |

tal Professional Charges

| | | | |
|---|---|---|---|
| Total Services | $ | 38.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 38.00 | |

**Total Fees Billed to Date:**                                                    $      67,686.00

May 9, 2018
Client:        004043
Matter:        000061
Invoice #:     91482762

Page:                  2

**Total Costs Billed to Date:**                                      $      **3,462.41**

**Outstanding Prior Balance**

| | | |
|---|---|---|
| Invoice No.  91471749 | 12/15/17 | $  350.00 |
| Invoice No.  91478823 | 03/19/18 | $  339.50 |
| Invoice No.  91481002 | 04/18/18 | $  57.00 |



**HALL BOOTH SMITH, P.C.**
191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

May 9, 2018
Client:        004043
Matter:        000061
Invoice #:     91482762

**RE:   Castillo, Maristela v. Beaulieu Group, LLC**
DOL: 11/19/09
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through April 30, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 38.00 |
| **AMOUNT DUE THIS INVOICE** | $ | __38.00__ |
| Previous Balance Due | $ | 746.50 |
| **Total Amount Due** | $ | __784.50__ |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

| | |
|---|---|
| June 13, 2018 | |
| Client: | 004043 |
| Matter: | 000116 |
| Invoice #: | 91485458 |
| Page: | 1 |

RE:   **Aguilar, Adriana v. Beaulieu Group**
DOL: 09/17/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

---

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's written responses to the Employer/Insurer's discovery to include interrogatories and request for production of documents | 0.60 | 190.00 | 114.00 |
| 05/30/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations and demand of $85,000.00 to resolve all issues | 0.20 | 190.00 | 38.00 |
| 05/31/18 | Jessica Nottoli | Review file materials, including Claimant's recent response to Employer/Insurer's discovery requests to determine claim status prior to upcoming hearing. | 0.60 | 110.00 | 66.00 |
| | | **Total Professional Services** | 1.40 | | **$218.00** |

June 13, 2018
Client:        004043
Matter:        000116
Invoice #:     91485458

Page:              2

## PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Siemons | Partner | 0.80 | $190.00 | $152.00 |
| Jessica Nottoli | Paralegal | 0.60 | $110.00 | $66.00 |

| | | |
|---|---|---|
| Total Services | $ | 218.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 218.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 1,154.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91482777 | 05/09/18 | $ | 936.00 |



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000116
Invoice #:    91485458

**RE:    Aguilar, Adriana v. Beaulieu Group**
DOL: 09/17/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 218.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 218.00 |
| Previous Balance Due | $ | 936.00 |
| **Total Amount Due** | $ | 1,154.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu Group, LLC
P.O. Box 1248
Dalton, GA 30722-1248
Attention: **J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:       000117
Invoice #:    91485459

Page:             1

**RE:   Allmon, Earl v. Beaulieu Group**
Claim #: WC-18-100356
DOL: 05/16/2000
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding claim status report | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding filing of Notice of Representation | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding claim information to allow for filing of Notice of Representation | 0.20 | 190.00 | 38.00 |
| 05/08/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding file materials upon assignment of new file (~30 pages) | 0.40 | 190.00 | 76.00 |
| 05/08/18 | Dale E. Slemons | Draft WC-102B, Notice of Representation filed WC-12, Request for the Claimant's prior workers compensation history file, WC-207, Medical Records Release signed by the Claimant and letter to opposing counsel | 0.40 | 190.00 | 76.00 |
| 05/08/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client: 004043
Matter: 000117
Invoice #: 91485459

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/08/18 | Dale E. Slemons | Two Telephone conversation with opposing counsel regarding resolution of the home improvement issues and the rehab report | 0.30 | 190.00 | 57.00 |
| 05/17/18 | Jessica Nottoli | Review file materials to determine claim status and file needs for future handing, including review of ICMS. | 0.80 | 110.00 | 88.00 |
| | | **Total Professional Services** | 2.70 | | $449.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 1.90 | $190.00 | $361.00 |
| Jessica Nottoli | Paralegal | 0.80 | $110.00 | $88.00 |

| | | |
|---|---|---|
| Total Services | $ | 449.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 449.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 449.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu Group, LLC
P.O. Box 1248
Dalton, GA 30722-1248
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000117
Invoice #:     91485459

RE:    **Allmon, Earl v. Beaulieu Group**
Claim #: WC-18-100356
DOL: 05/16/2000
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 449.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 449.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 449.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:       000113
Invoice #:   91485457

Page:                1

RE:   **Beaulieu Estate - General Matter**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 05/01/18 | Dale E. Slemons | Receipt and review correspondence from (4) Patricia Smith regarding closure of a file, filing of State Board of Workers' Compensation forms WC-4, Case Progress Report, WC-2, Commencement/Suspension of Benefits and payment of the permanent partial disability | 0.40 | 190.00 | 76.00 |
| 05/03/18 | Dale E. Slemons | Telephone conversation with Gary Bankston, Collins & Company, regarding new files and adjuster assignment | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Meeting with Medicare Set Aside vendor, Beverly Manley, to discuss proposal that they perform Medicare Set Aside for claims and payment procedures | 1.00 | 190.00 | 190.00 |
| 05/09/18 | Dale E. Slemons | Correspondence to Rob Williamson, Peter Farley and Peter Richter regarding meeting with Medicare Set Aside vendor, Beverly Manley, to discuss proposal that they perform Medicare Set Aside for claims and payment procedures | 0.30 | 190.00 | 57.00 |

June 13, 2018
Client:        004043
Matter:        000113
Invoice #:     91485457

Page:                2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/11/18 | Dale E. Slemons | Telephone conversation with Rob Williamson, Ashley Ray and Peter Farley regarding Medicare Set Aside and Centers for Medicare and Medicaid Services submission of the appropriate documents necessary to finalize settlement with Medicare issues | 0.60 | 190.00 | 114.00 |
| 05/11/18 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding additional files from Eric Trivett | 0.10 | 190.00 | 19.00 |
| 05/11/18 | Dale E. Slemons | Correspondence to Peter Farley regarding additional files from Eric Trivett | 0.10 | 190.00 | 19.00 |
| 05/12/18 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding transfer of files from prior defense counsel | 0.20 | 190.00 | 38.00 |
| 05/12/18 | Dale E. Slemons | Correspondence to Eric Trivett regarding correspondence from Peter Farley regarding transfer of files from prior defense counsel | 0.20 | 190.00 | 38.00 |
| 05/14/18 | Dale E. Slemons | Receipt and review correspondence from Eric Trivett regarding transfer of claims | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Two Correspondence to Patricia Smith regarding identify current and future Beaulieu indemnity and other payments on the negotiable instrument so opposing counsel can readily identify the reason for payment and attribute monies properly | 0.20 | 190.00 | 38.00 |
| 05/29/18 | Dale E. Slemons | Telephone conversation with Michael Jacoby, Litigation Trustee regarding defense strategies and resolution of several specific fact patterns and claims | 0.50 | 190.00 | 95.00 |
| | | Total Professional Services | 4.00 | | $760.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 4.00 | $190.00 | $760.00 |

| | | |
|---|---|---|
| Total Services | $ | 760.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **760.00** |

June 13, 2018
Client:     004043
Matter:    000113
Invoice #:  91485457

Page: 3

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **1,488.00** |
| **Total Costs Billed to Date:** | $ | **0.00** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91481062 | 04/18/18 | $ | 576.00 |
| Invoice No.  91482774 | 05/09/18 | $ | 152.00 |



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

| | |
|---|---|
| June 13, 2018 | |
| Client: | 004043 |
| Matter: | 000113 |
| Invoice #: | 91485457 |

RE:   **Beaulieu Estate - General Matter**
       DOL: 03/21/16
       Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 760.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **760.00** |
| Previous Balance Due | $ | 728.00 |
| **Total Amount Due** | $ | **1,488.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000112
Invoice #:    91485456

Page:            1

**RE:    Bookout, Rosanna v. Beaulieu Group**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/01/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding surgery approved and dental clearance for the surgery | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding Primary Health Care information for payment | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Correspondence to opposing counsel regarding Primary Health Care information for payment | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Primary Health Care information for payment invoice and billing information | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding future medical treatment with Dr. Frix and dental clearance procedure | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding future medical treatment with Dr.. Frix and dental clearance procedure | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:        004043
Matter:        000112
Invoice #:     91485456

Page:              2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/18 | Dale E. Slemons | Correspondence to opposing counsel regarding wage data | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding dental practice office information and procedures for payment | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Correspondence to opposing counsel regarding request for W-9 | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding refusal of dental practice to provide just the Federal Tax ID number and asking that the Adjuster submit a formal request for a W-9 | 0.20 | 190.00 | 38.00 |
| 05/02/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding dental W-9 for payment of examination to determine clearance for shoulder surgery | 0.20 | 190.00 | 38.00 |
| 05/07/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding inquire authorization to approval the dental treatment/clearance to allow for surgery | 0.20 | 190.00 | 38.00 |
| 05/07/18 | Dale E. Slemons | Correspondence to opposing counsel requesting a W9 for federal tax identification and ability to pay for the dental examination | 0.20 | 190.00 | 38.00 |
| 05/07/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding dental examination | 0.20 | 190.00 | 38.00 |
| 05/07/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's pre-injury wages | 0.20 | 190.00 | 38.00 |
| 05/07/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding the claimant's pre-injury wages | 0.20 | 190.00 | 38.00 |
| 05/07/18 | Dale E. Slemons | Correspondence to  opposing counsel regarding the claimant's pre-injury wages | 0.20 | 190.00 | 38.00 |
| 05/07/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding clearance for surgery needed | 0.20 | 190.00 | 38.00 |
| 05/07/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding clearance for surgery needed | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:        004043
Matter:        000112
Invoice #:     91485456

Page:              3

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding wage date for calculation of temporary total disability and permanent partial disability | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from Marisol Garcia regarding her Correspondence to Kim Fountain regarding the claimant's wages from October 9, 2016 through January 14, 2017 | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from Kim Fountain regarding her Correspondence to Marisol Garcia regarding wage data | 0.30 | 190.00 | 57.00 |
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription from Dr. Frix and the claimant's picking up the prescription at Walmart | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding prescription from Dr.. Frix and the claimant's picking up the prescription at Walmart | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding settlement negotiations | 0.30 | 190.00 | 57.00 |
| 05/10/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding Panel of Physicians and change of ATP | 0.20 | 190.00 | 38.00 |
| 05/11/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding prescription issues | 0.20 | 190.00 | 38.00 |
| 05/11/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding prescription issues | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request for the claimant's pre-injury wage data history | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Michael Memberg | Review Claimant's wage records to calculate average weekly wage; correspondence with Claimant's attorney regarding indemnity rate; telephone conference with Claimant's attorney regarding indemnity rate | 2.00 | 165.00 | 330.00 |
| 05/18/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding wage information and multiple possible dates of accident and / or fictional accident potential | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:      004043
Matter:      000112
Invoice #:   91485456

Page:        4

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/21/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding payment of the permanent partial disability benefit with penalty | 0.20 | 190.00 | 38.00 |
| 05/24/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding Average Weekly Wage, permanent partial disability and penalties | 0.30 | 190.00 | 57.00 |
| 05/24/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding utilizing 12 weeks of wage data in lieu of 13 weeks as a compromise to resolution of the Average Weekly Wage issue | 0.20 | 190.00 | 38.00 |
| 05/30/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding permanent partial disability benefits | 0.10 | 190.00 | 19.00 |
| 05/31/18 | Jessica Nottoli | Review file materials to determine updated claim status and outstanding or updated file needs. | 0.40 | 110.00 | 44.00 |
| | | **Total Professional Services** | **9.40** | | **$1,704.00** |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 7.00 | $190.00 | $1,330.00 |
| Michael Memberg | Associate | 2.00 | $165.00 | $330.00 |
| Jessica Nottoli | Paralegal | 0.40 | $110.00 | $44.00 |

| | | |
|---|---|---|
| Total Services | $ | 1,704.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **1,704.00** |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 7,058.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91481061 | 04/18/18 | $ | 1,954.00 |
| Invoice No. 91482773 | 05/09/18 | $ | 3,400.00 |



**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000112
Invoice #:     91485456

**RE:    Bookout, Rosanna v. Beaulieu Group**
DOL: 03/21/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,704.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,704.00 |
| Previous Balance Due | $ | 5,354.00 |
| **Total Amount Due** | $ | 7,058.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu Group, LLC
P.O. Box 1248
Dalton, GA 30722-1248
Attention: **J. Robert Williamson**

June 13, 2018
Client:       004043
Matter:       000121
Invoice #:    91485450

Page:              1

RE:   **Coffey, Frances v. Beaulieu Group**
Claim #: WC-18-100330
DOL: 09/10/2009 & 02/09/2015
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding claim status update | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding filing of Notice of Representation | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding claim data and information | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-WC-102B, Notice of Representation filed, Notice of Representation filed (2nd) | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-WC-WC-102B, Notice of Representation filed, Notice of Representation filed, Notice of Representation filed (3rd) | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client: 004043
Matter: 000121
Invoice #: 91485450

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding representation and Board filings | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Jessica Nottoli | Review file to determine claim status and needs for future handling, including review of ICMS. | 0.40 | 110.00 | 44.00 |
| 05/21/18 | Jessica Nottoli | Receipt of file materials from P. Smith, index categorize and catalogue file materials and case documents. | 3.00 | 110.00 | 330.00 |
| 05/25/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B (2) Attorney Withdrawal form from prior defense counsel, Eric Trivett e | 0.20 | 190.00 | 38.00 |
| 05/25/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding future medical treatment and prior opposing counsel invoices | 0.20 | 190.00 | 38.00 |
| 05/25/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding future medical treatment and prior opposing counsel invoices | 0.20 | 190.00 | 38.00 |
| 05/30/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding invoice contact information | 0.20 | 190.00 | 38.00 |
| | | **Total Professional Services** | **5.60** | | **$792.00** |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 2.20 | $190.00 | $418.00 |
| Jessica Nottoli | Paralegal | 3.40 | $110.00 | $374.00 |

| | | |
|---|---|---|
| Total Services | $ | 792.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **792.00** |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 792.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu Group, LLC
P.O. Box 1248
Dalton, GA 30722-1248
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000121
Invoice #:     91485450

**RE:  Coffey, Frances v. Beaulieu Group**
Claim #: WC-18-100330
DOL: 09/10/2009 & 02/09/2015
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 792.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 792.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 792.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu of America | June 13, 2018 |
| c/o Scroggins & Williamson, P.C. | Client:      004043 |
| One Riverside 4401 Northside Parkway | Matter:     000095 |
| Suite 450 | Invoice #:  91485461 |
| Atlanta, GA  30327 | |
| Attention: **J. Robert Williamson** | Page:           1 |

RE:   **Countryman, Frank v. Beaulieu Group, LLC**
        DOL: 2/17/14
        Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

---

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding payment to prior opposing counsel regarding payment of permanent partial disability benefits due to Maurice Sponcler and not to current opposing counsel's office | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding payment to prior opposing counsel regarding payment of permanent partial disability benefits due to Maurice Sponcler and not to current opposing counsel's office | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding permanent partial disability payments | 0.20 | 190.00 | 38.00 |
| 05/01/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding permanent partial disability payments | 0.20 | 190.00 | 38.00 |
| 05/02/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant's allegation of a missing temporary total disability payment | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:      004043
Matter:      000095
Invoice #:   91485461

Page:        2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/02/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding the claimant's allegation of a missing temporary total disability payment | 0.20 | 190.00 | 38.00 |
| 05/07/18 | Dale E. Slemons | Telephone conversation with Rob Williamson regarding Medicare Set Aside vendor | 0.20 | 190.00 | 38.00 |
| 05/08/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding temporary total disability payment has been mailed | 0.20 | 190.00 | 38.00 |
| 05/08/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding payments to prior opposing counsel for all permanent partial disability benefits | 0.20 | 190.00 | 38.00 |
| 05/08/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding payments to prior opposing counsel for all permanent partial disability benefits | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding temporary total disability benefits | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding correspondence from Patricia Smith regarding temporary total disability benefits | 0.20 | 190.00 | 38.00 |
| 05/25/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Rule 200, WC-102 request for production of documents and evidence | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 2.60 | | $494.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 2.60 | $190.00 | $494.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 494.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | **494.00** | |

June 13, 2018
Client:          004043
Matter:          000095
Invoice #:     91485461

Page:                    3

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **19,229.00** |
| **Total Costs Billed to Date:** | $ | **458.40** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91471752 | 12/15/17 | $ | 1,383.00 |
| Invoice No.  91478828 | 03/19/18 | $ | 878.50 |
| Invoice No.  91481049 | 04/18/18 | $ | 285.00 |
| Invoice No.  91482766 | 05/09/18 | $ | 951.00 |



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

| | |
|---|---|
| June 13, 2018 | |
| Client: | 004043 |
| Matter: | 000095 |
| Invoice #: | 91485461 |

**RE:   Countryman, Frank v. Beaulieu Group, LLC**
DOL: 2/17/14
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 494.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 494.00 |
| Previous Balance Due | $ | 3,497.50 |
| **Total Amount Due** | $ | 3,991.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



# HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu Group, LLC<br>P.O. Box 1248<br>Dalton, GA 30722-1248<br>Attention: **J. Robert Williamson** | June 13, 2018<br>Client:        004043<br>Matter:       000120<br>Invoice #:    91485449<br><br>Page:                    1 |

RE:   **Cruz, Manuela v. Beaulieu Group**
Claim #: WC-18-100321
DOL: 05/24/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding file assignment | 0.20 | 190.00 | 38.00 |
| 04/20/18 | Dale E. Slemons | Correspondence to Peter Farley regarding file assignment of files previously assigned to Eric Trivett | 0.20 | 190.00 | 38.00 |
| 04/23/18 | Dale E. Slemons | Receipt and review correspondence from Peter Farley regarding additional Beaulieu files to be assigned | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding claim status update | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding Notice of Representation | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding claim information and data | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for May 15, 2018 | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:      004043
Matter:      000120
Invoice #:   91485449

Page:           2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/14/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on May 15, 2018 | 0.20 | 190.00 | 38.00 |
| 05/14/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding continuation of the Hearing on May 15, 2018 | 0.20 | 190.00 | 38.00 |
| 05/14/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement of the parties | 0.20 | 190.00 | 38.00 |
| 05/14/18 | Jessica Nottoli | Telephone conversation with Judge's office regarding hearing. | 0.20 | 110.00 | 22.00 |
| 05/14/18 | Jessica Nottoli | Telephone conversation with B. Pritchett regarding hearing. | 0.20 | 110.00 | 22.00 |
| 05/15/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on May 15, 2018 | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Hearing status | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding why new defense counsel was assigned | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Dale E. Slemons | Correspondence to opposing counsel regarding why new defense counsel was assigned | 0.20 | 190.00 | 38.00 |
| 05/16/18 | Dale E. Slemons | Receipt and review of correspondence from State Board of Workers' Compensation in response to the WC-12 filed, no prior claims. | 0.10 | 190.00 | 19.00 |
| 05/16/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for July 24, 2018 | 0.20 | 190.00 | 38.00 |
| 05/16/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 05/16/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-12, Request for the Claimant's prior workers compensation history file | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Jessica Nottoli | Review of file materials to determine claim status and file needs for future handling. | 0.70 | 110.00 | 77.00 |

June 13, 2018
Client:     004043
Matter:     000120
Invoice #:  91485449

Page:     3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/17/18 | Jessica Nottoli | Internet surveillance and social media review to determine Claimant's activity status both current and on or near date of accident. | 0.40 | 110.00 | 44.00 |
| 05/17/18 | Jessica Nottoli | Run Westlaw search and review local online criminal records databases to determine Claimant's legal and criminal history. | 0.40 | 110.00 | 44.00 |
| 05/24/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement of the Judge for an undisclosed reason | 0.20 | 190.00 | 38.00 |
| 05/25/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for July 31, 2018 | 0.20 | 190.00 | 38.00 |
| 05/25/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 05/25/18 | Dale E. Slemons | Receipt and review correspondence (2) from State Board of Workers' Compensation regarding WC-108B Attorney Withdrawal form from prior defense counsel, Eric Trivett e | 0.20 | 190.00 | 38.00 |

| | | Total Professional Services | 6.60 | | $1,102.00 |
|--|--|--|--|--|--|

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 4.70 | $190.00 | $893.00 |
| Jessica Nottoli | Paralegal | 1.90 | $110.00 | $209.00 |

| | | |
|--|--|--|
| Total Services | $ | 1,102.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **1,102.00** |

| | | |
|--|--|--|
| **Total Fees Billed to Date:** | $ | 1,102.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu Group, LLC
P.O. Box 1248
Dalton, GA 30722-1248
**Attention: J. Robert Williamson**

June 13, 2018
Client:      004043
Matter:      000120
Invoice #:   91485449

**RE:   Cruz, Manuela v. Beaulieu Group**
Claim #: WC-18-100321
DOL: 05/24/17
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,102.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 1,102.00 |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | 1,102.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu of America<br>c/o Scroggins & Williamson, P.C.<br>One Riverside 4401 Northside Parkway<br>Suite 450<br>Atlanta, GA  30327<br>Attention: **J. Robert Williamson** | June 13, 2018<br>Client:          004043<br>Matter:        004166<br>Invoice #:    91485451<br><br>Page:                     1 |

RE:    **Defore, Ruby v. Beaulieu Group, LLC**
         DOL: 3/07/99

For Professional Services Rendered Through May 31, 2018

---

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/16/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding hip injection treatment | 0.20 | 190.00 | 38.00 |
| 05/16/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding hip injection treatment and osteoarthritis may be causally related to original date of injury | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 0.40 | | $76.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.40 | $190.00 | $76.00 |

| | | |
|---|---|---|
| Total Services | $ | 76.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 76.00 |

June 13, 2018
Client:          004043
Matter:          004166
Invoice #:       91485451

Page:                    2

**Total Fees Billed to Date:**                                              $        2,530.50
**Total Costs Billed to Date:**                                            $            0.00

**Outstanding Prior Balance**

Invoice No.  91478841        03/19/18                                       $        1,309.00

Invoice No.  91481070        04/18/18                                       $           57.00

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        004166
Invoice #:    91485451

**RE:   Defore, Ruby v. Beaulieu Group, LLC**
DOL: 3/07/99

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 76.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 76.00 |
| Previous Balance Due | $ | 1,366.00 |
| **Total Amount Due** | $ | 1,442.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

**HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:       000106
Invoice #:    91485465

Page:              1

RE:   **Delp, James v. Beaulieu Group, LLC**
DOL: 7/14/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/17/18 | Michael Memberg | Telephone conference with Claimant's attorney regarding hearing issues and impact of bankruptcy stay on litigation | 0.30 | 165.00 | 49.50 |
| 05/21/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding inquire regarding future medical treatment | 0.20 | 190.00 | 38.00 |
| 05/21/18 | Dale E. Slemons | Correspondence to opposing counsel regarding future medical treatment | 0.20 | 190.00 | 38.00 |
| 05/21/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding latest medical records | 0.20 | 190.00 | 38.00 |
| 05/21/18 | Dale E. Slemons | Correspondence to Ashley Ray, Rob Williamson, Peter Richter and Peter Farley regarding latest medical treatment | 0.20 | 190.00 | 38.00 |
| 05/21/18 | Dale E. Slemons | Correspondence to opposing counsel regarding latest medical treatment | 0.20 | 190.00 | 38.00 |
| 05/21/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding surgical request from Associates in Orthopedics and Sports Medicine | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client: 004043
Matter: 000106
Invoice #: 91485465

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/21/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding surgical request from Associates in Orthopedics and Sports Medicine | 0.20 | 190.00 | 38.00 |
| 05/24/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the Claimant's interrogatories, request for production of documents, and request for admissions | 0.30 | 190.00 | 57.00 |
| | | Total Professional Services | 2.00 | | $372.50 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 1.70 | $190.00 | $323.00 |
| Michael Memberg | Associate | 0.30 | $165.00 | $49.50 |

| | | |
|---|---|---|
| Total Services | $ | 372.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 372.50 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 9,340.50 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91471801 | 12/18/17 | $ | 490.00 |
| Invoice No. 91478833 | 03/19/18 | $ | 1,232.00 |
| Invoice No. 91481055 | 04/18/18 | $ | 248.50 |
| Invoice No. 91482770 | 05/09/18 | $ | 1,320.00 |

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu of America | June 13, 2018 |
| c/o Scroggins & Williamson, P.C. | Client:        004043 |
| One Riverside 4401 Northside Parkway | Matter:      000106 |
| Suite 450 | Invoice #:   91485465 |
| Atlanta, GA  30327 | |
| **Attention: J. Robert Williamson** | |

RE:   **Delp, James v. Beaulieu Group, LLC**
      DOL: 7/14/16
      Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 372.50 |
| **AMOUNT DUE THIS INVOICE** | $ | **372.50** |
| Previous Balance Due | $ | 3,290.50 |
| **Total Amount Due** | $ | **3,663.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu of America | June 13, 2018 |
| c/o Scroggins & Williamson, P.C. | Client: 004043 |
| One Riverside 4401 Northside Parkway | Matter: 000083 |
| Suite 450 | Invoice #: 91485460 |
| Atlanta, GA 30327 | |
| Attention: **J. Robert Williamson** | Page: 1 |

RE:  **Epperson, Jeffery v. Beaulieu Group, LLC**
   Claim #: 2010-014518
   DOL: 4/22/10
   Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

___

### SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding the claimant being awarded social security disability benefits, the Medicare Set Aside and settlement negotiations | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding the claimant being awarded social security disability benefits, the Medicare Set Aside and settlement negotiations | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding attorney fees payment to prior opposing counsel | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding Medicare Set Aside issues, Dr. Hare's prescription and change in medical regimen | 0.30 | 190.00 | 57.00 |

June 13, 2018
Client:        004043
Matter:        000083
Invoice #:     91485460

Page:              2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/11/18 | Dale E. Slemons | Receipt and review correspondence from B. Manley regarding agreement in principle to perform the Medicare Set Aside documentation and payment for services | 0.20 | 190.00 | 38.00 |
| 05/11/18 | Dale E. Slemons | Correspondence to opposing counsel regarding Medicare Set Aside procedures and settlement update | 0.20 | 190.00 | 38.00 |
| 05/14/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding multiple payments received in the amount of $125.00 | 0.20 | 190.00 | 38.00 |
| 05/14/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding multiple payments received in the amount of $125.00 | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding selection of a formal Medicare Set Aside as part of the settlement negotiations | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding inquire as to reason for two payments of $125.00 made out to current opposing counsel | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Correspondence to opposing counsel regarding inquire as to reason for two payments of $125.00 made out to current opposing counsel | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence to opposing counsel regarding inquire as to reason for two payments of $125.00 made out to current opposing counsel | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding future payments to be made to prior opposing counsel and sent to his address of record | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding reasons for payments to current opposing counsel | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Correspondence to current opposing counsel regarding cashing payments and sending proceeds to prior opposing counsel while problem is rectified | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding payments sent to wrong attorney | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:         004043
Matter:         000083
Invoice #:      91485460

Page:              3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/17/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding changing the medical prescription by Dr. Hare and the reduction in cost of the Medicare Set Aside as we begin settlement negotiations | 0.30 | 190.00 | 57.00 |
| 05/18/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Dr. Hare's recent, May 11, 2018, appointment and change of prescription | 0.20 | 190.00 | 38.00 |
| 05/22/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding payments made to the current attorney should be made out to the previous attorney and request that the change be made asap | 0.20 | 190.00 | 38.00 |
| 05/23/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding the Claimant reaching the 400 week limit for indemnity benefits and possible overpayment of temporary total disability | 0.30 | 190.00 | 57.00 |
| 05/24/18 | Dale E. Slemons | Telephone conversation with Patricia Smith regarding resolution of the claim, temporary total disability, permanent partial disability and the 400 week statutory limitation on benefits | 0.30 | 190.00 | 57.00 |
| 05/31/18 | Dale E. Slemons | Receipt and review correspondence from Beverly Manley & Associates regarding completion of the Medicare Set Aside | 0.20 | 190.00 | 38.00 |
| 05/31/18 | Dale E. Slemons | Correspondence to Beverly Manley & Associates regarding completion of the Medicare Set Aside put on hold for the update from the liquidation trustee | 0.20 | 190.00 | 38.00 |
| 05/31/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Medicare Set Aside and future medical treatment with Dr.. Hare and prescription issues | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 5.40 | | $1,026.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 5.40 | $190.00 | $1,026.00 |

June 13, 2018
Client:        004043
Matter:        000083
Invoice #:     91485460

Page:              4

| | | | |
|---|---|---|---|
| Total Services | $ | 1,026.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 1,026.00 | |

**Total Fees Billed to Date:**                                                      $    40,076.50
**Total Costs Billed to Date:**                                                     $     4,021.51

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91471751 | 12/15/17 | $ | 126.00 |
| Invoice No.  91478827 | 03/19/18 | $ | 1,078.00 |
| Invoice No.  91481048 | 04/18/18 | $ | 399.00 |
| Invoice No.  91482765 | 05/09/18 | $ | 1,300.50 |

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000083
Invoice #:     91485460

**RE:   Epperson, Jeffery v. Beaulieu Group, LLC**
Claim #: 2010-014518
DOL: 4/22/10
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 1,026.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **1,026.00** |
| Previous Balance Due | $ | 2,903.50 |
| **Total Amount Due** | $ | **3,929.50** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu of America | June 13, 2018 |
| c/o Scroggins & Williamson, P.C. | Client: 004043 |
| One Riverside 4401 Northside Parkway | Matter: 000111 |
| Suite 450 | Invoice #: 91485455 |
| Atlanta, GA 30327 | |
| Attention: **J. Robert Williamson** | Page: 1 |

RE: **Hill, Colonel v. Beaulieu Group**
DOL: 01/16/2017
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

---

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding future medical treatment with Dr. Jemison regarding the claimant's hand issues | 0.20 | 190.00 | 38.00 |
| 05/02/18 | Dale E. Slemons | Correspondence to opposing counsel regarding future medical treatment with Dr. Jemison | 0.20 | 190.00 | 38.00 |
| 05/02/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding benefits commencement | 0.20 | 190.00 | 38.00 |
| 05/02/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding benefits commencement | 0.20 | 190.00 | 38.00 |
| 05/04/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding indemnity payments delay | 0.20 | 190.00 | 38.00 |
| 05/04/18 | Dale E. Slemons | Correspondence to opposing counsel regarding indemnity payments delay | 0.20 | 190.00 | 38.00 |
| 05/04/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding copy of indemnity payment voucher | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:         004043
Matter:         000111
Invoice #:      91485455

Page:                    2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/08/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding indemnity benefits | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding scheduling of appointment with Dr. Jemison for hand condition and calculation of the indemnity payment | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding scheduling of appointment with Dr.. Jemison for hand condition and calculation of the indemnity payment | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding scheduling of appointment with Dr... Jemison for hand condition and calculation of the indemnity payment | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding scheduling of appointment with Dr.... Jemison for hand condition and calculation of the indemnity payment | 0.20 | 190.00 | 38.00 |
| 05/10/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding indemnity payments, permanent partial disability and Hearing issues | 0.60 | 190.00 | 114.00 |
| 05/10/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding indemnity payments, permanent partial disability and Hearing issues | 0.20 | 190.00 | 38.00 |
| 05/14/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding future medical treatment with Dr. Jemison | 0.20 | 190.00 | 38.00 |
| 05/14/18 | Dale E. Slemons | Correspondence to opposing counsel regarding correspondence from Patricia Smith regarding future medical treatment with Dr.. Jemison | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding inquire as to the filing of a WC-2 | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding correspondence from opposing counsel regarding inquire as to the filing of a WC-2 | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:        004043
Matter:        000111
Invoice #:     91485455

Page:          3

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/16/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding Board forms to be filed when any indemnity payments commenced, suspended or paid in lump sum | 0.20 | 190.00 | 38.00 |
| 05/18/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding filing of WC-!, Notice of Claim, | 0.20 | 190.00 | 38.00 |
| 05/24/18 | Dale E. Slemons | Telephone conversation with Patricia Smith regarding resolution of the claim | 0.30 | 190.00 | 57.00 |
| | | Total Professional Services | 4.70 | | $893.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 4.70 | $190.00 | $893.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 893.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 893.00 | |

**Total Fees Billed to Date:**          $    3,537.50
**Total Costs Billed to Date:**          $        0.00

**Outstanding Prior Balance**

| Invoice No. 91481060 | 04/18/18 | $ | 1,026.00 |
| Invoice No. 91482772 | 05/09/18 | $ | 1,618.50 |



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000111
Invoice #:    91485455

**RE:  Hill, Colonel v. Beaulieu Group**
        DOL: 01/16/2017
        Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 893.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **893.00** |
| Previous Balance Due | $ | 2,644.50 |
| **Total Amount Due** | $ | **3,537.50** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu of America | June 13, 2018 |
| c/o Scroggins & Williamson, P.C. | Client:      004043 |
| One Riverside 4401 Northside Parkway | Matter:      000104 |
| Suite 450 | Invoice #:   91485464 |
| Atlanta, GA  30327 | |
| Attention: **J. Robert Williamson** | Page:             1 |

**RE:   Ontiveros, Juan v. Beaulieu Group, LLC**
          DOL: 1/16/16
          Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

---

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement update | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement update | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding revised notice of claim | 0.20 | 190.00 | 38.00 |
| 05/11/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement status | 0.20 | 190.00 | 38.00 |
| 05/11/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement status | 0.20 | 190.00 | 38.00 |
| 05/11/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding revised settlement status following the phone call with Rob and Peter | 0.40 | 190.00 | 76.00 |
| 05/11/18 | Dale E. Slemons | Telephone conversation with opposing counsel regarding settlement update | 0.30 | 190.00 | 57.00 |
| | | Total Professional Services | 1.70 | | $323.00 |

June 13, 2018
Client:       004043
Matter:       000104
Invoice #:    91485464

Page:              2

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 1.70 | $190.00 | $323.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 323.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 323.00 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 11,380.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91471755 | 12/15/17 | $ | 2,267.00 |
| Invoice No.  91478831 | 03/19/18 | $ | 787.00 |
| Invoice No.  91481053 | 04/18/18 | $ | 834.00 |
| Invoice No.  91482769 | 05/09/18 | $ | 1,652.50 |

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000104
Invoice #:     91485464

**RE:   Ontiveros, Juan v. Beaulieu Group, LLC**
      DOL: 1/16/16
      Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 323.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 323.00 |
| Previous Balance Due | $ | 5,540.50 |
| **Total Amount Due** | $ | 5,863.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

| | |
|---|---|
| June 13, 2018 | |
| Client: | 004043 |
| Matter: | 000103 |
| Invoice #: | 91485463 |
| Page: | 1 |

**RE:   Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

---

### SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement update | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement update | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement status update | 0.20 | 190.00 | 38.00 |
| 05/23/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding medical invoice collection procedures | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 0.80 | | $152.00 |

### PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.80 | $190.00 | $152.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 152.00 | |

June 13, 2018
Client:      004043
Matter:      000103
Invoice #:   91485463

Page:              2

| | | |
|---|---|---|
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **152.00** |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | **7,135.50** |
| **Total Costs Billed to Date:** | $ | **162.45** |

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No. 91471754 | 12/15/17 | $ | 546.00 |
| Invoice No. 91478830 | 03/19/18 | $ | 707.00 |
| Invoice No. 91481052 | 04/18/18 | $ | 152.00 |
| Invoice No. 91482768 | 05/09/18 | $ | 1,308.00 |

 HALL BOOTH SMITH, P.C.
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000103
Invoice #:    91485463

**RE:    Ordonez, Esmeralda v. Beaulieu Group, LLC**
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 152.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **152.00** |
| Previous Balance Due | $ | 2,713.00 |
| **Total Amount Due** | $ | **2,865.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
Attention: **J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:       000110
Invoice #:    91485454

Page:            1

**RE:  Noriega, Leticia v. Beaulieu Group**
    DOL: 04/04/17
    Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

---

### SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/12/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement negotiations | 0.20 | 190.00 | 38.00 |
| 05/12/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement negotiations and Chapter 11 bankruptcy restructuring plan's effect on same | 0.20 | 190.00 | 38.00 |
| 05/14/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding  settlement update | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 0.60 | | $114.00 |

### PERSON RECAP

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 0.60 | $190.00 | $114.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 114.00 | |

June 13, 2018
Client:          004043
Matter:          000110
Invoice #:       91485454

Page:                2

| | | | |
|---|---|---|---|
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | **114.00** | |

**Total Fees Billed to Date:**          $     5,342.00
**Total Costs Billed to Date:**          $          0.00

**Outstanding Prior Balance**

| | | | |
|---|---|---|---|
| Invoice No.  91471797 | 12/18/17 | $ | 491.50 |
| Invoice No.  91478837 | 03/19/18 | $ | 1,225.00 |
| Invoice No.  91481059 | 04/18/18 | $ | 456.00 |
| Invoice No.  91482771 | 05/09/18 | $ | 1,379.00 |

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000110
Invoice #:     91485454

**RE:  Noriega, Leticia v. Beaulieu Group**
      DOL: 04/04/17
      Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 114.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **114.00** |
| Previous Balance Due | $ | 3,551.50 |
| **Total Amount Due** | $ | **3,665.50** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA 30327
Attention: **J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000100
Invoice #:     91485462

Page:              1

RE:   **Pineda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
      DOL: 1/07/16
      Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

---

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 05/15/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on May 17, 2018 | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding Hearing status, continuance and bankruptcy | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Dale E. Slemons | Correspondence to opposing counsel regarding Hearing status, continuance and bankruptcy | 0.20 | 190.00 | 38.00 |
| 05/15/18 | Jessica Nottoli | Correspondence with J. Janarious regarding hearing. | 0.20 | 110.00 | 22.00 |
| 05/15/18 | Jessica Nottoli | Correspondence with T. Pritchett regarding hearing. | 0.20 | 110.00 | 22.00 |
| 05/16/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on May 16, 2018 | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request for a copy of the Stay Order regarding any upcoming hearings | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:       004043
Matter:      000100
Invoice #:   91485462

Page:            2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/17/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for June 21, 2018 | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Michael Memberg | Correspondence to Claimant's attorney regarding bankruptcy stay | 0.10 | 165.00 | 16.50 |
| | | **Total Professional Services** | 1.90 | | $326.50 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|------------|-------|-------|------|-------|
| Dale E. Slemons | Partner | 1.40 | $190.00 | $266.00 |
| Michael Memberg | Associate | 0.10 | $165.00 | $16.50 |
| Jessica Nottoli | Paralegal | 0.40 | $110.00 | $44.00 |

| | | |
|---|---|---|
| Total Services | $ | 326.50 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **326.50** |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 9,344.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

**Outstanding Prior Balance**

| Invoice No. | | | |
|---|---|---|---|
| Invoice No. 91471753 | 12/15/17 | $ | 292.00 |
| Invoice No. 91478829 | 03/19/18 | $ | 724.50 |
| Invoice No. 91481050 | 04/18/18 | $ | 247.00 |
| Invoice No. 91482767 | 05/09/18 | $ | 228.00 |



## HALL BOOTH SMITH, P.C.

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu of America
c/o Scroggins & Williamson, P.C.
One Riverside 4401 Northside Parkway
Suite 450
Atlanta, GA  30327
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000100
Invoice #:     91485462

RE:   **Pineda-Sanchez, Guadalupe v. Beaulieu Group, LLC**
       DOL: 1/07/16
       Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 326.50 |
| **AMOUNT DUE THIS INVOICE** | $ | **326.50** |
| Previous Balance Due | $ | 1,491.50 |
| **Total Amount Due** | $ | **1,818.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu Group, LLC | June 13, 2018 |
| P.O. Box 1248 | Client: 004043 |
| Dalton, GA 30722-1248 | Matter: 000119 |
| Attention: **J. Robert Williamson** | Invoice #: 91485448 |
| | Page: 1 |

RE: **Sanchez, Maria v. Beaulieu Group**
Claim #: WC-18-100388
DOL: 09/02/16
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

---

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding claim status update | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding Notice of Representation | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding claim information and data to allow fir filing of Notice of Representation | 0.20 | 190.00 | 38.00 |
| 05/08/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding settlement mediation inquiry | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Correspondence to opposing counsel regarding settlement mediation inquiry and request for a settlement demand | 0.20 | 190.00 | 38.00 |
| 05/25/18 | Dale E. Slemons | Meeting with opposing counsel to discuss claim resolution and bankruptcy issues | 0.40 | 190.00 | 76.00 |

June 13, 2018
Client: 004043
Matter: 000119
Invoice #: 91485448

Page: 2

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/25/18 | Dale E. Slemons | Rome Orthopedic Center regarding settlement negotiations and demand of $70,500.00 to resolve all issues | 0.40 | 190.00 | 76.00 |
| 05/25/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B Attorney Withdrawal form from prior defense counsel, Eric Trivett e | 0.20 | 190.00 | 38.00 |
| | | Total Professional Services | 2.20 | | $418.00 |

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Slemons | Partner | 2.20 | $190.00 | $418.00 |

| | | |
|---|---|---|
| Total Services | $ | 418.00 |
| Total Disbursements | $ | 0.00 |
| **AMOUNT DUE THIS INVOICE** | $ | 418.00 |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 418.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |



**HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

Beaulieu Group, LLC
P.O. Box 1248
Dalton, GA 30722-1248
**Attention: J. Robert Williamson**

June 13, 2018
Client:        004043
Matter:        000119
Invoice #:    91485448

**RE:    Sanchez, Maria v. Beaulieu Group**
Claim #: WC-18-100388
DOL: 09/02/16
Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | | |
|---|---|---|
| Total Services | $ | 418.00 |
| **AMOUNT DUE THIS INVOICE** | $ | **418.00** |
| Previous Balance Due | $ | 0.00 |
| **Total Amount Due** | $ | **418.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

 **HALL BOOTH SMITH, P.C.**

191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu Group, LLC | June 13, 2018 |
| P.O. Box 1248 | Client:        004043 |
| Dalton, GA 30722-1248 | Matter:        000118 |
| Attention: **J. Robert Williamson** | Invoice #:    91485447 |
| | Page:              1 |

**RE:    Taylor, Anna v. Beaulieu Group**
Claim #: WC-18-100331
DOL: 08/18/17
Insured: Beaulieu Group, LLC

For Professional Services Rendered Through May 31, 2018

---

### SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding status of claims | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Peter Farley regarding Notice of Representation | 0.20 | 190.00 | 38.00 |
| 05/03/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding claim information to allow for filing of Notice of Representation | 0.20 | 190.00 | 38.00 |
| 05/08/18 | Dale E. Slemons | Receipt and review correspondence from Patricia Smith regarding new file materials upon assignment of the claim (151 pages) | 1.60 | 190.00 | 304.00 |
| 05/08/18 | Dale E. Slemons | Draft WC-102B, Notice of Representation filed WC-12, Request for the Claimant's prior workers compensation history file, WC-207, Medical Records Release signed by the Claimant and letter to opposing counsel | 0.40 | 190.00 | 76.00 |
| 05/08/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-102B, Notice of Representation filed | 0.20 | 190.00 | 38.00 |

June 13, 2018
Client:        004043
Matter:        000118
Invoice #:     91485447

Page:                    2

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 05/08/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for May 17, 2018 | 0.20 | 190.00 | 38.00 |
| 05/08/18 | Dale E. Slemons | Correspondence to Peter Richter and Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 05/09/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding discovery and medical releases for designated questions | 0.30 | 190.00 | 57.00 |
| 05/15/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding calendar call for Hearing on May 17, 2018 | 0.20 | 190.00 | 38.00 |
| 05/16/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding request to continue the upcoming Hearing | 0.20 | 190.00 | 38.00 |
| 05/16/18 | Dale E. Slemons | Receipt and review correspondence from Judge Sapp regarding Hearing continued by agreement | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding Hearing set for July 12, 2018 | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Dale E. Slemons | Correspondence to Patricia Smith regarding Hearing update | 0.20 | 190.00 | 38.00 |
| 05/17/18 | Jessica Nottoli | Review of file materials to determine claim status and general file needs for future handling, including review of ICMS. | 0.60 | 110.00 | 66.00 |
| 05/17/18 | Jessica Nottoli | Internet surveillance and social media review to determine Claimant's activity status both current and on or near date of accident. | 0.40 | 110.00 | 44.00 |
| 05/18/18 | Dale E. Slemons | Receipt and review correspondence from opposing counsel regarding medical records to be submitted for evidence at any upcoming Hearing | 0.20 | 190.00 | 38.00 |
| 05/21/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-12, Request for the Claimant's prior workers compensation history file | 0.20 | 190.00 | 38.00 |
| 05/25/18 | Dale E. Slemons | Receipt and review correspondence from State Board of Workers' Compensation regarding WC-108B Attorney Withdrawal form from prior defense counsel, Eric Trivett e | 0.20 | 190.00 | 38.00 |

Total Professional Services        6.10                    $1,079.00

June 13, 2018
Client:        004043
Matter:        000118
Invoice #:     91485447

Page:              3

**PERSON RECAP**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dale E. Siemons | Partner | 5.10 | $190.00 | $969.00 |
| Jessica Nottoli | Paralegal | 1.00 | $110.00 | $110.00 |

| | | | |
|---|---|---|---|
| Total Services | $ | 1,079.00 | |
| Total Disbursements | $ | 0.00 | |
| **AMOUNT DUE THIS INVOICE** | $ | 1,079.00 | |

| | | |
|---|---|---|
| **Total Fees Billed to Date:** | $ | 1,079.00 |
| **Total Costs Billed to Date:** | $ | 0.00 |

 **HALL BOOTH SMITH, P.C.**
191 Peachtree St, NE
Suite 2900
Atlanta, GA 30303-1775
P:404-954-5000 F:404-954-5020
Federal ID: 58-1852659

| | |
|---|---|
| Beaulieu Group, LLC | June 13, 2018 |
| P.O. Box 1248 | Client:        004043 |
| Dalton, GA 30722-1248 | Matter:       000118 |
| **Attention: J. Robert Williamson** | Invoice #:    91485447 |

RE:   **Taylor, Anna v. Beaulieu Group**
       Claim #: WC-18-100331
       DOL: 08/18/17
       Insured: Beaulieu Group, LLC

*For Professional Services Rendered Through May 31, 2018.*

| | |
|---|---|
| Total Services | $        1,079.00 |
| **AMOUNT DUE THIS INVOICE** | $        1,079.00 |
| Previous Balance Due | $             0.00 |
| **Total Amount Due** | $        1,079.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BEAULIEU GROUP, LLC, et al., | ) | Jointly Administered Under |
| | ) | CASE NO. 17-41677-bem |
| Debtors. | ) | |
| | ) | |

**DECLARATION OF DALE E. SLEMONS IN SUPPORT OF
APPLICATION OF HALL, BOOTH, SMITH, P.C. FOR FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Dale E. Slemons, a shareholder at Hall, Booth, Smith, P.C., declare under penalty of perjury that the statements contained in the foregoing Application as to fees and expenses sought for Hall, Booth, Smith, P.C. are true and correct and that no agreement exists, directly or indirectly, for division of the compensation to be awarded with any creditor, the Debtors, any other party (except in accordance with agreements between the firm's members), or any other person whatsoever.

This 5th day of July, 2018.

_____
DALE E. SLEMONS

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.

EXHIBIT "B"

## CERTIFICATE OF SERVICE

This is to certify that on this date I served a true and correct copy of the within and foregoing **Application of Hall, Booth, Smith, P.C. for Final Compensation and Reimbursement of Expenses** by causing same to be deposited in the United States Mail with adequate postage affixed thereon and addressed to the following persons:

Office of the United States Trustee
75 Ted Turner Drive, SW
362 Richard B. Russell Federal Building
Atlanta, GA  30303

This 5th day of July, 2018.

SCROGGINS & WILLIAMSON, P.C.

/s/ J. Robert Williamson
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
MATTHEW W. LEVIN
Georgia Bar No. 448270

4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T:  (404) 893-3880
F:  (404) 893-3886
E:  rwilliamson@swlawfirm.com
    aray@swlawfirm.com
    mlevin@swlawfirm.com

*Counsel for the Debtors*