

**IT IS ORDERED as set forth below:**

**Date: August 1, 2018**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **BEAULIEU GROUP, LLC, et al.,** | ) | **Jointly Administered Under** |
| | ) | **CASE NO. 17-41677-bem** |
| **Debtors.** | ) | |
| | ) | |

### ORDER APPROVING APPLICATIONS OF (1) SCROGGINS & WILLIAMSON, P.C. (2)   HALL, BOOTH, SMITH, P.C., (3) FOX ROTHSCHILD, LLP, (4) THOMPSON HINE, LLP, AND (5) PHOENIX MANAGEMENT SERVICES, LLC
### FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

THIS CAUSE came before the Court at a hearing at 11:00 a.m. on July 31, 2018 (the

"**Hearing**"), to consider the Applications for Final Compensation and Reimbursement of Expenses

of: (1) Scroggins & Williamson, P.C., as counsel for the Debtors, filed on July 5, 2018 [Dkt. No.

774]; (2) Hall, Booth, Smith, P.C., as special counsel for the Debtors, filed on July 5, 2018 [Dkt.

No. 775], (3) Fox Rothschild, LLP, as counsel to the Official Committee of Unsecured Creditors,

filed on July 6, 2018 [Dkt. No. 794]; (4) Thompson Hine, LLP, as counsel to the Official

Committee of Unsecured Creditors, filed on July 5, 2018 [Dkt. No. 784]; and (4) Phoenix Management Services, LLC, as financial advisors to the Official Committee of Unsecured Creditors, filed on July 5, 2018 [Dkt. No. 783] (collectively, the **"Applications**"), and to consider any objections to the Applications.   Notice of the Applications and the Hearing was served on counsel for the Office of the United States Trustee and all parties on the 2002 Limited Service List established and maintained in accordance with the Order Granting Motion of the Debtors for Approval of Notice Procedures entered by the Court on July 20, 2017 [Dkt. No. 48]. No objections were filed with the Court or asserted at the Hearing with respect to any of the Applications.

The Court having considered statements of counsel at the Hearing, the record, and for cause shown, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      The Applications are approved, as set forth herein.

2.      Scroggins & Williamson, P.C. is hereby awarded and allowed final compensation in the amount of $1,545,950.50 for services performed on behalf of the Debtors, plus reimbursement of expenses in the amount of $9,554.18 for the period from July 16, 2017 through June 3, 2018.

3.      Hall, Booth, Smith, P.C. is hereby awarded and allowed final compensation in the amount of $61,954.00 for services performed on behalf of the Debtors for the period from July 16, 2017 through May 31, 2018.

4.       Fox Rothschild, LLP is hereby awarded and allowed final compensation in the amount of $768,403.79 for services performed on behalf of the Official Committee of Unsecured Creditors, plus reimbursement of expenses in the amount of $64,351.10, for the period from July 21, 2017 through June 4, 2018.

5.      Thompson Hine, LLP is hereby awarded and allowed final compensation in the amount of $358,446.50 for services performed on behalf of the of the Official Committee of Unsecured

Creditors, plus reimbursement of expenses in the amount of $17,199.45, for the period from July 21, 2017 through May 31, 2018.

6.      Phoenix Management Services, LLC is hereby awarded and allowed final compensation in the amount of $265,730.00 for services performed on behalf of the Official Committee of Unsecured Creditors, plus reimbursement of expenses in the amount of $3,760.66, for the period from July 25, 2017 through June 3, 2018.

7.      Said awards shall be entitled to administrative expense priority under 11 U.S.C.§§ 330(a) and 503(b)(2).

8.      Any amounts awarded herein which have not been previously paid to the Applicants pursuant to a prior order of the Court may be paid by the Liquidating Trustee pursuant to the First Amended Joint Plan of Liquidation confirmed by order [Dkt. No. 682] entered on May 2, 2018.

## END OF DOCUMENT

Prepared and presented by:

SCROGGINS & WILLIAMSON, P.C.

By: */s/ J. Robert Williamson*
        J. ROBERT WILLIAMSON
        Georgia Bar No. 765214
        MATTHEW W. LEVIN
        Georgia Bar No. 448270

4401 Northside Parkway, Suite 450
Atlanta, GA   30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
    mlevin@swlawfirm.com

*Counsel for the Debtors*

## DISTRIBUTION LIST

Martin P. Ochs
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

John F. Isbell
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA   30326

Paul Labov
Fox Rothschild, LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

J. Robert Williamson, Esq.
Scroggins & Williamson
4401 Northside Parkway
Suite 450
Atlanta, GA   30327