# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| BEAULIEU GROUP, LLC, et al., ) | Jointly Administered Under |
| ) | |
| Debtors. ) | CASE NO.: 17-41677-bem |

## STIPULATION REGARDING ADMINISTRATIVE EXPENSE CLAIM BAR DATE

COME NOW PMCM 2, LLC, in its capacity as the liquidating trustee of the Beaulieu Liquidating Trust ("Trustee") and the Georgia Self Insurers Guaranty Trust Fund (the "Trust Fund") (collectively, the "Parties") and stipulate as follows:

1. Pursuant to the Notice of Effective Date filed June 4, 2018 (Doc. No. 704), the Administrative Expense Claim Bar Date in these cases is July 5, 2018.

2. The Trust Fund may have Administrative Expense Claims in these cases that cannot be determined at this date.

3. The Parties agree and hereby stipulate that the Administrative Expense Bar Date for the Trust Fund is extended to and including September 4, 2018.

Dated: August 29, 2018.

By: */s/ Herbert C. Broadfoot II*
Herbert C. Broadfoot II
Georgia Bar No. 083750
HERBERT C. BROADFOOT II, P.C.
2964 Peachtree Road, NW, Suite 555
Atlanta, Georgia 30305
Telephone: (404) 926-0058
*bert@hcbroadfootlaw.com*

*Counsel for Georgia Self Insurers Guaranty Trust Fund*

-and-

By: <u>*/s/ Garrett A. Nail*</u>
Garrett A. Nail
Georgia Bar No. 997924
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 541-2900
<u>*Garrett.Nail@ThompsonHine.com*</u>

*Counsel for PMCM 2, LLC,*
*in its capacity as the liquidating trustee*
*of the Beaulieu Liquidating Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing STIPULATION REGARDING ADMINISTRATIVE EXPENSE CLAIM BAR DATE with the Clerk of Court via the CM/ECF system which will provide automatic notification of such filing to the following counsel of record:

Herbert C. Broadfoot II
HERBERT C. BROADFOOT II, P.C.
2964 Peachtree Road, NW, Suite 555
Atlanta, Georgia 30305
*bert@hcbroadfootlaw.com*

This 29th day of August, 2018.

*/s/ Garrett A. Nail*
Garrett A. Nail
Georgia Bar No. 997924